IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WEELAPAN KERN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:05 CV698-B |
| | ) |
| STANDARD FIRE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Standard Fire Insurance Company makes the following disclosure of any parent corporation or any publicly held corporation that owns 10% or more of their stock:

| | |
|---|---|
| Standard Fire Insurance Company | The Standard Fire Insurance Company is a direct wholly-owned subsidiary of Travelers Insurance Group Holdings, Inc., which is a wholly-owned subsidiary of Travelers Property Casualty Corp, which is a wholly-owned subsidiary of The St. Paul Travelers Companies, Inc., a public company. |

Respectfully submitted,

s/ Joel Isenberg
Brenen Ely, 0366-E54B
Joel S. Isenberg, 8855-N76J
Attorneys for Standard Fire Insurance Company

OF COUNSEL:
SMITH & ELY, LLP
2000A SouthBridge Parkway
Suite 405
Birmingham, Alabama 35209
Phone: (205) 802-2214
Fax: (205) 879-4445

## CERTIFICATE OF SERVICE

    I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record by:

|  |  |
|---|---|
| _____ | Hand Delivery |
| \_\_x\_\_\_ | U. S. Mail |
| _____ | Overnight Delivery |
| _____ | Facsimile |
| _____ | E-File |

on this the 1st day of August, 2005.

                                                 s/ Joel S. Isenberg
                                                 OF COUNSEL

cc:

Christopher E. Sanspree
Beasley, Allen, Crow, Methvin,
Portis & Miles
Post Office Box 4160
Montgomery, Alabama 36103-4160