IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA

| | | |
|---|---|---|
| WEELAPAN KERN; | * * * * | |
| Plaintiff, | * * | |
| vs. | * * | CIVIL ACTION NO. CV-05 - 1586 |
| STANDARD FIRE INSURANCE COMPANY; Fictitious Defendants "A", "B", and "C", whether singular or plural, those other persons, corporations, firms or other entities whose wrongful conduct caused or contributed to cause the injuries and damages to the Plaintiff, all of whose true and correct names are unknown to Plaintiff at this time, but will be added by amendment when ascertained, | * * * * * * * * * * * * * * * | |
| Defendants. | * | |

## COMPLAINT

### STATEMENT OF THE PARTIES

1. Plaintiff Weelapan Kern is over the age of nineteen years and is a resident citizen of Montgomery County, Alabama.

2. Defendant Standard Fire Insurance Company (hereinafter referred to as "Standard") is a foreign corporation doing business by agent in Montgomery County, Alabama.

3. Fictitious Defendants "A", "B", and "C" whether singular or plural, are those other persons, firms, corporations, or other entities whose wrongful conduct caused or contributed to cause the injuries and damages to the Plaintiff, all of whose true and

correct names are unknown to Plaintiff at this time, but will be substituted by amendment when ascertained.

## STATEMENT OF THE FACTS

4. In or around November 11, 2004, Plaintiff purchased a automobile insurance policy from Defendant Standard Fire Insurance Company to cover and/or insure his 2001 Mitsubishi Montero, to wit policy No. OTR786-975499318-1, and maintained aforementioned policy by paying the necessary premiums to keep said policy in force.

5. On or about February 5, 2005, Plaintiff was involved in a three car accident in which Plaintiff's automobile, as well as two (2) other vehicles, sustained damage.

6. Plaintiff subsequently contacted Defendant Standard and filed a claim for benefits due under their policy of insurance as a result of aforesaid automobile accident

7. However, at all times material hereto Defendant Standard has failed and/or refused to pay for said covered damages and losses.

## COUNT ONE

8. Plaintiff realleges all prior paragraphs of the Complaint as if set out here in full.

9. At all times herein, Defendant Standard was under a contractual obligation to pay benefits owed to Plaintiff under the aforementioned automobile policy of insurance.

10. Defendant Standard breached its contractual obligations by failing and refusing to properly pay the benefits due thereunder as set forth above.

11. As a proximate consequence of Defendant Standards breach, Plaintiff was injured and damaged as follows: Plaintiff's covered automobile has not been repaired as promised; Plaintiff has been exposed to unnecessary liability as it relates to the other

vehicle(s) involved in accident; Plaintiff's Alabama drivers license has been revoked; Plaintiff has suffered mental anguish and emotional distress and will continue to do so; and Plaintiff was otherwise injured and damaged.

WHEREFORE, Plaintiff demands judgment against Defendant Standard in such an amount of compensatory damages as a jury deems reasonable, and may award, plus costs not to exceed $74,999.

### COUNT TWO

12. Plaintiff realleges all prior paragraphs of the Complaint as if set out here in full.

13. At all material times herein, Defendant Standard was under a duty to use good faith in handling Plaintiff's claim.

14. Defendant Standard has intentionally, and in bad-faith, failed and/or refused to fully investigate and/or pay the benefits due under the aforesaid policy of insurance as set forth above.

15. As a proximate consequence, Plaintiff was injured and damaged as set forth in paragraph 11 above.

WHEREFORE, Plaintiff demands judgment against Defendant Standard in such an amount of compensatory and punitive damages as a jury deems reasonable, and may award, plus costs not to exceed $74,999.

_____
JERE L. BEASLEY (BEA020)
W. DANIEL "DEE" MILES, III, (MIL060)
CHRISTOPHER SANSPREE (SAN048)

3

OF COUNSEL:

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
P. O. Box 4160
272 Commerce Street (36104)
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 facsimile

**GARY E. ATCHINSON**
Attorney At Law
429 South Court Street
Montgomery, Alabama 36102
Phone (334) 262-7232

## JURY DEMAND

PLAINTIFF HEREBY DEMANDS TRIAL BY JURY ON ALL ISSUES OF THIS CAUSE.

_____
OF COUNSEL