IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

RECEIVED
2005 JUL 28 P 3:54
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| WEELAPAN KERN, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. <s>CV-05-1586</s> 2:05 W 698 B |
| STANDARD FIRE INSURANCE COMPANY, | ) |
| Defendant. | ) |

### REMOVAL NOTICE

TO THE PLAINTIFF IN THE ABOVE-STYLED CAUSE AND HIS ATTORNEY OF RECORD:

Please take notice that on the 28th day of July, 2005, the undersigned, as attorneys for Defendant The Standard Fire Insurance Company ("Standard Fire") filed on its behalf a notice of removal in the United States District Court, for the Middle District of Alabama, Northern Division, to remove the above-entitled cause of action from the Circuit Court of Montgomery County, Alabama (CV-05-1586) to said United States District Court, and also filed a true copy of said Notice of Removal with the Clerk of the Circuit Court of Montgomery County, Alabama.

Respectfully submitted,

_____
Brenen G. Ely, ELY004
Joel S. Isenberg, ISE001
Attorneys for Defendant The Standard Fire Insurance Company

OF COUNSEL:
SMITH & ELY, LLP
2000A SouthBridge Parkway
Suite 405
Birmingham, Alabama 35209
Phone: (205) 802-2214
Fax: (205) 879-4445

## CERTIFICATE OF SERVICE

I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record by:

|   |   |
|---|---|
| _____ | Hand Delivery |
| X | U. S. Mail |
| _____ | Overnight Delivery |
| _____ | Facsimile |
| _____ | E-File |

on this the 28th day of July, 2005.

_____
OF COUNSEL

cc:

Christopher E. Sanspree
BEASLEY, ALLEN, CROW, METHVIN
PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103