IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WEELAPAN KERN; | * |
| Plaintiff, | * |
| vs. | * Case No. 2:05-cv-698-B |
| STANDARD FIRE INSURANCE COMPANY; ET AL., | * |
| Defendants. | * |

## PLAINTIFF'S REPLY TO DEFENDANT'S RESPONSE TO REMAND MOTION

COMES NOW the Plaintiff and hereby responds to Defendant Standard Fire's Response as follows:

1). Counsel for Plaintiff acknowledges and makes note that Defendant Standard Fire has stated and argued to this Court that the damages possibly recovered by the Plaintiff in this case would exceed the jurisdictional limit of $75,000.00.

2). As a consequence thereof, Plaintiff withdraws his motion to remand, accepts federal diversity jurisdiction, and hereby states that if a verdict is returned against Defendant Standard Fire in excess of $75,000.00, Plaintiff will use the aforementioned statements against Defendant Standard Fire if a remittitur is sought.

WHEREFORE, PREMISES CONSIDERED, Plaintiff hereby withdraws his Motion to Remand and accepts federal jurisdiction over this cause.

_____
CHRISTOPHER E. SANSPREE (SAN048)
Attorney for Plaintiff

OF COUNSEL:

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS, & MILES, P.C.**
272 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 (Fax)

Mr. Gary E. Atchison
Attorney at Law
Post Office Box 2002
Montgomery, Alabama 36102-2002

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the original of the foregoing document in this Court with copies to be served upon all Defendants of record as listed below by placing a copy of same in the United States Mail, first class, postage prepaid on this the 11th day of August 2005.

_____
OF COUNSEL

Brenen G. Ely
Joel Isenberg
**SMITH & ELY, LLP**
2000 A. Southbridge Parkway, Ste 405
Birmingham, Alabama 35209
205-802-2214
205-879-4445 fax