IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WEELAPAN KERN, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:05-CV-00698-B |
| | ) | |
| STANDARD FIRE INSURANCE COMPANY, | ) | |
| | ) | |
|     Defendant. | ) | |

**O R D E R**

Submitted for ruling is Plaintiff's *Motion to Remand*, (Doc. 5, filed July 29, 2005).

Defendant has filed a *Response* and *Answer* to the Complaint (Docs. 5 and 6, filed August 5, 2005)

and Plaintiff has filed a *Reply* to Defendant's response to the motion to remand (Doc. 7, filed August

11, 2005).   However,  as this is a motion requiring consensual jurisdiction for ruling by the

Magistrate Judge, the parties are reminded as follows:

> The record reflects the Clerk's transmittal of notices – to the plaintiff and defendant
> on August 4, 2005  – for the random assignment of this civil case to a United States
> Magistrate Judge, who is authorized by  28 U.S.C. § 636(c) to conduct any and all
> proceedings in a jury or non-jury civil case and to order the entry of final judgment
> **upon the consent of all parties to a case**.  Any appeal from a judgment entered by
> a Magistrate Judge is taken directly to the United States Court of Appeals for the
> Eleventh Circuit in the same manner as any appeal from any judgment entered in this
> court.  Any party to this lawsuit has the right to consent to, or decline to consent to,
> the exercise of jurisdiction of a Magistrate Judge, without adverse consequences.

ACCORDINGLY, it is

**ORDERED** that **Counsel for the parties shall  execute and send to the Clerk, for receipt**

**not later than August 25, 2005,  *either*** the attached form for consent to the Magistrate Judge's

exercise of jurisdiction *or* the attached form for reassignment of this case to the District Judge.

DONE this 12th  day of August, 2005.


**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WEELAPAN KERN,                          )
                                        )
        Plaintiff,                      )
                                        )
v.                                      )        2:05-CV-00698-B
                                        )
STANDARD FIRE INSURANCE COMPANY,        )
                                        )
        Defendant.                      )

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

        In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.


_____          _____
Date                            Signature

                                _____
                                Counsel For (**print** name of all parties)

                                _____
                                Address, City, State, Zip Code

                                _____
                                Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY.  PLEASE MAIL IT TO:**

Clerk, U.S. District Court
P. O. Box. 711
Montgomery, AL 36101

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

**EXPLANATION OF ASSIGNMENT TO
UNITED STATES MAGISTRATE JUDGE**

This civil case has been randomly assigned to a United States Magistrate Judge of this court. In accordance with 28 U.S.C. § 636(c), the Magistrate Judges of this court are designated to conduct any and all proceedings in a jury or nonjury civil case and order the entry of final judgment upon the consent of all parties to a case.  Any appeal from a judgment entered by a Magistrate Judge is taken directly to the United States Court of Appeals for the Eleventh Circuit in the same manner as any appeal from any judgment entered in this court.

Any party to this lawsuit has the right to consent or decline consent to the jurisdiction of a Magistrate Judge.  To exercise your right to consent you should complete the consent form and return it to the Clerk of the Court as indicated in the court's order.  Litigants, without concern for any adverse consequences, freely may decline consent to the jurisdiction of a Magistrate Judge.  If you decline consent to the jurisdiction of a Magistrate Judge, this case will be reassigned randomly to a District Judge.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WEELAPAN KERN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:05-CV-00698-B |
| | ) | |
| STANDARD FIRE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**REQUEST FOR REASSIGNMENT OF CASE
TO A UNITED STATES DISTRICT JUDGE**

The undersigned party hereby declines to consent to the Magistrate Judge's exercise of civil jurisdiction in this case. The undersigned party requests reassignment of this case to a United States District Judge.

_____                _____
Date                           Signature

                               _____
                               Counsel For (**print** name of all parties)

                               _____
                               Address, City, State Zip Code

                               _____
                               Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY. PLEASE MAIL IT TO:**

Clerk, U.S. District Court
P. O. Box. 711
Montgomery, AL 36101