IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 AUG 25  A 10: 44

| | |
|---|---|
| WEELAPAN KERN, | ) |
| Plaintiff, | ) |
| v. | ) 2:05-CV-00698-B |
| STANDARD FIRE INSURANCE COMPANY, | ) |
| Defendant. | ) |

**CONSENT TO JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party or parties to the above-captioned civil matter who previously have indicated their consent to the jurisdiction of a Magistrate Judge of this Court, hereby confirm in writing their consent to a United States Magistrate Judge conducting any and all further proceedings in the case, including trial, and ordering the entry of a final judgment.

8/24/05
Date

[Signature]
Signature

The Standard Fire Insurance Company
Counsel For (**print** name of all parties)

2000A SouthBridge Pkwy, Ste. 405, Birmingham, AL 35209
Address, City, State, Zip Code

205-802-2214
Telephone Number

**DO NOT FILE THIS DOCUMENT ELECTRONICALLY. PLEASE MAIL IT TO:**

Clerk, U.S. District Court
P. O. Box. 711
Montgomery, AL 36101