**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                              TELEPHONE (334) 954-3600

September 15, 2005

# NOTICE OF CORRECTION

**From:    Clerk's Office**

**Case Style: Weelapan Kern    vs.  Standard Fire Ins. Co.**
**Case Number: 2:05cv698 B**

**Referenced Docket Entry -   Order - Doc. No. 12**

**This Notice of Correction was  filed in the referenced case on this date to  correct the  PDF document..  Please see the correct PDF document to this notice.**