IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WEELAPAN KERN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:05 CV698-B |
| ) | |
| STANDARD FIRE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

### MOTION TO WITHDRAW

Comes now the undersigned, Ruth L. Robinson, one of the attorneys for the defendant, Standard Fire Insurance Company, and moves this Honorable Court to withdraw as counsel of record. In support of this motion, Ms. Robinson states as follows:

1. Ms. Robinson is no longer employed with the law firm of Smith & Ely, LLP.

2. Mr. Joel Isenberg and Mr. Brenen Ely and the law firm of Smith & Ely, LLP will continue to represent the defendant.

WHEREFORE, PREMISES CONSIDERED, Ms. Robinson respectfully requests that she be withdrawn as attorney for the defendant in this matter.

Respectfully submitted,

_____
Ruth L. Robinson (ASB 5602-H71R)

OF COUNSEL:
SMITH & ELY, LLP
2000A SouthBridge Parkway
Suite 405
Birmingham, Alabama 35209
Phone: (205) 802-2214
Fax: (205) 879-4445

## CERTIFICATE OF SERVICE

I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record by:

    _____    Hand Delivery
    _____    U. S. Mail
    _____    Overnight Delivery
    _____    Facsimile
    _____    E-File

on this the 17th day of Sept., 2005.

_____
OF COUNSEL

cc:
Christopher E. Sanspree
Beasley, Allen, Crown, Methvin
 Portis & Miles, P.C.
P. O. Box 4160
Montgomery, AL 36103

Gary E. Atchison
429 South Court Street
Montgomery, AL 36102