IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WEELAPAN KERN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  2:05-CV-00698-B |
| | ) |
| STANDARD FIRE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**ORDER ON MOTION**

Pursuant to Ruth L. Robinson's *Motion to Withdraw* (Doc. 14, filed September 22, 2005), and for good cause therein, it is

**ORDERED** that the Motion is GRANTED. The Clerk is instructed to remove Ruth L. Robinson's name as one of the attorneys of record for Defendant Standard Fire Insurance Company.

DONE this 26th day of September, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE