**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **WEELAPAN KERN;** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | **Case No.** |
| **vs.** | * | **2:05-cv-698-B** |
| | * | |
| **STANDARD FIRE INSURANCE** | * | |
| **COMPANY; ET AL.,** | * | |
| | * | |
| **Defendants.** | * | |

**PLAINTIFF'S MOTION FOR LEAVE**

COMES NOW the Plaintiff and hereby respectfully moves for leave to amend his

original Complaint on the following grounds:

1).  Plaintiff amended his Complaint yesterday, December 6, 2005, as directed by

this Court's Scheduling Order.  (Exhibit "A").

2).  Plaintiff did not simultaneously file a Motion for Leave when he amended his

Complaint as stated above.

3).  None of the parties will be unduly prejudiced by Plaintiff's amendment.

WHEREFORE, PREMISES CONSIDERD, Plaintiff moves this Honorable Court

for leave to amend his original Complaint.


*/s/ Christopher E. Sanspree*
CHRISTOPHER E. SANSPREE (SAN048)
Attorney for Plaintiff

OF COUNSEL:

**BEASLEY, ALLEN, CROW,**
**METHVIN, PORTIS, & MILES, P.C.**
272 Commerce Street
Post Office Box 4160
Montgomery, Alabama  36103-4160
(334) 269-2343
(334) 954-7555 (Fax)

Mr. Gary E. Atchison
Attorney at Law
Post Office Box 2002
Montgomery, Alabama 36102-2002

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the original of the foregoing document in this Court with copies to be served upon all Defendants of record as listed below by placing a copy of same in the United States Mail, first class, postage prepaid on this the **7**th day of **December** 2005.

/s/ Christopher E. Sanspree
OF COUNSEL

Brenen G. Ely
Joel Isenberg
**SMITH & ELY, LLP**
2000 A. Southbridge Parkway, Ste 405
Birmingham, Alabama 35209
205-802-2214
205-879-4445 fax