IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WEELAPAN KERN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:05-CV-00698-B |
| | ) | |
| STANDARD FIRE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON MOTION

It is, for good cause shown,

**ORDERED** that *Plaintiff's Motion for Leave* (Doc. 19, December 7, 2005), is

**GRANTED;** accordingly, the *Second Amended Complaint* filed December 6, 2005 (Doc. 18) is

ALLOWED for proper service on the party Defendant, Colonial Insurance Company, thereby added.

DONE this 7th day of December, 2005.

_____    /s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE