AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE MIDDLE District of ALABAMA, NORTHERN DIVISION

WEELAPAN KERN,
Plaintiff

V.

STATNDARD FIRE INSURANCE COMPANY,
Defendant

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05-cv-698-B

TO: (Name and address of Defendant)

Colonial Insurance Company
Post Office Box 231449
Montgomery, Alabama 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher E. Sanspree
Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
Post Office Box 4160
Montgomery, Alabama 36103

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE 12/8/05