**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): CHANNIE PETTAWAY
B. Date of Delivery: 12-15-05
C. Signature: X [signature]
☐ Agent
☐ Addressee
D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:
05cv698 STC

7160 3901 9848 9058 2536

3. Service Type  **CERTIFIED MAIL**
4. Restricted Delivery? *(Extra Fee)*  ☐ Yes

1. Article Addressed to:

Colonial Insurance Company
Post Office Box 231449
Montgomery, Alabama 36109

Reference Information

Weelapan Kern v. Standard Fire

2:05-cv-698-B

PS Form 3811, July 2001     Domestic Return Receipt