## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **WEELAPAN KERN;** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | **Case No.** |
| vs. | * | **2:05-cv-698-B** |
| | * | |
| **STANDARD FIRE INSURANCE** | * | |
| **COMPANY; ET AL.,** | * | |
| | * | |
| **Defendants.** | * | |

## MOTION TO DISMISS WITHOUT PREDJUDICE

In accordance with the provision of Rule 41 of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses, **without prejudice**, all claims asserted against the Defendants Colonial Insurance Company in the above-styled cause. Plaintiff's counsel represents that he has conferred with counsel for Defendants Colonial Insurance Company, and that all have agreed to the aforesaid dismissal **without prejudice** as set forth above.

WHEREFORE, PREMISES CONSIDERED, Plaintiff pray this Court to dismiss Defendants Colonial Insurance Company **without prejudice** in the above styled matter.

*/s/ Christopher E. Sanspree*
CHRISTOPHER E. SANSPREE (SAN048)
Attorney for Plaintiff

OF COUNSEL:

**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS, & MILES, P.C.**
272 Commerce Street
Post Office Box 4160
Montgomery, Alabama  36103-4160
(334) 269-2343
(334) 954-7555 (Fax)

Mr. Gary E. Atchison
Attorney at Law
Post Office Box 2002
Montgomery, Alabama 36102-2002

**CERTIFICATE OF SERVICE**

I hereby certify that I have filed the original of the foregoing document in this Court with copies to be served upon all Defendants of record <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid on this the **30th** day of **January** 2005.

*/s/ Christopher E. Sanspree*
OF COUNSEL

Brenen G. Ely
Joel Isenberg
**SMITH & ELY, LLP**
2000 A. Southbridge Parkway, Ste 405
Birmingham, Alabama 35209
205-802-2214
205-879-4445 fax

Mr. William H. Brittain, II
**Ball, Ball, Matthews & Novak, P.A.**
Post Office Box 2148
Montgomery, Alabama  36102-2148
(334) 387-7680
(334) 387-3222 fax