IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WEELAPAN KERN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    2:05-CV-00698-DRB |
| | ) |
| STANDARD FIRE INSURANCE | ) |
| COMPANY, et al., | ) |
| | ) |
| Defendant. | ) |

## ORDER ON MOTION

Plaintiff's *Motion to Dismiss Without Prejudice*, filed on January 30, 2006 (Doc. 26), represents his agreement with Defendant Colonial Insurance Company for dismissal, without prejudice, of all claims asserted against this Defendant. Accordingly, it is

**ORDERED** that the *Motion* is **GRANTED,** and the claims asserted herein against Defendant Colonial Insurance Company are all hereby dismissed without prejudice.

DONE this 31st day of January, 2006.

                                                                            **/s/ Delores R. Boyd**
                                                                            DELORES R. BOYD
                                                                            UNITED STATES MAGISTRATE JUDGE