IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WEELAPAN KERN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:05-CV-00698-DRB |
| | ) |
| STANDARD FIRE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER ON MOTION

After consideration of *Defendant The Standard Fire Insurance Company's Unopposed Motion for a Two-Week Extension of the Dispositive Motion Deadline* (Doc. 29, filed March 31, 2006) and for good cause shown, it is hereby

**ORDERED** that the *Motion* (Doc. 29) is **GRANTED.** Accordingly, the parties' deadline to file dispositive motions is extended to April 19, 2006.

DONE this 31st day of March, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE