IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WEELAPAN KERN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. |
| ) | |
| STANDARD FIRE INSURANCE ) | 2:05-CV-00698-DRB |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

### STANDARD FIRE'S MOTION FOR SUMMARY JUDGMENT

COMES NOW the defendant, The Standard Fire Insurance Company (hereinafter referred to as "Standard Fire"), and, pursuant to Federal Rule of Civil Procedure 56, moves this Honorable Court to enter an Order granting full and final summary judgment in its favor and against the Plaintiff because no dispute as to any material fact exists and Standard Fire is entitled to summary judgment as a matter of law on all counts of the Plaintiff's Complaint, as amended. In support of this Motion, Standard Fire states as follows:

1. Through his Complaint and Amended Complaint, Plaintiff asserts claims against Standard Fire for breach of contract (Count I); bad faith failure to pay and investigate a claim (Count II); intentional fraud (Count III); and negligent and/or reckless fraud (Count IV).

2. Standard Fire disputes Plaintiff's claims, and contends that there are no genuine issues of material fact and that Standard Fire is entitled to judgment as a matter of law with regard to all of Plaintiff's claims.

3. This action is governed by the substantive law of the State of Alabama.

4. The undisputed facts and controlling Alabama law entitle Standard Fire to a final

order of summary judgment as to all issues in this case.

5. In support of this Motion, Standard Fire relies on:

    (a) Its Statement of Undisputed Facts;

    (b) Its Memorandum Brief in Support of Motion for Summary Judgment;

    (c) Its Evidentiary Submissions in Support of Motion for Summary Judgment; and

    (d) All discovery and pleadings in this case.

WHEREFORE, PREMISES CONSIDERED, Defendant Standard Fire respectfully moves this Honorable Court for the entry of an Order granting final summary judgment in its favor and against the Plaintiff, dismissing all of Plaintiff's claims with prejudice.

Respectfully submitted,

s/Joel S. Isenberg
Brenen G. Ely (0366-E54B)
Joel S. Isenberg (8855-N76J)
Attorneys for Defendant The Standard Fire Insurance Company

OF COUNSEL:
SMITH & ELY, LLP
2000A SouthBridge Parkway
Suite 405
Birmingham, AL 35209
(205) 802-2214
(205) 879-4445 (FAX)

## CERTIFICATE OF SERVICE

  I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record by:

| | |
|---|---|
| _____ | Hand-delivery to office |
| _____ | Personally |
| _____ | U. S. Mail |
| _____ | Federal Express |
| _____ | Facsimile |
| \_\_x\_\_ | E-file |

on this the 19th day of April, 2006.

                s/ Joel S. Isenberg
                OF COUNSEL

cc:

Christopher E. Sanspree
Beasley, Allen, Crown, Methvin
 Portis & Miles, P.C.
P. O. Box 4160
Montgomery, AL 36103
Gary E. Atchison
429 South Court Street
Montgomery, AL 36102