IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WEELAPAN KERN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION NO. |
| | ) | |
| STANDARD FIRE INSURANCE COMPANY, | ) | 2:05-CV-00698-DRB |
| | ) | |
| Defendant. | ) | |

## EVIDENTIARY SUBMISSION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

COMES NOW the defendant, The Standard Fire Insurance Company, and submits this evidentiary submission in support of its Motion for Summary Judgment herewith:

| | |
|---|---|
| Exhibit 1 | Deposition of Weelapan Kern; |
| Exhibit 2 | Automobile Insurance Identification Card; |
| Exhibit 3 | Certified Copy of Standard Fire Policy; |
| Exhibit 4 | Plaintiff's Supplemental Responses to Request for Admissions; |
| Exhibit 5 | Offer to Reinstate; |
| Exhibit 6 | Affidavit of Cheryl Azar; |
| Exhibit 7 | January 27, 2005 Check from Plaintiff to Travelers; |
| Exhibit 8 | Affidavit of Richard Finchum; |
| Exhibit 9 | February 17, 2005 Refund Check from Travelers issued to Plaintiff; |
| Exhibit 10 | Plaintiff's Responses to Interrogatories; |
| Exhibit 11 | Affidavit of Steven Herron with Standard Fire's Claim Notes attached; |

Exhibit 12    February 10, 2005 letter from Chris Setzer of Colonial Insurance Agency to Plaintiff;

Exhibit 13    March 28, 2005 letter from Travelers to Gary E. Atchison, attorney for Plaintiff;

Exhibit 14    May 19, 2005 letter from Travelers to Gary E. Atchison, attorney for Plaintiff;

Respectfully submitted,

 s/Joel S. Isenberg
Brenen G. Ely (0366-E54B)
Joel S. Isenberg (8855-N76J)
Attorneys for Defendant The Standard Fire Insurance Company

OF COUNSEL:
SMITH & ELY, LLP
2000A SouthBridge Parkway
Suite 405
Birmingham, AL 35209
(205) 802-2214
(205) 879-4445 (FAX)

## CERTIFICATE OF SERVICE

I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record by:

|   |   |
|---|---|
| _____ | Hand-delivery to office |
| _____ | Personally |
| _____ | U. S. Mail |
| _____ | Federal Express |
| _____ | Facsimile |
| __x__ | E-file |

2

on this the 19th day of April, 2006.

                                               s/ Joel S. Isenberg
                                               OF COUNSEL

cc:

Christopher E. Sanspree
Beasley, Allen, Crown, Methvin
 Portis & Miles, P.C.
P. O. Box 4160
Montgomery, AL 36103
Gary E. Atchison
429 South Court Street
Montgomery, AL 36102