# Exhibit 2

ALABAMA PERSONAL AUTOMOBILE LIABILITY
INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a personal automobile liability
policy that meets Alabama's insurance requirements.

Company: THE STANDARD FIRE INSURANCE COMPANY
One Tower Square, Hartford, CT 06183

Agent                Policy Number      Effective Date    Expiration Date
OTR786               975499318  101 1   11/11/03          11/11/04

Year      Make/Model                    Vehicle Identification Number
01        MITSU/MONTERO LI              JA4MN51R21J008388
                                        NAIC 19070
Agent

COLONIAL INS AGENCY
PO BOX 231149
MONTGOMERY AL 36123

Insured
WEELAPAN KERN
371 SPENSETH DRIVE
MONTGOMERY AL 36109

Travelers

Rev. 8-01    See Important Notice On Reverse Side

**DEFENDANT'S EXHIBIT**

1 Kern

SF 0035

IN CASE OF AN ACCIDENT:

* Call The Travelers Immediatley
  1-800-CLAIM33 toll free, 24 hours a day

* Be sure to get name and address of each driver, passenger, and witness;
  and insurance company and policy number for each vehicle involved.

* Only discuss the accident with police officers or Travelers representatives.

FRAUD HOTLINE: 800-6-FRAUD-0

FOR POLICY SERVICE CALL 334-270-6824

SF 0036