# Exhibit 3



WEELAPAN KERN
371 SPENSETH DRIVE
MONTGOMERY AL 36109

Welcome to Travelers. We are very pleased that you have chosen to place your automobile insurance with us through your agent, COLONIAL INS AGENCY.

For over 125 years, we have been striving to provide quality products and services - at a cost you can live with. Rest assured, in these rapidly changing times, you have someone working for you. That's your Travelers independent agent or representative, who is committed to providing you with the quality service you deserve. Today, more than ever, your satisfaction with our products and services is of the utmost importance to us.

This package of material has been prepared especially for you. It includes "A Simplified Look at Your Auto Insurance Policy," which is designed to introduce you to your new policy. In addition, we have enclosed your Auto Identification or Instant Claims Service Card. Please place it in the glove compartment of your car. We will send you a new card each year.

We would also like to remind you that whatever your insurance needs, Travelers and our local independent agents offer a full line of insurance products. If you have any questions, please do not hesitate to call COLONIAL INS AGENCY at (334) 270-6824.

Sincerely,

Joseph Lacher
Chief Executive Officer
Personal Lines

PL-7206 2-93

SF 0030

### Your privacy. . .
### Is our concern

- What we mean when we talk about "privacy".
- What kind of information we have, and where we get it.
- Who has access to this information?
- How to find out what information we have about you.
- When you write, what you should tell us.



SF 0031

# Your privacy...
## Is our concern

## WHAT WE MEAN WHEN WE TALK ABOUT "PRIVACY"

Your privacy is important to us. When we sell an insurance policy to a person, we need information about the person or property that we're insuring. We consider this information private and have taken steps to protect its confidentiality.

We want you to know about our privacy policy. The privacy policy tells you the kinds of information we get about you, where we get it, and with whom, if anyone, we may share it.

This brochure describes our privacy policy, procedures and practices for individuals who seek or get automobile, homeowners and other personal liability and property insurance for personal, family or household needs.

## WHAT KIND OF INFORMATION WE HAVE AND WHERE WE GET IT

You give us most information we need in the application process. To make sure all this information is current and correct; we may need to check it with you by telephone or by mail.

You may be asked to give us more information in writing or over the phone. Plus, we may receive and check information on your past insurance claims from insurance support organizations or your former insurers.

As allowed by law, we may also ask for credit and other consumer reports from consumer reporting agencies about your application or renewal of insurance. Information given to us by an insurance support organization, including consumer reporting agencies may be kept by them and given to other persons.

For Auto Insurance, we often get a report of accidents or convictions from your State Motor Vehicle Department. We get these reports through an independent reporting company. We may also receive and check other information from government agencies or independent reporting companies to help us correctly rate and properly price your insurance risk.

On insurance for a home, a building, or a boat, we or an inspector from an independent reporting company may visit the property to inspect and report on its condition, and in some cases, take a picture of it. This allows us to check the estimate we have of your property's value. If we need more information about the property or the alarm you've installed, we may need to enter your property to finish the inspection. We would contact you before entering your property.

As a part of our underwriting process, in most states, we also get an Insurance Score based on credit history. We use the Insurance Score, information you give us and other consumer reports to determine your qualifications and the price we will charge for insurance.

Once you're insured with us, your file may also have information about your policy (ies) with us, including your bill payment history or the claims you have had with us. A claim representative may comment, for example, on the condition of the insured property, or let us know if there have been any changes in the way it's used. We may also keep a police report, if there was one about an accident.

Sometimes we need some information about your health— if, for example, we need to know whether a physical limitation will affect your ability to drive. We would ask you to sign a form allowing your personal doctor to give us written information about your health.

## WHO HAS ACCESS TO THIS INFORMATION

We will keep the information we collect about you in our files. Our policies and procedures protect your personal information in our files.

**We do not give or sell our customers' personal information to other companies for marketing reasons. You do not have to ask us to keep your information private because we do not give your information to others, unless allowed.**

PL-11109 Rev. 3-03

SF 0032

We will use information about you to sell you insurance, service your insurance and settle claims. We may give the information to other persons or companies to help us to manage or service our business. When we do, we make them use it only for the reasons we gave it to them.

We may give, without your past permission and only if allowed by law, information about you held in our files to certain persons or organizations such as:

- Your agent or broker
- Our affiliated property and casualty insurance companies
- An independent claim adjuster or investigator
- Persons or organizations that conduct scientific research, including actuarial or underwriting studies, provided that no individual may be identified in the studies
- An insurance support organization, including consumer reporting agencies
- Another insurer in order to prevent or prosecute fraud

Also, on rare occasions, we may be required to share this information:

- With a State Insurance Department or other governmental agency, if required by federal, state or local laws
- If ordered by a summons, court order, search warrant or subpoena
- To protect our own legal interests, or in case of suspected fraud or other illegal activities.

**HOW TO FIND OUT WHAT INFORMATION WE HAVE ABOUT YOU**

If you have any questions about the information we have in your file, please write to us at the address below. We will answer you within 30 business days of when we receive your request. When we receive your written request, we will let you know if we've given any information about you to anyone in the past. When we receive your written request, we will also tell you, if we asked for a consumer report, and if so, the name and address of the consumer reporting agency that gave the report to us.

If you want, you may also see and copy the information (except for certain documents about claims and lawsuits). If you believe any of our information is wrong, we'll check it out and if we agree there was an error, we'll correct it. If we don't agree, you're still allowed to file a letter with us disagreeing with the information. We'll send the correction or letter to anyone who received or will receive the original information.

If you have any questions about the right of access to or correction of your file, please contact us. We'll be happy to review our procedures with you.

**WHEN YOU WRITE, PLEASE BE SURE TO TELL US YOUR:**

- Name
- Address
- Policy number
- Phone number and the best time of the day for us to call you

Please enclose a copy (not the original) of some type of personal identification, such as your driver's license and send it to the following address:

Privacy Coordinator
KNOXVILLE - 412
PO BOX 59059
KNOXVILLE TN        37950

**WE THANK YOU FOR LETTING US SERVE YOUR INSURANCE NEEDS.**

This notice is given by The Travelers Indemnity Company, The Standard Fire Insurance Company and their property and casualty insurance affiliates, Hartford, CT 06183. This notice may be amended at any time.

PL-11109 Rev. 3-03

SF 0033

## IMPORTANT NOTICE

Travelers is committed to providing fair and competitive pricing to all customers. To do so, Travelers, like many leading insurance carriers, uses information gathered from you and outside sources about your claim, driving, and credit history. This information allows Travelers to determine accurately and objectively the proper price to charge.

Travelers believes that this information has allowed us to give you our best possible price given your claim, driving and credit history. We want you to know, however, that some of our customers enjoy a better price because of their superior claim, driving and credit history. As our pricing decision was based in part on information from a consumer reporting agency(s), you are entitled to receive a free copy of the report(s).

You can contact the customer reporting agency to obtain a copy of the report and check the information for accuracy. Travelers believes strongly in full and open communication, and appreciates the opportunity both to provide you with insurance and explain how to contact the reporting agency.

To receive a free copy of the report you must contact the consumer reporting agency within the next 60 days. If you dispute the accuracy or completeness of any information contained in the report, the consumer reporting agency will reinvestigate the disputed information. The type of report and the name of the consumer reporting agency that supplied the information that influenced our decision is identified below:

Credit History Information:  Trans Union Corporation
                       Telephone: 1-800-645-1938
                       Address: 2 Baldwin Place, PO Box 1000
                       Chester, PA 19022

IMPORTANT: The decision concerning your policy was NOT made by the consumer reporting agency. If you have questions concerning the reason for this decision, please contact your Travelers representative.

Thank you for deciding to insure with Travelers.



PL-10846  3-02



## ALABAMA PERSONAL AUTOMOBILE LIABILITY
### INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a personal automobile liability policy that meets Alabama's Insurance requirements.

Company: THE STANDARD FIRE INSURANCE COMPANY
One Tower Square, Hartford, CT 06183

| Agent | Policy Number | Effective Date | Expiration Date |
|---|---|---|---|
| 0TR786 | 975499318 101 1 | 11/11/03 | 11/11/04 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| 01 | MITSU/MONTERO LI | JA4MN51R21J008388 |

Agent                          NAIC 19070

COLONIAL INS AGENCY
PO BOX 231449
MONTGOMERY AL 36123

Insured
WEELAPAN KERN
371 SPENSETH DRIVE
MONTGOMERY AL 36109

Travelers

Rev. 8-01    See Important Notice On Reverse Side

SF 0035

**IN CASE OF AN ACCIDENT**

*   Call The Travelers immediately
    1-800-CLAIM33 toll free, 24 hours a day.

*   Be sure to get name and address of each driver, passenger, and witness; and insurance company and policy number for each vehicle involved.

*   Only discuss the accident with police officers or Travelers representatives.

**FRAUD HOTLINE: 800-6-FRAUD-0**

**FOR POLICY SERVICE CALL 334-270-6824**

SF 0036

*A*
***Simplified***
***Look***
*At*
***Your Auto***
***Insurance Policy***

*from*



(334) 270-6824

PL-7392  Rev. 11-97

SF 0037

## Delivering on the Promise

When you buy insurance, you are buying promises --- a promise to pay your claims quickly and fairly, a promise to provide you with insurance coverages that fit your needs.

For over 125 years Travelers has staked it reputation on an absolute commitment to honor our promises. As one of the largest insurance companies in the country with over $50 billion in assets, Travelers has the financial strength to stand behind our promises and provide customer service that is second to none.

