# Exhibit 4

Case 2:05-cv-00698-DRB   Document 32-5   Filed 04/19/2006   Page 1 of 6

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WEELAPAN KERN; | * |
| | * |
| Plaintiff, | * |
| | *   Case No. |
| vs. | *   2:05-cv-698-B |
| | * |
| STANDARD FIRE INSURANCE | * |
| COMPANY; ET AL., | * |
| | * |
| Defendants. | * |

## PLAINTIFFS SUPPLEMENTAL RESPONSE TO DEFENDANTS REQUEST FOR ADMISSIONS

Plaintiff hereby supplements his response to Defendant Standard Fire Insurance Company's First Request for Admissions as follows:

1. Admit that the policy period for Standard Fire policy 975499318-101-1 was November 11, 2003 to November 11, 2004.

**RESPONSE: DENIED**

2. Admit that Standard Fire did not cancel Standard Fire policy 975499318-101-1 prior to the expiration of the November 11, 2003 to November 11, 2004 policy period.

**RESPONSE: Plaintiffs ADMITS that the policy was not cancelled but DENIES that the expirations dates and policy periods are as listed above.**

3. Admit that Standard Fire policy 975499318-101-1 expired in November 11, 2004.

**RESPONSE: DENIED**

4. Admit that Standard Fire policy 975499318-101-1 did not renew on November 11, 2004.

**RESPONSE: DENIED**

5. Admit that Standard Fire sent you an offer to reinstate for Standard Fire policy 975499318-101-1 on December 22, 2004.

**RESPONSE: ADMITTED**

6. Admit that the December 22, 2004 offer to reinstate states that your policy expired in November 11, 2004.

**RESPONSE: ADMITTED**

7. Admit that the December 22, 2004 offer to reinstate states "we must receive at least the "MINIMUM AMOUNT DUE" show above by 01/11/05".

**RESPONSE: ADMITTED.**

8. Admit that the "MIMIMUM AMOUNT DUE" show on the December 22, 2004 offer to reinstate as $445.49.

**RESPONSE: ADMITTED.**

9. Admit that you did not pay the "MIMINUM AMOUNT DUE" by January 11, 2005.

**RESPONSE: ADMITTED.**

10. Admit that the Standard Fire policy 975499318-101-1 was not reinstated on January 11, 2005.

**RESPONSE: ADMITTED.**

11. Admit that the check, which you claim was a premium check for Standard Fire policy 975499318-101-1, was mailed on January 27, 2005.

**RESPONSE: ADMITTED.**

12. Admit that you notified Standard Fire of the automobile accident made the basis of this lawsuit on February 10, 2005.

**RESPONSE: Plaintiff is unable to admit or deny this request because he does not remember specifically when Standard Fire was notified of the automobile accident.**

13. Admit that Standard Fire returned you $800.00 payment to you in February 17, 2005.

**RESPONSE: ADMITTED**

14. Admit that Standard Fire never accepted coverage for the accident made the basis of this lawsuit.

**RESPONSE: DENIED**

15. Admit that Exhibit "A" is a true and correct copy of a February 10, 2005 letter from Chris Seltzer of Colonial Insurance to you.

**RESPONSE: Plaintiff is unable to admit or deny this request. He is not the proper party to authenticate a document created by another person.**

16. Admit that, in the February 10, 2005 letter, Mr. Setzer states:

> I have enclosed a quote for replacement coverage with another company. Travelers will not reinstate the policy. This quote is for the same coverage amounts you had with Travelers, including the same deductibles, and its is for 6 months.

**RESPONSE: ADMITTED.**

17. Admit that Colonial Insurance offered you an opportunity to obtain automobile insurance from a carrier other that Travelers "with the same coverage amounts you had with Travelers,...".

**RESPONSE: Plaintiff ADMITS that after the accident, Plaintiff was offered additional insurance.**

_____
CHRISTOPHER E. SANSPREE (SAN048)
Attorney for Plaintiff

OF COUNSEL:

**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS, & MILES, P.C.**
272 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 (Fax)

Mr. Gary E. Atchison
Attorney at Law
Post Office Box 2002
Montgomery, Alabama 36102-2002

## CERTIFICATE OF SERVICE

    I hereby certify that I have filed the original of the foregoing document in this Court with copies to be served upon all Defendants of record <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid on this the 3rd day of **March** 2006.

_____
OF COUNSEL

Brenen G. Ely
Joel Isenberg
**SMITH & ELY, LLP**
2000 A. Southbridge Parkway, Ste 405
Birmingham, Alabama 35209
205-802-2214
205-879-4445 fax