# Exhibit 7

```
                                                          2868
    ALA THAI, INC.
    1961 FEDERAL DR.  PH. 334-262-5830
    MONTGOMERY, AL 36107
                                            DATE Jan 27, 05
  PAY
  TO THE   Travelers Indemnity and affiliates    $ 800.00
  ORDER OF
  Eight Hundred Dollars only                     DOLLARS
                                       (800)  -8272-
    WHITNEY  Whitney National Bank     7311096000204  P 975499318
             Montgomery, Alabama 36106
                                       911109630   020405
  FOR Acc't# 975499318  101 1        [signature]
  c/o WEELAPAN T. KERN  371 SPENSETH DR
  Montgomery, AL 36109-4234
  ⑆002868⑆ ⑈065101116⑈ 720490413⑇   ⑆0000080000⑆
```

```
020457735 02-07-05 6600 00
085069748 50340112 000000002160
LPSI LOU KY

975499318  TRAV RC-ABS/REC
240907 FLEET BK HTFD CT
>011900571<
```

DEFENDANT'S EXHIBIT
3  kern

KERN0002