# Exhibit 9

0442

 **TRAVELERS**
P.O. BOX 59059
KNOXVILLE, TN 37950-9059

0442

WEELAPAN KERN
371 SPENSETH DRIVE
MONTGOMERY  AL  36109

```
DATE:           02/17/05
CHECK NUMBER:  883A  44642061
AMOUNT:              $800.00***
OFFICE:  412    AGENT: OTR786
ACCOUNT:       975499318
```

REFUND DUE TO CANCELLATION          975499318

NAMED INSURED  WEELAPAN KERN
AND ADDRESS    371 SPENSETH DRIVE
               MONTGOMERY AL  36109

** IF YOU HAVE ANY QUESTIONS, PLEASE CALL (334) 270-6824 **
                         COLONIAL INS AGENCY INC

—Detach Check                                                    Detach Check—

P.O. BOX 59059
KNOXVILLE, TN  37950-9059                **TRAVELERS**                 62-20
                                                                       311
                              CITIBANK DELAWARE
                              NEW CASTLE DELAWARE 19720     883A  44642061

| DATE: | OFFICE: | AGENT: | ACCOUNT: 975499318 | PAY | $800.00*** |
|-------|---------|--------|--------------------|----|----|
| 02/17/05 | 412 | OTR786 |  |  |  |

EIGHT HUNDRED & 00/100 DOLLARS ****************************************************

PAY      WEELAPAN KERN                          *Douglas K. Russell*
TO THE   371 SPENSETH DRIVE                     AUTHORIZED SIGNATURE
ORDER OF MONTGOMERY   AL   36109
                                                PLEASE CASH WITHIN 60 DAYS

**DEFENDANT'S EXHIBIT**                          KERN0007

*L. Kern*