You can count on Travelers' umbrella to be there to protect you and your family when you need it.

This commitment to our customers is shared by all the independent agents who represent Travelers. Each of the agencies whom we have chosen as our business partners meets the highest professional standards of insurance expertise and customer service. You can depend on them for peace of mind. You can depend on them to **deliver on the promise**.

## Making a Change to Your Policy

It is important that you keep your policy current. This means we need to know when you move, when you want to add or delete a driver on your policy, and when you want to add, change or delete a car on your policy. A telephone call to your Travelers representative is typically all that it takes to make the change. You should notify your representative immediately after you purchase a car to assure no gap in coverage.

Your Travelers representative is also there to assist you when your insurance needs change, and it becomes appropriate for you to change your coverages or limits.

And if you are interested in purchasing homeowners insurance, life insurance, financial services, or other types of insurance, please call your representative. They will be glad to assist you.

SF 0038

page 2

## *Paying Your Premium*

Most customers receive a bill from Travelers about a month before their premium is due. You may pay this bill by check or money order. It is important that we receive your payment by the due date shown on the bill. Your due date is the same day each month.

Our bills are designed to make it easy for customers to choose a payment plan that fits their budget. Each bill states the amount of the premium due for the remaining policy period and the minimum amount needed to be paid prior to the due date on the bill. In most states you have the option of paying the entire balance or just the "minimum due". If you do not pay the total premium at the beginning of the policy period, there will be an installment fee for each payment you make. This fee will be the same regardless of the amount of the policy's premium.

If you do not pay by the due date shown on the bill, we may issue you a nonpayment cancellation notice. We may also require that you pay the total account balance to keep your policy in force and not allow you to pay on installments in the future.

## *Paying Your Claim*

Our professional claims representatives are dedicated to handling your claim promptly and fairly. They are full-time employees of Travelers, and they are experts.

If you do have a claim, please call your Travelers representative immediately. If you cannot reach your representative, call Travelers 24-hour toll-free countrywide claim reporting service at 1-800-CLAIM-33 (1-800-252-4633). The sooner we hear from you, the sooner we can begin working on your behalf.

We can confirm for you, in almost every case, whether you are covered for the loss right over the telephone. At your request we can also provide you with other assistance to make things a little easier, like arranging for windshield repairs, and, in some locations, repairs at our recommended body shops that will give you priority service and special guarantees.

Travelers operates drive-in claim centers in most large metropolitan areas throughout the United States. Your Travelers agent or local Travelers claim office can provide you with their scheduled hours of operation. If it is not convenient or possible for you to use one of our drive-in centers, we will send a professional to inspect your car where it is located. Our goal is to send you a check within 24 hours after agreement is reached on the amount of your loss.



PL-7392 Rev. 11-97

page 3

## Common Questions and Answers About Insurance

**Does this automobile policy cover me when I rent a car for a vacation?**

If you are vacationing in the U.S. or its territories, you will be covered for losses, as long as one of the cars on your policy carries the applicable coverage and you are renting a personal vehicle, such as a car, pickup or van (but not, for example, a motor home). If you are in an accident with your rental car, the rental agency may charge you for the period of time the car is out of service being repaired. In some states, such as New York, this charge is reimbursable through your auto policy. In many other states, it is not reimbursable, but the Collision Damage Waiver sold by car rental agencies will protect you against this type of liability. Call your representative with specific questions.

**Am I covered if I drive my car in Canada or Mexico?**

Your Travelers automobile policy covers you while you are driving your car in Canada, providing you with the same benefits you would have if you were driving in the United States. You will, however, need a Canadian driver identification card. Your agent will be glad to provide you with one. Your policy does **not** cover you when you drive in Mexico. If you plan to drive your car or a rental car in Mexico, you must purchase insurance from a Mexican insurer. These policies are available at the border. Please call your Travelers representative for more information.

**What should I do if I think there is fraud involved in a claim?**

If you think that any of the parties involved with your claim are falsifying services they performed or injuries that they sustained, Travelers wants to know about it. We have a special toll-free FRAUD HOTLINE that you can call. The number is 1-800-6-FRAUD-0. Each year fraud adds billions to the cost of insurance countrywide. Help us fight fraud.

> **Thank you for taking time to read this guide. If you have not already done so, please read the enclosed policy booklet as well. Should you have any questions about this policy or other insurance matters, please contact your Travelers representative at    (334) 270-6824.**

PL-7392 Rev. 11-97

SF 0040





# *Automobile Policy Booklet*

## *from Travelers*

*Especially for:*

**WEELAPAN KERN**



*Prepared by:*

**COLONIAL INS AGENCY**

# *The Contents of This Booklet*

**1.   Your Declarations:**

A summary of your coverages, amounts of insurance, and premiums for those coverages under the policy.

**2.   The Travelers Car Insurance Policy:**

The policy contract describing coverages, rights, and obligations.

**3.   Endorsements:**

Additional coverages or policy provisions applicable to your policy.

**4.   Important Notices:**

Information required by your state but not part of your policy provisions.

# *Important Phone Numbers*

**1.   For Policy Service:**

Call your Travelers representative.
(334) 270-6824

**2.   To Report a Claim:**

Call your Travelers agent or representative or the Travelers toll-free country-wide claim reporting service at 1-800-CLAIM-33(1-800-252-4633).

PL-7841 5-94

SF 0042



## AUTOMOBILE POLICY DECLARATIONS

**1. Named Insured**

WEELAPAN KERN
371 SPENSETH DRIVE
MONTGOMERY AL 36109

**Your Agency's Name and Address**

COLONIAL INS AGENCY
PO BOX 231449
MONTGOMERY AL 36123

Your Policy Number : 975499318 101 1
Your Account Number:

**For Policy Service Call** 334-270-6824
**For Claim Service Call** 1-800-CLAIM33

**2. Your Total Premium for the Policy Period is $1,565.00.**
**The policy period is from November 11, 2003 to November 11, 2004.**

**3. Your Vehicles**

1    2001 MITSU MONTERO LI

**Identification Numbers**

JA4MW51R21J008388

**4. Coverages, Limits of Liability and Premiums**

Insurance is provided only where a premium is shown for the coverage.



|  |  | 1 |
|---|---|---|
|  |  | 01 MITSU MONTERO LI |
| A | - Bodily Injury<br>$100,000 each person<br>$300,000 each accident | $  309 |
| B | - Property Damage<br>$100,000 each accident | 176 |
| C | - Medical Payments<br>$5,000 each person | 28 |
| D1 | - Uninsured Motorists Bodily Injury<br>$25,000 each person<br>$50,000 each accident<br>See Endorsement A01043 | 73 |
| E | - Collision<br>Actual Cash Value less<br>$500 deductible | 699 |
| F | - Comprehensive<br>(Other than Collision)<br>Actual Cash Value less<br>$250 deductible | 246 |
| G | - Extended Transportation Expense<br>$30 per day/$900 maximum<br>See Endorsement A00391 | 22 |

Continued on next page

PL-7782 5-94    412/0TR786

SF 0043

## 4. Coverages, Limits of Liability and Premiums (continued)

```
                                       01 MITSU
                                       MONTERO LI

I     - Towing and Labor Costs
        $75 per disablement                 12

                                       _____

Subtotal for your vehicle:             $1,565

Total Premium for This Policy:  $1,565
```

This is Not a bill.  You will be billed separately for this transaction.

## 5. Information Used to Rate Your Policy

### Discounts Included in Your Premium

```
    Passive Restraint              01 MITSU
                                   MONTERO LI
```

| Drivers | Date of Birth | Sex | Marital Status |
|---------|---------------|-----|----------------|
| WEELAPAN | 07-05-65 | Male | Single |

| Vehicles | Use of Vehicle | Location of Vehicle |
|----------|----------------|---------------------|
| 01 MITSU MONTERO LI | Business | MONTGOMERY AL |

It is important that the above information is correct to ensure that your policy is properly rated.  If there are errors or changes to this information, please notify your Travelers representative immediately.

## 6. Other Information

### Loss Payees

```
    01 MITSU MONTERO LI            WFS FINANCIAL SERVICES, INC.
    VIN # JA4MW51R21J008388        P O BOX 2675
                                   CORAOPOLIS,PA 15108

Your Insurer     The Standard Fire Insurance Company
                 One of The Travelers Insurance Companies
                 One Tower Square, Hartford, CT 06183
```

SF 0044



Named Insured:   WEELAPAN KERN
Policy Number:   975499318 101 1
Policy Period:   November 11, 2003 to November 11, 2004.
Issued On:       November 12, 2003

---

## 6. Other Information (continued)

### Policy Endorsements

A01043 Uninsured Motorists - Alabama
A01051 Amendment of Policy Provisions - Alabama
A00391 Personal Auto Policy Coverage Enhancement Endorsement

**Policy Edition 6**        **Policy Form 101**        **Issued on  11/12/03**

Countersignature: _____

Thank you for insuring with The Travelers. We appreciate your business. If you
have any questions about your insurance, please contact your Travelers
representative.

---

## FOR YOUR INFORMATION

Children & air bags. . . it's as easy as 1 - 2 - 3
1. Never put a child seat (those used with infants) in the front seat
   of a car with air bags.
2. Make sure all children are buckled up no matter where they sit.
   Unbuckled children can be hurt or killed by an air bag.
3. The rear seat (those with seat belts) is the safest place for children
   of any age to ride.

SF 0045

TOC8000

# YOUR PERSONAL AUTO POLICY QUICK REFERENCE

**DECLARATIONS PAGE**
  **Your Name and Address**
  **Your Auto or Trailer**
  **Policy Period**
  **Coverages and Amounts of Insurance**

|  | Beginning On Page |
|---|---|
| **AGREEMENT** | 1 |
| **DEFINITIONS** | 1 |

**LIABILITY**
| Insuring Agreement | 2 |
| Supplementary Payments | 2 |
| Exclusions | 2 |
| Limit of Liability | 3 |
| Out of State Coverage | 4 |
| Financial Responsibility | 4 |
| Other Insurance | 4 |

**MEDICAL PAYMENTS**
| Insuring Agreement | 4 |
| Exclusions | 5 |
| Limit of Liability | 5 |
| Other Insurance | 5 |

**UNINSURED MOTORISTS**
| Insuring Agreement | 6 |
| Exclusions | 6 |
| Limit of Liability | 7 |
| Other Insurance | 7 |
| Arbitration | 7 |

**DAMAGE TO YOUR AUTO**
| Insuring Agreement | 8 |
| Transportation Expenses | 9 |
| Exclusions | 9 |
| Limit of Liability | 10 |
| Payment of Loss | 10 |
| Loss Payable Clause | 10 |
| No Benefit to Bailee | 10 |
| Other Insurance | 10 |
| Appraisal | 10 |

**DUTIES AFTER AN ACCIDENT OR LOSS**
| General Duties | 11 |
| Additional Duties for Uninsured Motorists Coverage | 11 |
| Additional Duties for Collision and Comprehensive Coverages | 11 |

**GENERAL PROVISIONS**
| Bankruptcy | 11 |
| Changes | 11 |
| Fraud | 11 |
| Legal Action Against Us | 11 |
| Our Right to Recover Payment | 12 |
| Policy Period and Territory | 12 |
| Termination | 12 |
| Transfer of your Interest in this Policy | 13 |
| Two or More Auto Policies | 13 |

**Edition 6 of Policy Forms 101 and LP**

SF 0046

# PERSONAL AUTO POLICY

## Travelers Property Casualty Companies
### Hartford, Connecticut
### (Each a Stock Insurance Company)

## AGREEMENT

In return for payment of the premium and subject to all the terms of this policy, we will provide the coverages you have selected. These are shown by premium entries in the Declarations. The Declarations is a part of this policy.

## DEFINITIONS

**A.** Throughout this policy, "you" and "your" refer to:

1. The "named insured" shown in the Declarations; and

2. The spouse if a resident of the same household.

**B.** "We", "us" and "our" refer to the Company shown in the Declarations providing this insurance.

**C.** For purposes of this policy, a private passenger type auto shall be deemed to be owned by a person if leased:

1. Under a written agreement to that person; and

2. For a continuous period of at least 6 months.

Other words and phrases are defined. They are in quotation marks when used.

**D.** "Bodily injury" means bodily harm, sickness or disease, including death that results.

**E.** "Business" includes trade, profession or occupation.

**F.** "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household. This includes a ward or foster child.

**G.** "Occupying" means in, upon, getting in, on, out or off.

**H.** "Property damage" means physical injury to, destruction of or loss of use of tangible property.

**I.** "Trailer" means a vehicle designed to be pulled by a:

1. Private passenger auto; or

2. Pickup or van.

It also means a farm wagon or farm implement while towed by a vehicle listed in 1. or 2. above.

**J.** "Your covered auto" means:

1. Any vehicle shown in the Declarations.

2. Any of the following types of vehicles on the date you become the owner:

   a. a private passenger auto; or

   b. a pickup or van.

This provision (J.2.) applies only if:

   a. you acquire the vehicle during the policy period;

   b. you ask us to insure it within 30 days after you become the owner; and

   c. with respect to a pickup or van, no other insurance policy provides coverage for that vehicle.

If the vehicle you acquire replaces one shown in the Declarations, it will have the same coverage as the vehicle it replaced. You must ask us to insure a replacement vehicle within 30 days only if:

   a. you wish to add or continue Damage to Your Auto Coverages; or

   b. it is a pickup or van used in any "business" other than farming or ranching.



Edition 6 of Policy forms
101 and LP

SF 0047

If the vehicle you acquire is in addition to any shown in the Declarations, it will have the broadest coverage we now provide for any vehicle shown in the Declarations.

3. Any "trailer" you own.

4. Any auto or "trailer" you do not own while used as a temporary substitute for any

other vehicle described in this definition which is out of normal use because of its:

a. breakdown;     d. loss; or

b. repair;          e. destruction.

c. servicing;

---

## LIABILITY
### Coverage A — Bodily Injury
### Coverage B — Property Damage

---

**INSURING AGREEMENT**

A. We will pay damages for "bodily injury" (Coverage A) or "property damage" (Coverage B) for which any "insured" becomes legally responsible because of an auto accident. Damages include pre-judgment interest awarded against the "insured". We will settle or defend, as we consider appropriate, any claim or suit asking for these damages. In addition to our limit of liability, we will pay all defense costs we incur. Our duty to settle or defend ends when our limit of liability for these coverages has been exhausted. We have no duty to defend any suit or settle any claim for "bodily injury" or "property damage" not covered under this policy.

B. "Insured" as used in these coverages means:

1. You or any "family member" for the owner-ship, maintenance or use of any auto or "trailer".

2. Any person using "your covered auto".

3. For "your covered auto", any person or or-ganization but only with respect to legal responsibility for acts or omissions of a per-son for whom coverage is afforded under these Liability Coverages.

4. For any auto or "trailer", other than "your covered auto", any other person or or-ganization but only with respect to legal responsibility for acts or omissions of you or any "family member" for whom coverage is afforded under these Liability Coverages. This provision (B.4.) applies only if the person or organization does not own or hire the auto or "trailer".

**SUPPLEMENTARY PAYMENTS**

In addition to our limit of liability, we will pay on behalf of an "insured":

1. Up to $250 for the cost of bail bonds re-quired because of an accident, including re-lated traffic law violations. The accident must result in "bodily injury" or "property damage" covered under this policy.

2. Premiums on appeal bonds and bonds to release attachments in any suit we defend.

3. Interest accruing after a judgment is entered in any suit we defend. Our duty to pay interest ends when we offer to pay that part of the judgment which does not ex-ceed our limit of liability for these coverages.

4. Up to $50 a day for loss of earnings, but not other income, because of attendance at hearings or trials at our request.

5. Other reasonable expenses incurred at our request.

**EXCLUSIONS**

A. We do not provide Liability Coverages for any person:

1. Who intentionally causes "bodily injury" or "property damage".

2. For damage to property owned or being transported by that person.

3. For damage to property:

a. rented to;

b. used by; or

c. in the care of;

that person.

This exclusion (A.3.) does not apply to damage to a residence or private garage.

4. For "bodily injury" to an employee of that person during the course of employment. This exclusion (A.4.) does not apply to "bodily injury" to a domestic employee unless workers' compensation benefits are required or available for that domestic employee.

5. For that person's liability arising out of the ownership or operation of a vehicle while it is being used to carry persons or property for a fee. This exclusion (A.5.) does not apply to a share-the-expense car pool.

6. While employed or otherwise engaged in the "business" of:

   a. selling;       d. storing; or
   b. repairing;     e. parking;
   c. servicing;

   vehicles designed for use mainly on public highways. This includes road testing and delivery. This exclusion (A.6.) does not apply to the ownership, maintenance or use of "your covered auto" by:

   a. you;
   b. any "family member"; or
   c. any partner, agent or employee of you or any "family member".

7. Maintaining or using any vehicle while that person is employed or otherwise engaged in any "business" (other than farming or ranching) not described in Exclusion A.6. This exclusion (A.7.) does not apply to the maintenance or use of a:

   a. private passenger auto;
   b. pickup or van that you own; or
   c. "trailer" used with a vehicle described in a. or b. above.

8. Using a vehicle without a reasonable belief that that person is entitled to do so.

9. For "bodily injury" or "property damage" for which that person:

   a. is an insured under a nuclear energy liability policy; or
   b. would be an insured under a nuclear energy liability policy but for its ter-

mination upon exhaustion of its limit of liability.

A nuclear energy liability policy is a policy issued by any of the following or their successors:

   a. American Nuclear Insurers;
   b. Mutual Atomic Energy Liability Underwriters; or
   c. Nuclear Insurance Association of Canada.

B. We do not provide Liability Coverages for the ownership, maintenance or use of:

1. Any motorized vehicle having fewer than four wheels.

2. Any vehicle, other than "your covered auto", which is:

   a. owned by you; or
   b. furnished or available for your regular use.

3. Any vehicle, other than "your covered auto", which is:

   a. owned by any "family member"; or
   b. furnished or available for the regular use of any "family member".

   However, this exclusion (B.3.) does not apply to your maintenance or use of any vehicle which is:

   a. owned by a "family member"; or
   b. furnished or available for the regular use of a "family member".

## LIMIT OF LIABILITY

### A. Single Liability Limit

1. If the Declarations show a single limit of liability for Coverage A and Coverage B combined, this limit is our maximum limit of liability for all damages for "bodily injury" and "property damage" resulting from any one auto accident. This is the most we will pay regardless of the number of:

   a. "Insureds";
   b. Claims made;
   c. Vehicles or premiums shown in the Declarations; or



d. Vehicles involved in the auto accident.

2. We will apply the limit of liability to provide any separate limits required by law for bodily injury and property damage liability. However, this provision (A.2.) will not change our total limit of liability.

**B. Split Liability Limits**

If the Declarations show separate limits of liability for Coverage A and Coverage B, the limit of liability shown in the Declarations for each person for Coverage A is our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury" sustained by any one person in any one auto accident. Subject to this limit for each person, the limit of liability shown in the Declarations for each accident for Coverage A is our maximum limit of liability for all damages for "bodily injury" resulting from any one auto accident. The limit of liability shown in the Declarations for each accident for Coverage B is our maximum limit of liability for all "property damage" resulting from any one auto accident. These limits are the most we will pay regardless of the number of:

1. "Insureds";

2. Claims made;

3. Vehicles or premiums shown in the Declarations; or

4. Vehicles involved in the auto accident.

**OUT OF STATE COVERAGE**

If an auto accident to which this policy applies occurs in any state or province other than the one in which "your covered auto" is principally garaged, we will interpret your policy for that accident as follows:

**A.** If the state or province has:

1. A financial responsibility or similar law specifying limits of liability for "bodily injury" or "property damage" higher than the limit shown in the Declarations, your policy will provide the higher specified limit.

2. A compulsory insurance or similar law requiring a nonresident to maintain insurance whenever the nonresident uses a vehicle in that state or province, your policy will provide at least the required minimum amounts and types of coverage.

**B.** No one will be entitled to duplicate payments for the same elements of loss.

**FINANCIAL RESPONSIBILITY**

When this policy is certified as future proof of financial responsibility, this policy shall comply with the law to the extent required.

**OTHER INSURANCE**

If there is other applicable liability insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide for a vehicle you do not own shall be excess over any other collectible insurance.

---

## MEDICAL PAYMENTS
## Coverage C

---

**INSURING AGREEMENT**

**A.** We will pay reasonable expenses incurred for necessary medical and funeral services because of "bodily injury":

1. Caused by accident; and

2. Sustained by an "insured".

We will pay only those expenses incurred within 3 years from the date of the accident.

**B.** "Insured" as used in this coverage means:

1. You or any "family member":

a. while "occupying"; or

b. as a pedestrian when struck by;

a motor vehicle designed for use mainly on public roads or a trailer of any type.

2. Any other person while "occupying" "your covered auto".

## EXCLUSIONS

We do not provide Medical Payments Coverage for any person for "bodily injury":

1. Sustained while "occupying" any motorized vehicle having fewer than four wheels.

2. Sustained while "occupying" "your covered auto" when it is being used to carry persons or property for a fee. This exclusion (2.) does not apply to a share-the-expense car pool.

3. Sustained while "occupying" any vehicle located for use as a residence or premises.

4. Occurring during the course of employment if workers' compensation benefits are required or available for the "bodily injury".

5. Sustained while "occupying", or when struck by, any vehicle (other than "your covered auto") which is:
   a. owned by you; or
   b. furnished or available for your regular use.

6. Sustained while "occupying", or when struck by, any vehicle (other than "your covered auto") which is:
   a. owned by any "family member"; or
   b. furnished or available for the regular use of any "family member".

   However, this exclusion (6.) does not apply to you.

7. Sustained while "occupying" a vehicle without a reasonable belief that that person is entitled to do so.

8. Sustained while "occupying" a vehicle when it is being used in the "business" of an "insured". This exclusion (8.) does not apply to "bodily injury" sustained while "occupying" a:
   a. private passenger auto;
   b. pickup or van that you own; or
   c. "trailer" used with a vehicle described in a. or b. above.

9. Caused by or as a consequence of:
   a. discharge of a nuclear weapon (even if accidental);
   b. war (declared or undeclared);
   c. civil war;
   d. insurrection; or
   e. rebellion or revolution.

10. From or as a consequence of the following, whether controlled or uncontrolled or however caused:
    a. nuclear reaction;
    b. radiation; or
    c. radioactive contamination.

## LIMIT OF LIABILITY

A. The limit of liability shown in the Declarations for this coverage is our maximum limit of liability for each person injured in any one accident. This is the most we will pay regardless of the number of:
   1. "Insureds";
   2. Claims made;
   3. Vehicles or premiums shown in the Declarations; or
   4. Vehicles involved in the accident.

   We will, however, double the applicable limit of liability for you or any "family member" if wearing a properly installed seat belt at the time of the accident.

B. Any amounts otherwise payable for expenses under this coverage shall be reduced by any amounts paid or payable for the same expenses under Coverage A or Coverage D.

C. No payment will be made unless the injured person or that person's legal representative agrees in writing that any payment shall be applied toward any settlement or judgment that person receives under Coverage A or Coverage D.

## OTHER INSURANCE

If there is other applicable auto medical payments insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a vehicle you do not own shall be excess over any other collectible auto insurance providing payments for medical or funeral expenses.



Edition 6 of Policy forms
101 and LP

SF 0051

## UNINSURED MOTORISTS
### Coverage D

**INSURING AGREEMENT**

**A.** We will pay damages which an "insured" is legally entitled to recover from the owner or operator of an "uninsured motor vehicle" because of "bodily injury":

1. Sustained by an "insured"; and

2. Caused by an accident.

The owner's or operator's liability for these damages must arise out of the ownership, maintenance or use of the "uninsured motor vehicle".

Any judgment for damages arising out of a suit brought without our written consent is not binding on us.

**B.** "Insured" as used in this coverage means:

1. You or any "family member".

2. Any other person "occupying" "your covered auto".

3. Any person for damages that person is entitled to recover because of "bodily injury" to which this coverage applies sustained by a person described in 1. or 2. above.

**C.** "Uninsured motor vehicle" means a land motor vehicle or trailer of any type:

1. To which no bodily injury liability bond or policy applies at the time of the accident.

2. To which a bodily injury liability bond or policy applies at the time of the accident. In this case its limits for bodily injury liability must be less than the minimum limits for bodily injury liability specified by the financial responsibility law of the state in which "your covered auto" is principally garaged.

3. Which is a hit and run vehicle whose operator or owner cannot be identified and which hits:

   a. you or any "family member";

   b. a vehicle which you or any "family member" are "occupying"; or

c. "your covered auto".

4. To which a bodily injury liability bond or policy applies at the time of the accident but the bonding or insuring company:

   a. denies coverage; or

   b. is or becomes insolvent.

However, "uninsured motor vehicle" does not include any vehicle or equipment:

1. Owned by or furnished or available for the regular use of you or any "family member".

2. Owned or operated by a self-insurer under any applicable motor vehicle law.

3. Owned by any governmental unit or agency.

4. Operated on rails or crawler treads.

5. Designed mainly for use off public roads while not on public roads.

6. While located for use as a residence or premises.

**EXCLUSIONS**

**A.** We do not provide Uninsured Motorists Coverage for "bodily injury" sustained by any person:

1. While "occupying", or when struck by, any motor vehicle owned by you or any "family member" which is not insured for this coverage under this policy. This includes a trailer of any type used with that vehicle.

2. If that person or the legal representative settles the "bodily injury" claim without our consent.

3. While "occupying" "your covered auto" when it is being used to carry persons or property for a fee. This exclusion (A.3.) does not apply to a share-the-expense car pool.

4. Using a vehicle without a reasonable belief that that person is entitled to do so.

B. This coverage shall not apply directly or in-directly to benefit any insurer or self-insurer under any of the following or similar law:

1. workers' compensation law; or

2. disability benefits law.

## LIMIT OF LIABILITY

### A. Single Limit

If the Declarations show a single limit of liability for Coverage D, this limit is our maximum limit of liability for all damages for "bodily injury" resulting from any one accident. This is the most we will pay regardless of the number of:

1. "Insureds";

2. Claims made;

3. Vehicles or premiums shown in the Decla-rations; or

4. Vehicles involved in the accident.

### B. Split Limits

If the Declarations show separate limits of liability for each person and each accident, the limit of liability shown for each person for Uninsured Motorists Coverage is our maximum limit of liability for all damages, including damages for care, loss of services or death, aris-ing out of "bodily injury" sustained by any one person in any one accident. Subject to this limit for each person, the limit of liability shown in the Declarations for each accident for Unin-sured Motorists Coverage is our maximum limit of liability for all damages for "bodily injury" resulting from any one accident. These limits are the most we will pay regardless of the num-ber of:

1. "Insureds";

2. Claims made;

3. Vehicles or premiums shown in the Decla-rations; or

4. Vehicles involved in the accident.

C. Any amounts otherwise payable for damages under this coverage shall be reduced by all sums:

1. Paid because of the "bodily injury" by or on behalf of persons or organizations who

may be legally responsible. This includes all sums paid under Coverage A; and

2. Paid or payable because of the "bodily in-jury" under any of the following or similar law:

   a. workers' compensation law; or

   b. disability benefits law.

D. Any payment under this coverage will reduce any amount that person is entitled to recover for the same damages under Coverage A.

## OTHER INSURANCE

If there is other applicable similar insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any in-surance we provide with respect to a vehicle you do not own shall be excess over any other collec-tible insurance.

## ARBITRATION

A. If we and an "insured" do not agree:

1. Whether that person is legally entitled to recover damages under this coverage; or

2. As to the amount of damages;

either party may make a written demand for ar-bitration. In this event, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction.

B. Each party will:

1. Pay the expenses it incurs; and

2. Bear the expenses of the third arbitrator equally.

C. Unless both parties agree otherwise, arbitra-tion will take place in the county in which the "insured" lives. Local rules of law as to proce-dure and evidence will apply. A decision agreed to by two of the arbitrators will be bind-ing as to:

1. Whether the "insured" is legally entitled to recover damages; and

2. The amount of damages. This applies only if the amount does not exceed the mini-mum limit for bodily injury liability



PL-6000 3-87

Edition 6 of Policy forms
101 and LP

SF 0053

specified by the financial responsibility law of the state in which "your covered auto" is principally garaged. If the amount exceeds that limit, either party may demand the right to a trial. This demand must be made within 60 days of the arbitrators' decision.

If this demand is not made, the amount of damages agreed to by the arbitrators will be binding.

**D.** Instead of this method, we and the "insured" may agree to use another method of arbitration.

---

## DAMAGE TO YOUR AUTO
### Coverage E — Collision
### Coverage F — Comprehensive
### (Other than Collision)
### Coverage G — Rental Reimbursement
### Coverage I — Towing and Labor Costs

---

### INSURING AGREEMENT

**A. Collision and Comprehensive (Other than Collision).** We will pay for direct and accidental loss to "your covered auto" or any "non-owned auto", including their equipment, minus any applicable deductible shown in the Declarations. We will pay for loss to "your covered auto" caused by:

1. "Collision" only if the Declarations indicate that Coverage E — Collision is provided for that auto.

2. Other than "collision" only if the Declarations indicate that Coverage F — Comprehensive is provided for that auto.

If there is loss to a "non-owned auto", we will provide the broadest coverage applicable to any "your covered auto" shown in the Declarations.

**B. Rental Reimbursement.** When there is a loss to one of "your covered autos" described in the Declarations for which a specific premium charge indicates that Coverage G — Rental Reimbursement is afforded:

We will reimburse you for expenses you incur to rent a substitute auto. This coverage applies only if:

1. The auto is withdrawn from use for more than 24 hours; and

2. The loss is caused by "collision" or covered under Coverage F — Comprehensive of this policy.

However, this coverage does not apply when there is a total theft of the auto.

Our payment will be limited to that period of time reasonably required to repair or replace the auto. We will pay up to the amount per day to a maximum amount as shown in the Declarations.

**C. Towing and Labor Costs.** We will pay towing and labor costs incurred each time "your covered auto" or any "non-owned auto" is disabled, up to the limit of liability shown in the Declarations for Coverage I — Towing and Labor Costs as applicable to that vehicle. If a "non-owned auto" is disabled, we will provide the broadest towing and labor costs coverage applicable to any "your covered auto" shown in the Declarations. We will only pay for labor performed at the place of disablement.

**D.** "Collision" means the upset of "your covered auto" or its impact with another vehicle or object. Loss caused by the following is considered other than "collision":

| | |
|---|---|
| 1. Missiles or falling objects; | 7. Malicious mischief or vandalism; |
| 2. Fire; | 8. Riot or civil commotion; |
| 3. Theft or larceny; | 9. Contact with bird or animal; or |
| 4. Explosion or earthquake; | 10. Breakage of glass. |
| 5. Windstorm; | |
| 6. Hail, water or flood; | |

If breakage of glass is caused by a "collision" you may elect to have it considered a loss caused by "collision".

Edition 6 of Policy forms
101 and LP

SF 0054

**E.** "Non-owned auto" means any private passenger auto, pickup, van or "trailer" not owned by or furnished or available for the regular use of you or any "family member" while in the custody of or being operated by you or any "family member". However, "non-owned auto" does not include any vehicle used as a temporary substitute for a vehicle you own which is out of normal use because of its:

1. Breakdown;
2. Repair;
3. Servicing;
4. Loss; or
5. Destruction.

## TRANSPORTATION EXPENSES

In addition, under Coverage F we will pay up to $15 per day, to a maximum of $450, for transportation expenses incurred by you. This applies only in the event of the total theft of "your covered auto". We will pay only transportation expenses incurred during the period:

1. Beginning 48 hours after the theft; and
2. Ending when "your covered auto" is returned to use or when we pay or offer to pay for its loss.

## EXCLUSIONS

We will not pay for:

1. Loss to "your covered auto" which occurs while it is used to carry persons or property for a fee. This exclusion (1.) does not apply to a share-the-expense car pool.

2. Damage due and confined to:
   a. wear and tear;
   b. freezing;
   c. mechanical or electrical breakdown or failure; or
   d. road damage to tires.

   This exclusion (2.) does not apply if the damage results from the total theft of "your covered auto".

3. Loss due to or as a consequence of:
   a. radioactive contamination;
   b. discharge of any nuclear weapon (even *if accidental*);
   c. war (declared or undeclared);
   d. civil war;
   e. insurrection; or
   f. rebellion or revolution.

4. Loss to equipment designed for the reproduction of sound. This exclusion (4.) does not apply if the equipment is permanently installed in "your covered auto" or any "non-owned auto".

5. Loss to tapes, records or other devices for use with equipment designed for the reproduction of sound.

6. Loss to a camper body or "trailer" you own which is not shown in the Declarations. This exclusion (6.) does not apply to a camper body or "trailer" you:
   a. acquire during the policy period; and
   b. ask us to insure within 30 days after you become the owner.

7. Loss to any "non-owned auto" or any vehicle used as a temporary substitute for a vehicle you own, when used by you or any "family member" without a reasonable belief that you or that "family member" are entitled to do so.

8. Loss to:
   a. TV antennas;
   b. awnings or cabanas; or
   c. equipment designed to create additional living facilities.

9. Loss to any of the following or their accessories:
   a. citizens band radio;
   b. two-way mobile radio;
   c. telephone; or
   d. scanning monitor receiver.

   This exclusion (9.) does not apply if the equipment is permanently installed in the opening of the dash or console of "your covered auto" or any "non-owned auto". This opening must be normally used by the auto manufacturer for the installation of a radio.

10. Loss to equipment designed or used for the detection or location of radar.

11. Loss to any "non-owned auto" being maintained or used by any person while employed or otherwise engaged in the "business" of:

a.  selling;          d.  storing; or

b.  repairing;        e.  parking;

c.  servicing;

vehicles designed for use on public highways. This includes road testing and delivery.

12. Loss to any "non-owned auto" being maintained or used by any person while employed or otherwise engaged in any "business" not described in exclusion 11. This exclusion (12.) does not apply to the maintenance or use by you or any "family member" of a "non-owned auto" which is a private passenger auto or "trailer".

## LIMIT OF LIABILITY

A.  Our limit of liability for loss will be the lesser of the:

1.  Actual cash value of the stolen or damaged property; or

2.  Amount necessary to repair or replace the property with like kind and quality.

However, the most we will pay for loss to any "non-owned auto" which is a "trailer" is $500.

B.  An adjustment for depreciation and physical condition will be made in determining actual cash value at the time of loss.

## PAYMENT OF LOSS

We may pay for loss in money or repair or replace the damaged or stolen property. We may, at our expense, return any stolen property to:

1.  You; or

2.  The address shown in this policy.

If we return stolen property we will pay for any damage resulting from the theft. We may keep all or part of the property at an agreed or appraised value.

## LOSS PAYABLE CLAUSE

Loss or damage under this policy shall be paid, as interest may appear, to you and the loss payee shown in the Declarations. This insurance with respect to the interest of the loss payee, shall not become invalid because of your fraudulent acts or omissions unless the loss results from your conversion, secretion or embezzlement of "your covered auto". However, we reserve the right to cancel the policy as permitted by policy terms and the cancellation shall terminate this agreement as to the loss payee's interest. We will mail the loss payee written notice at least 10 days before the effective date of cancellation.

When we pay the loss payee we shall, to the extent of payment, be subrogated to the loss payee's rights of recovery.

## NO BENEFIT TO BAILEE

This insurance shall not directly or indirectly benefit any carrier or other bailee for hire.

## OTHER INSURANCE

If other insurance also covers the loss we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a "non-owned auto" or any vehicle used as a temporary substitute for a vehicle you own shall be excess over any other collectible insurance.

## APPRAISAL

A.  If we and you do not agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will select a competent appraiser. The two appraisers will select an umpire. The appraisers will state separately the actual cash value and the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

1.  Pay its chosen appraiser; and

2.  Bear the expenses of the appraisal and umpire equally.

B.  We do not waive any of our rights under this policy by agreeing to an appraisal.

## DUTIES AFTER AN ACCIDENT OR LOSS

### GENERAL DUTIES

**A.**  We must be notified promptly of how, when and where the accident or loss happened. Notice should also include the names and addresses of any injured persons and of any witnesses.

**B.**  A person seeking any coverage must:

1.  Cooperate with us in the investigation, settlement or defense of any claim or suit.

2.  Promptly send us copies of any notices or legal papers received in connection with the accident or loss.

3.  Submit, as often as we reasonably require:

     a.  to physical exams by physicians we select. We will pay for these exams.

     b.  to examination under oath and subscribe the same.

4.  Authorize us to obtain:

     a.  medical reports; and

     b.  other pertinent records.

5.  Submit a proof of loss when required by us.

### ADDITIONAL DUTIES FOR UNINSURED MOTORISTS COVERAGE

A person seeking Uninsured Motorists Coverage must also:

1.  Promptly notify the police if a hit and run driver is involved.

2.  Promptly send us copies of the legal papers if a suit is brought.

### ADDITIONAL DUTIES FOR COLLISION AND COMPREHENSIVE COVERAGES

A person seeking coverage for Collision or Comprehensive (Other than Collision) must also:

1.  Take reasonable steps after loss to protect "your covered auto" and its equipment from further loss. We will pay reasonable expenses incurred to do this.

2.  Promptly notify the police if "your covered auto" is stolen.

3.  Permit us to inspect and appraise the damaged property before its repair or disposal.

## GENERAL PROVISIONS

### BANKRUPTCY

Bankruptcy or insolvency of the "insured" shall not relieve us of any obligations under this policy.

### CHANGES

This policy contains all the agreements between you and us. Its terms may not be changed or waived except by endorsement issued by us. If a change requires a premium adjustment, we will adjust the premium as of the effective date of change according to the manuals then in use by us.

We may revise this policy form to provide more coverage without additional premium charge. If we do this your policy will automatically provide the additional coverage as of the date the revision is effective in your state.

### FRAUD

We do not provide coverage for any "insured" who has made fraudulent statements or engaged in fraudulent conduct in connection with any accident or loss for which coverage is sought under this policy.

### LEGAL ACTION AGAINST US

**A.**  No legal action may be brought against us until there has been full compliance with all the terms of this policy. In addition, under the Liability Coverages, no legal action may be brought against us until:

1.  We agree in writing that the "insured" has an obligation to pay; or

2.  The amount of that obligation has been finally determined by judgment after trial.



PL-6000  3-87

Edition 6 of Policy forms
101 and LP

SF 0057

**B.** No person or organization has any right under this policy to bring us into any action to determine the liability of an "insured".

## OUR RIGHT TO RECOVER PAYMENT

**A.** If we make a payment under this policy and the person to or for whom payment was made has a right to recover damages from another we shall be subrogated to that right. That person shall do:

1. Whatever is necessary to enable us to exercise our rights; and

2. Nothing after loss to prejudice them.

However, our rights in this paragraph (A.) do not apply, under the Damage to Your Auto Coverages, against any person using "your covered auto" with a reasonable belief that that person is entitled to do so.

**B.** If we make a payment under this policy and the person to or for whom payment is made recovers damages from another, that person shall:

1. Hold in trust for us the proceeds of the recovery; and

2. Reimburse us to the extent of our payment.

## POLICY PERIOD AND TERRITORY

**A.** This policy applies only to accidents and losses which occur:

1. During the policy period as shown in the Declarations; and

2. Within the policy territory.

**B.** The policy period, and each successive policy period, begins and ends at 12:01 a.m. standard time at your address.

**C.** The policy territory is:

1. The United States of America, its territories or possessions;

2. Puerto Rico; or

3. Canada.

This policy also applies to loss to, or accidents involving, "your covered auto" while being transported between their ports.

## TERMINATION

**A.** **Cancellation.** This policy may be cancelled during the policy period as follows:

1. The named insured shown in the Declarations may cancel by:

   a. returning this policy to us; or

   b. giving us advance written notice of the date cancellation is to take effect.

2. We may cancel by mailing to the named insured shown in the Declarations at the address shown there:

   a. at least 10 days notice:

      (1) if cancellation is for nonpayment of premium; or

      (2) if notice is mailed during the first 60 days this policy is in effect and this is not a continuation policy; or

   b. at least 30 days notice in all other cases.

3. After this policy is in effect for 60 days, or if this is a continuation policy, we will cancel only:

   a. for nonpayment of premium; or

   b. if your driver's license or that of:

      (1) any driver who lives with you; or

      (2) any driver who customarily uses "your covered auto";

      has been suspended or revoked. This must have occurred:

      (1) during the policy period; or

      (2) since the last anniversary of the original effective date if the policy period is other than 1 year; or

   c. if the policy was obtained through material misrepresentation.

4. Nonpayment of Premium. Nonpayment of premium shall mean failure to pay any premium or premium installment when due whether payable directly to us or through a premium financing plan or credit extension.

**B.** **Termination.** If we decide not to continue this policy, we will mail notice to the named insured shown in the Declarations at the address shown there. Notice will be mailed at least 30 days before the end of the policy period. If the policy period is other than 1 year, we will have the right not to continue it only at each anniversary of its original effective date. If that date is

the 29th, 30th, or 31st of a month, we may consider the first day of the next month to be this anniversary.

**C. Automatic Termination.** If we offer to continue and you or your representative do not accept, this policy will automatically terminate without notice of termination at the end of the current policy period. Failure to pay the required continuation premium when due shall mean that you have not accepted our offer.

If you obtain other insurance on "your covered auto", any similar insurance provided by this policy will terminate as to that auto on the effective date of the other insurance.

**D. Other Termination Provisions.**

1. If the law in effect in your state at the time this policy is issued or continued:
   a. requires a longer notice period;
   b. requires a special form of or procedure for giving notice; or
   c. modifies any of the stated termination reasons;

   we will comply with those requirements.

2. We may deliver any notice instead of mailing it. Proof of mailing of any notice shall be sufficient proof of notice.

3. If this policy is cancelled, you may be entitled to a premium refund. If so, we will send you the refund. The premium refund, if any, will be computed according to our

manuals. However, making or offering to make the refund is not a condition of cancellation.

4. The effective date of cancellation stated in the notice shall become the end of the policy period.

**TRANSFER OF YOUR INTEREST IN THIS POLICY**

**A.** Your rights and duties under this policy may not be assigned without our written consent. However, if a named insured shown in the Declarations dies, coverage will be provided for:

1. The surviving spouse if resident in the same household at the time of death. Coverage applies to the spouse as if a named insured shown in the Declarations; and

2. The legal representative of the deceased person as if a named insured shown in the Declarations. This applies only with respect to the representative's legal responsibility to maintain or use "your covered auto".

**B.** Coverage will only be provided until the next anniversary of the policy's original effective date.

**TWO OR MORE AUTO POLICIES**

If this policy and any other auto insurance policy issued to you by us apply to the same accident, the maximum limit of our liability under all the policies shall not exceed the highest applicable limit of liability under any one policy.

This policy is signed for the member company of Travelers which is the insurer under this policy.

James M. Michener
Secretary

Joseph Lacher
Chief Executive Officer
Personal Lines

Includes copyrighted material of Insurance Services Office, with its permission. Copyright, Insurance Services Office, 1985

PL-6000 3-87                Page 13 of 13                Edition 6 of Policy forms
101 and LP

SF 0059

**PERSONAL AUTO POLICY**
**COVERAGE ENHANCEMENT ENDORSEMENT**

## I. DEFINITIONS

The provision J.4. of the definition of "your covered auto" (J.) is replaced by the following:

4. Any auto or "trailer" you do not own while used as a temporary substitute for any other vehicle described in this definition which is out of normal use because of its:

   a. breakdown;  d. loss; or
   b. repair;  e. destruction.
   c. servicing;

This provision (J.4.) does not apply to the Damage To Your Auto Section.

## II. DAMAGE TO YOUR AUTO

The Damage To Your Auto Section is amended as follows:

A. Paragraph A. of the Insuring Agreement is replaced by the following:

   A. Collision and Comprehensive (Other Than Collision). We will pay for direct and accidental loss to "your covered auto" or any "non-owned auto", including their equipment. We will pay for such loss to "your covered auto" minus any applicable deductible shown in the Declarations. We will pay for loss to "your covered auto" caused by:

      1. "Collision" only if the Declarations indicate that Coverage E - Collision is provided for that auto.
      2. Other than "collision" only if the Declarations indicate that Coverage F - Comprehensive is provided for that auto.

   If there is such a loss to a "non-owned auto", we will provide the broadest coverage applicable to any "your covered auto" shown in the Declarations. We will not subtract any deductible amount from the amount we will pay for a loss to a "non-owned auto".

B. Paragraph B. of the Insuring Agreement is replaced by the following:

   Extended Transportation Expenses

   When there is a loss to a "your covered auto" described in the Declarations for which a specific premium charge indicates that Coverage G - Extended Transportation Expenses is afforded, or to a "non-owned auto", we will pay, without application of a deductible, up to the amount per day to a maximum amount as shown in the Declarations for:

   1. Transportation expenses incurred by you.
   2. Loss of use expenses for which you become legally responsible in the event of loss to a "non-owned auto".

   This coverage applies only if:

   1. "Your covered auto" or the "non-owned auto" is withdrawn from use for more than 24 hours; and
   2. The loss is caused by "collision" or is covered under Coverage F - Comprehensive of this policy.

   However, this coverage does not apply when there is a total theft of "your covered auto" or a "non-owned auto". Such coverage is provided under Coverage F of this policy.

   Our payment will be limited to that period of time reasonably required to repair or replace the "your covered auto" or the "non-owned auto".

C. The first sentence of Paragraph D. of the Insuring Agreement is replaced by the following:

   "Collision" means the upset of "your covered auto" or a "non-owned auto" or their impact with another vehicle or object.

D. Paragraph E. of the Insuring Agreement is replaced by the following:

   "Non-owned auto" means:

TIC
PL-6771 8-96                    Page 1 of 3        Endorsement Symbol Number
                                                              A00391

SF 0060

1. Any private passenger auto, pickup, van or "trailer" not owned by or furnished or available for the regular use of you or any "family member" while in the custody of or being operated by you or any "family member"; or

2. Any auto or "trailer" you do not own while used as a temporary substitute for "your covered auto" which is out of normal use because of its:

   a. breakdown;    d. loss; or
   b. repair;       e. destruction.
   c. servicing;

E. The Transportation Expenses provision is replaced by the following:

Transportation Expenses

In addition, under Coverage F, we will pay, without application of a deductible, up to the greater of the following amounts:

1. $15 per day, to a maximum of $450; or

2. For a "your covered auto", the amount per day, to a maximum amount shown, if any, on the Declarations for Coverage G for that specific "your covered auto"; or

3. For a "non-owned auto", the amount per day, to a maximum amount shown, if any, on the Declarations for Coverage G for any one "your covered auto".

This applies only in the event of the total theft of "your covered auto" or a "non-owned auto". The coverage applies to a "your covered auto" only when the Declarations show that Coverage F is provided for that specific "your covered auto". The coverage applies to a "non-owned auto" if the Declarations show that Coverage F is provided for any "your covered auto".

We will pay:

1. Transportation expenses incurred by you in the event of the total theft of "your covered auto"; or

2. Loss of use expenses for which you become legally responsible in the

event of a total theft of a "non-owned auto".

We will pay only those expenses incurred during the period:

1. Beginning 48 hours after the theft; and

2. Ending when "your covered auto" or the "non-owned auto" is returned to use, or, we pay or offer to pay for its loss.

F. The following provision is added to the Insuring Agreement:

Airbag Replacement Coverage

In addition, under Coverage F, we will pay to replace or repack an airbag that inflates due to malfunction in "your covered auto". Exclusion 2 does not apply to this additional insurance.

G. Exclusions 1., 2. and 7. are replaced by the following:

We will not pay for:

1. Loss to "your covered auto" or any "non-owned auto" which occurs while it is being used to carry persons or property for a fee. This exclusion (1.) does not apply to a share-the- expense car pool.

2. Damage due and confined to:
   a. wear and tear;
   b. freezing;
   c. mechanical or electrical breakdown or failure; or
   d. road damage to tires.

   This exclusion (2.) does not apply if the damage results from the total theft of "your covered auto" or any "non-owned auto".

7. Loss to any "non-owned auto" when used by you or any "family member" without a reasonable belief that you or that "family member" are entitled to do so.

H. The Other Insurance provision is replaced by the following:

Endorsement Symbol Number
A00391

SF 0061

**OTHER SOURCES OF RECOVERY**

If other sources of recovery also cover the loss, we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a "non-owned auto" shall be excess over any other collectible source of recovery including, but not limited to:

1. Any coverage provided by the owner of the "non-owned auto";

2. Any other applicable physical damage insurance;

3. Any other source of recovery applicable to the loss.

**III. MISCELLANEOUS TYPE VEHICLE ENDORSEMENT AMENDMENT**

If the Miscellaneous Type Vehicle Endorsement is attached to this policy:

A. The Definitions Section I.B.4, of that endorsement is amended to add the following:

This provision (B.4.) does not apply to the Damage To Your Auto Section.

B. The following is added to Damage To Your Auto, Section II.D, above:

3. Any motor home, motorcycle or other similar type vehicle, all terrain vehicle, dune buggy or golf cart you do not own while used as a temporary substitute for "your covered auto" which is out of normal use because of its:
   a. breakdown;    d. loss; or
   b. repair;       e. destruction.
   c. servicing;

**IV. SNOWMOBILE ENDORSEMENT AMENDMENT**

If the Snowmobile Endorsement is attached to this policy, the following provision is added to the definition of "your covered snowmobile" found in section I.C.3. of that Endorsement:

This provision (C.3.) does not apply to the Damage To Your Auto Section.

TIC
PL-6771 8-96

Page 3 of 3

Endorsement Symbol Number
A00391
SF 0062

## UNINSURED MOTORISTS COVERAGE - ALABAMA

The Uninsured Motorists Section, Coverage D, is replaced by the following:

### COVERAGE D1 UNINSURED MOTORISTS (BODILY INJURY)

### INSURING AGREEMENT

A.  We will pay damages which an "insured" is legally entitled to recover from the owner or operator of an "uninsured motor vehicle" because of "bodily injury":

1.  Sustained by an "insured"; and

2.  Caused by an accident.

The owner's or operator's liability for these damages must arise out of the ownership, maintenance or use of the "uninsured motor vehicle".

No judgment for damages arising out of a suit brought against the owner or operator of an "uninsured motor vehicle" is binding on us unless we:

1.  Received reasonable notice of the pendency of the suit resulting in judgment; and

2.  Had a reasonable opportunity to protect our interests in the suit.

However, if reasonable notice has not been given to us, we have the option to accept the judgment in the suit as binding on us.

B.  "Insured" as used in this coverage means:

1.  You or any "family member".

2.  Any other person "occupying" "your covered auto".

3.  Any person for damages that person is entitled to recover because of "bodily injury" to which this coverage applies sustained by a person described in 1. or 2. above.

C.  "Uninsured motor vehicle" means a land motor vehicle or trailer of any type:

1.  To which no bodily injury liability bond or policy applies at the time of the accident.

2.  To which a bodily injury liability bond or policy applies at the time of the accident. In this case its limit for bodily injury liability must be less than the minimum limit for bodily injury

liability specified by the financial responsibility law of Alabama.

3.  For which the sum of the limits of liability under all bodily injury liability bonds or policies applicable at the time of the accident is not enough to pay the full amount the "insured" is legally entitled to recover as damages. In this case the applicable limits for bodily injury liability must be equal to or greater than the minimum limit for bodily injury liability specified by the financial responsibility law of Alabama.

4.  Which is a hit-and-run vehicle whose operator or owner cannot be identified and which hits or which causes an accident resulting in "bodily injury" without hitting:

a.  you or any "family member";

b.  a vehicle which you or any "family member" are "occupying ", or

c.  "your covered auto".

5.  To which a bodily injury liability bond or policy applies at the time of the accident but the bonding or insuring company:

a.  denies coverage; or

b.  is or becomes insolvent.

However, "uninsured motor vehicle" does not include any vehicle or equipment:

1.  Owned by or furnished or available for the regular use of you or any "family member" unless there is no liability coverage available under any policy other than this policy to respond for damages sustained by you or any "family member".

2.  Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer which is or becomes insolvent.

3.  Operated on rails or crawler treads.

4.  Designed mainly for use off public roads while not on public roads.

5.  While located for use as a residence or premises.

Endorsement Symbol Number
A01043

SF 0063

## EXCLUSIONS

**A.** We do not provide Uninsured Motorists Coverage for "bodily injury" sustained by any "insured":

1. If that "insured" or the legal representative settles the "bodily injury" claim without our consent. However, this exclusion (A.1.) does not apply to a settlement made with the insurer of a vehicle described in Section 3. of the definition of "uninsured motor vehicle."

2. While "occupying" "your covered auto" when it is being used as a public or livery conveyance. This exclusion (A.2.) does not apply to a share-the-expense car pool.

3. Using a vehicle without a reasonable belief that that "insured" is entitled to do so.

**B.** This coverage shall not apply directly or indirectly to benefit any insurer or self-insurer under any of the following or similar law:

1. Workers' compensation law; or

2. Disability benefits law.

## LIMIT OF LIABILITY

**A. Single Limit**

If the Declarations show a single limit of liability for Coverage D1, the following provisions apply:

1. Except as provided in 2. below, our maximum limit of liability for all damages resulting from any one accident is:

   a. The limit of liability for Uninsured Motorists Coverage stated in the Declarations as applicable to "your covered auto", when there is only 1 insured vehicle; or

   b. When there is more than 1 insured vehicle:

      (1) the limit of liability for Uninsured Motorists Coverage stated in the Declarations as applicable to the "your covered auto" an insured was "occupying" at the time of the accident, plus the sum of the highest limits of liability for Uninsured Motorists Coverage stated in the Declarations as applicable to any other of "your covered autos" up to a maximum of 2 additional limits; or

      (2) if an "insured" was not "occupying" one of "your covered autos" at the time of the accident, the sum of the highest limits of liability for Uninsured Motorists Coverage stated in the Declarations as applicable to any of "your covered autos" up to a maximum of 3 limits.

This is the most we will pay regardless of the number of:

   a. "Insureds";

   b. Claims made; or

   c. Vehicles involved in the accident.

2. If Uninsured Motorists Coverage is payable because liability coverage under any policy other than this policy is excluded for damages sustained by you or any "family member", our maximum limit of liability for all damages resulting from any one accident is:

   a. That part of the limit of liability for Uninsured Motorists Coverage stated in the Declarations as applicable to "your covered auto" that does not exceed the limits specified in the Alabama Motor Vehicle Safety Responsibility Act, when there is only 1 insured vehicle; or

   b. When there is more than 1 insured vehicle:

      The sum of that part of the limit of liability for Uninsured Motorists Coverage stated in the Declarations as applicable to any of "your covered autos" that does not exceed the limits specified in the Alabama Motor Vehicle Safety Responsibility Act, up to a maximum of 3 vehicles.

This is the most we will pay regardless of the number of:

   a. "Insureds";

   b. Claims made; or

   c. Vehicles involved in the accident.

**B. Split Limits**

If the Declarations show separate limits of liability for each person and each accident for Coverage D1, the following provisions apply:

1. Except as provided in 2. below:

Endorsement Symbol Number
A01043

SF 0064

a.  When there is only 1 insured vehicle:

   (1) the limit of liability for Uninsured Mo-
       torists Coverage stated in the Declara-
       tions for each person is our maximum
       limit of liability for all damages, in-
       cluding damages for care, loss of ser-
       vices or death, arising out of "bodily
       injury" sustained by any one person in
       any one accident; and

   (2) subject to this limit for each person,
       the limit of liability for Uninsured Mo-
       torists Coverage stated in the Declara-
       tions for each accident is our
       maximum limit of liability for all
       damages for "bodily injury" resulting
       from any one accident.

b.  When there is more than 1 insured vehicle:

   (1) and the "insured" was "occupying"
       "your covered auto" at the time of the
       accident:

      (a) the limit of liability for Uninsured
          Motorists Coverage stated in the
          Declarations for each person ap-
          plicable to that "your covered
          auto", plus the sum of the highest
          limits of liability for Uninsured
          Motorists Coverage stated in the
          Declarations for each person ap-
          plicable to any other of "your cov-
          ered autos" up to a maximum of 2
          additional limits, is our maximum
          limit of liability for all damages,
          including damages for care, loss
          of services or death, arising out of
          "bodily injury" sustained by any
          one person in any one accident;
          and

      (b) subject to this limit for each per-
          son the limit of liability for Unin-
          sured Motorists Coverage stated
          in the Declarations for each acci-
          dent applicable to that "your cov-
          ered auto", plus the sum of the
          highest limits of liability for Unin-
          sured Motorists Coverage stated
          in the Declarations for each acci-
          dent applicable to any other of
          "your covered autos" up to a
          maximum of 2 additional limits, is

our maximum limit of liability for
all damages for "bodily injury" re-
sulting from any one accident.

   (2) and the "insured" was not "occupying"
       one of "your covered autos" at the
       time of the accident:

      (a) the sum of the highest limits of li-
          ability for Uninsured Motorists
          Coverage stated in the Declara-
          tions for each person applicable to
          any of "your covered autos" up to
          a maximum of 3 limits, is our
          maximum limit of liability for all
          damages, including damages for
          care, loss of services or death,
          arising out of "bodily injury" sus-
          tained by any one person in any
          one accident; and

      (b) subject to this limit for each per-
          son, the sum of the highest limits
          of liability for Uninsured Motor-
          ists Coverage stated in the Decla-
          rations for each accident
          applicable to any of "your covered
          autos" up to a maximum of 3 lim-
          its, is our maximum limit of liabil-
          ity for all damages for "bodily
          injury" resulting from any one ac-
          cident.

This is the most we will pay regardless of the
number of:

a.  "Insureds";

b.  Claims made; or

c.  Vehicles involved in the accident.

2.  If Uninsured Motorists Coverage is payable
    because liability coverage under any policy
    other than this policy is excluded for damages
    sustained by you or any "family member":

   a.  When there is only 1 insured vehicle:

      (1) that part of the limit of liability for
          Uninsured Motorists Coverage stated
          in the Declarations for each person
          that does not exceed the limits speci-
          fied in the Alabama Motor Vehicle
          Safety Responsibility Act, is our
          maximum limit of liability for all
          damages, including damages for care,

Endorsement Symbol Number
A01043

SF 0065

loss of services or death, arising out of "bodily injury" sustained by any one person in any one accident; and

   (2) subject to this limit for each person, that part of the limit of liability for Uninsured Motorists Coverage stated in the Declarations for each accident that does not exceed the limits specified in the Alabama Motor Vehicle Safety Responsibility Act, is our maximum limit of liability for all damages for "bodily injury" resulting from any one accident.

b.  When there is more than 1 insured vehicle:

   (1) the sum of that part of the limit of liability for Uninsured Motorists Coverage stated in the Declarations for each person applicable to any of "your covered autos" that does not exceed the limits specified in the Alabama Motor Vehicle Safety Responsibility Act up to a maximum of 3 limits, is our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury" sustained by any one person in any one accident; and

   (2) subject to this limit for each person, the sum of that part of the limit of liability for Uninsured Motorists Coverage stated in the Declarations for each accident applicable to any of "your covered autos" that does not exceed the limits specified in the Alabama Motor Vehicle Safety Responsibility Act up to a maximum of 3 limits, is our maximum limit of liability for all damages for "bodily injury" resulting from any one accident.

This is the most we will pay regardless of the number of:

a.  "Insureds";

b.  Claims made;

c.  Vehicles involved in the accident.

C.  No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and the Liability Section of this policy.

D.  We will not make a duplicate payment under this coverage for any element of loss for which payment has been made by or on behalf of persons or organizations who may be legally responsible.

E.  With respect to Section 3. of the definition of "uninsured motor vehicle", we will reduce the "insured's" total damages by any amount available to that "insured", under any bodily injury liability bonds or policies applicable to the "uninsured motor vehicle", that such "insured" did not recover as a result of a settlement between that "insured" and the insurer of an "uninsured motor vehicle". However, any reduction of the "insured's" total damages will not reduce the limit of liability for this coverage.

This Paragraph (E.) shall not apply if we advance payment to the "insured" in an amount equal to the tentative settlement with the insurer of the "uninsured motor vehicle".

F.  We will not pay for any element of loss if a person is entitled to receive payment for the same element of loss under any of the following or similar law:

1.  Workers' compensation law; or

2.  Disability benefits law.

## OTHER INSURANCE

If there is other applicable similar insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a vehicle you do not own shall be excess over any other collectible insurance.

## ARBITRATION

A.  The Arbitration provision will not apply if legal action has been commenced by the insured against the owner or operator of an "uninsured motor vehicle".

B.  The Arbitration provision applies as follows:

1.  If we and an "insured" do not agree:

   a.  whether that "insured" is legally entitled to recover damages; or

   b.  as to the amount of damages which are recoverable by that "insured";

from the owner or operator of an "uninsured motor vehicle" then the matter may be arbitrated. However, disputes concerning coverage

PL-6788 Rev. 09-03

Endorsement Symbol Number
A01043

SF 0066

under this Uninsured Motorists Coverage may not be arbitrated.

Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction.

2. Each party will:

   a. pay the expenses it incurs; and

   b. bear the expenses of the third arbitrator equally.

3. Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives. Local rules of law as to procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding as to:

   a. whether the "insured" is legally entitled to recover damages; and

   b. the amount of damages. This applies only if the amount does not exceed the minimum limit for bodily injury specified by the financial responsibility law of Alabama. If the amount exceeds that limit, either party may demand the right to a trial. This demand must be made within 60 days of the arbitrators' decision. If this demand is not made, the amount of damages agreed to by the arbitrators will be binding.

4. Instead of this method, we and the "insured" may agree to use another method of arbitration.

## ADDITIONAL DUTY

A person seeking Uninsured Motorists Coverage under Section 3. of the definition of "uninsured motor vehicle" must also promptly notify us in writing of a tentative settlement between the "insured" and the insurer of the "uninsured motor vehicle" and allow us 30 days to advance payment to that "insured" in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such "uninsured motor vehicle."

## GENERAL PROVISIONS

The General Provisions Section is amended as follows:

A. The following is added to the Our Right To Recover Payment provision:

### OUR RIGHT TO RECOVER PAYMENT

Our rights do not apply under Paragraph A. with respect to coverage under Section 3. of the definition of "uninsured motor vehicle" for Uninsured Motorists Coverage if we:

1. Have been given prompt written notice of a tentative settlement between an "insured" and the insurer of an "uninsured motor vehicle"; and

2. Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification:

1. That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Uninsured Motorists Coverage; and

2. We also have a right to recover the advanced payment.

B. The following is added to the Two Or More Auto Policies provision:

### TWO OR MORE AUTO POLICIES

1. This provision does not apply to Uninsured Motorists Coverage.

2. No one will be entitled to receive duplicate payments for the same elements of loss under Uninsured Motorists Coverage.

Endorsement Symbol Number
A01043

SF 0067

# AMENDMENT OF POLICY PROVISIONS - ALABAMA

## GENERAL PROVISIONS

The General Provisions Section is amended as follows:

The Changes provision is replaced by the following:

## CHANGES

1. This policy contains all the agreements between you and us. Its terms may not be changed or waived except by endorsement issued by us.

2. If there is change to the information used to develop the policy premium, we may adjust your premium. Changes during the policy term that may result in a premium increase or decrease include, but are not limited to, changes in:

   a. The number, type or use classification of insured vehicles;

   b. Operators using insured vehicles;

   c. The place of principal garaging of insured vehicles;

   d. Coverage, deductible or limits.

If a change resulting from 1. or 2. requires a premium adjustment, we will make the premium adjustment in accordance with our manual rules.

3. If we make a change which broadens coverage under this edition or your policy without additional premium charge, that change will automatically apply to your policy as of the date we implement the change in your state. This paragraph (3.) does not apply to changes implemented with a general program revision that includes both broadenings and restrictions in coverage, whether that general program revision is implemented through introduction of:

   a. A subsequent edition of your policy; or

   b. An Amendatory Endorsement.

## DAMAGE TO YOUR AUTO

The following note is added to the Limit of Liability provision under Damage To Your Auto.

NOTE: Our Limit of Liability under "Damage to Your Auto" does not extend to any loss in market or resale value which may result from a direct and accidental loss to "your covered auto" or any "non-owned auto".



PL-7696  Rev. 9-00

Endorsement Symbol Number
A01051

SF 0068

SF 0069

