# Exhibit 11

**AFFIDAVIT OF STEVE HERRON**

**STATE OF GEORGIA )**

**COUNTY OF HALL )**

1. My name is Steve Herron. I am a resident and citizen of the State of Georgia. I am over the age of nineteen and am competent to testify about the matters contained in this affidavit.

2. I am presently employed by The Travelers Indemnity Company in Alpharetta, Georgia as a Field Commercial Claims Representative. In 2005, I was employed by Travelers in Alpharetta, Georgia as an Auto Damage Unit Manager. In the course of my employment with Travelers, I work with various affiliated insurers, one of which is The Standard Fire Insurance Company. This affidavit is based on personal knowledge and/or business records maintained in the ordinary course of business.

3. As the Auto Damage Unit Manager, I conducted a management review of Weelapan Kern's claim for the loss, bearing claim number L2Z5076. Attached hereto is a true and correct copy of Standard Fire's claims notes regarding Mr. Kern's claim, bearing bates numbers SF_0082 through SF_0090. These claims notes are maintained in the course of Standard Fire's regularly conducted business, and it is Standard Fire's regular practice to compile and maintain the information contained therein.

4. Further affiant sayeth not.

[signature]
Steve Herron

STATE OF GEORGIA )
COUNTY OF HALL )

I, Ola Rich, a Notary Public in and for said County and State, hereby certify that Steve Herron, whose name is signed to the foregoing and who is known to me, acknowledged before me this day, that being informed of the contents thereof, he voluntarily executed the same on the day of its date.

Given under my hand and seal this the 18th day of April, 2006.

Notary Public: [signature]
My commission expires: August 5, 2008

AFO: 266 LD: AD CLM: L2Z5076 M CMT: A-000-File Level INS: WEELAPAN KERN
DOL: 02/05/2005 ST: AL Status: ACTIVE CH/MCM/SUPV: ANB //LXO TYPE:

| Date | Author | Topic | Subject | Free Form Subject | Clmt (Level) |
|---|---|---|---|---|---|
| 05/17/2005 11:12:22 | ASHLEY GAVENS-BARRERA - 266 | Coverage | Coverage Investigation | | 000 FILE LEVEL |
| REC'D CERTIFIED POLICY IN HARD COPY OF FILE. CALLED DIANE HOUSTON #865 595 2135 L/M ON VMAIL REQ C/B TO SEE IF WE CAN GET COPY OF BILLING HISTORY FROM POINT OF POLICY INCEPTION TO 11/11/2004. | | | | | |
| 05/12/2005 17:42:32 | LUKE O'BRIEN - 266 | Management Review | Sensitive Note | Letter from atty | 001 INS - WEELAPAN KERN |
| Attorney sent a letter via certified mail dated 05.05.05 stamped received here on 05.10.05. [redacted] In the letter he is giving us 14 days to resolve this claim. [redacted] In the letter, Atchison had enclosed a copy of the $800 check we sent back and a copy of a letter that Colonial Insurance had sent dated 02.10.05 where Chris Setzer indicates that Travelers notified them of cancellation of his policy on 01.25.05 back to the effective date of the renewal on 11.11.04. He goes on to say Travelers did receive a check for $800 on 02.07.05 but was returning to Kern due to being well after the cancellation date. Further states we were not going to reinstate the policy. [redacted] check on paper history status, respond to atty no later than 05.17 via fax, phone, and mail. | | | | | |
| 04/29/2005 11:06:59 | STEVEN HERRON - 266 | Management Review | File Management | | 001 INS - WEELAPAN KERN |
| ATTORNEY GARY ATKINSON CALLED IN, ADVISED HIM THAT THIS CLAIM HAS BEEN SENT TO COVERAGE COUNCIL FOR REVIEW OF COVERAGE. HE STATES THAT THERE WAS ERROR ON BEHALF OF NI AGENT AND THE COMPANY IN RE: TO CVG NOT BEING EXTENDED FOR THIS LOSS.<br>*TOLD HIM THAT COVERAGE COUNCIL IS LOOKING INTO THIS MATTER AND LUKE O'BRIEN IS ACTIVELY ADDRESSING THIS CLAIM WITH COVG COUNCIL.<br>---<br>*ON THE FACE IT APPEARED THAT THERE WAS NO COVG FOR THIS LOSS, HOWEVER NI AND HIS ATTORNEY ARE DISPUTING SAME. [redacted]<br>--<br>*PROVIDED ATTORNEY LUKE'S # FOR CONTACT | | | | | |
| 04/28/2005 13:21:01 | LUKE O'BRIEN - 266 | Management Review | File Review | | 001 INS - WEELAPAN KERN |
| [redacted] At this time we are requesting all paperwork concerning billing and other mail that was sent to the insured. We do have a few copies of the documents sent and we are currently waiting for the certified policy and other relevant material. [redacted] | | | | | |
| | ASHLEY GAVENS- | | | | |

SF 0082

04/21/2005 14:51:34
GAVENS-
BARRERA -
266
Coverage
000 FILE
LEVEL

SF 0083



| | | | | | |
|---|---|---|---|---|---|
| 04/21/2005 09:31:36 | ASHLEY GAVENS-BARRERA - 266 | Contact | Initial Contact - Other | CALLED POLICY SERVICES | 000 FILE LEVEL |
| WAS ADVISED I NEED TO SP W/ THE UNDERWRITER TO OBTAIN LETTERS. WAS XRFD TO DIANE HOUSTON VMAIL AND I L/M REQ A C/B.<br><br>WAS ALSO TOLD TO CONTACT ACCTING FOR CHECK PROOFS. | | | | | |
| 04/21/2005 09:30:04 | ASHLEY GAVENS-BARRERA - 266 | Coverage | Coverage Information | DIANE CALLED BACK YESTERDAY | 000 FILE LEVEL |
| AND WE DISCUSSED FILE. I THOUGHT SHE WAS GOING TO SEND AN EMAIL SO I COULD POST IT IN NOTES BUT I HAVE NOT REC'D IT YET. SHE WANTS US TO OBTAIN ALL LETTERS SENT TO THE INSD AND COPY OF THE CHECK TO PROVE THAT WE DEPOSITED THE CHECK 2/7 NOT 2/4 AS THE INSD'S ATTNY CLAIMS. | | | | | |
| 04/21/2005 08:40:58 | LUKE O'BRIEN - 266 | Management Review | File Review | Review | 001 INS - WEELAPAN KERN |
| | | | | | |
| | ASHLEY | | | | |

SF 0084

| 04/20/2005 16:10:53 | GAVENS-BARRERA - 266 | Claim Resolution | Resolution Plan | | 000 FILE LEVEL |
|---|---|---|---|---|---|

CALLED CVG COUNSEL [redacted]

| 04/14/2005 08:53:21 | STEVEN HERRON - 266 | Management Review | File Management | | 001 INS - WEELAPAN KERN |
|---|---|---|---|---|---|

DIARY REVIEW
-------------
*REVIEWED; FILE COVERAGE INVESTIGATION IS BEING HANDLED BY CHARLENE BLANKE WITH COVERAGE COUNCIL.
-TO DO:
*ASHLEY, PLEASE FOLLOW UP WITH CHARLENE BLANKE FOR STATUS OF COVERAGE COUNCIL INVESTIGATION.
*ASK CHARLENE IF SHE NEEDS A COPY OF THE POLICE REPORT. IF SHE DOES PLEASE PROVIDE IT TO HER.
*SPH WILL WITHDRAWL MANAGEMENT SUPERVISION OF CLAIM AT THIS TIME AND LET ASHLEY'S MANAGER LUKE HANDLE. THIS HAS BEEN CONFERRED WITH LUKE.

| 04/12/2005 15:37:26 | LUKE O'BRIEN - 266 | Management Review | Sensitive Note | Review of file | 000 FILE LEVEL |
|---|---|---|---|---|---|

Steve Herron is involved with this claim due to prior knowledge of denial. [redacted] Police report is in file.

| 04/07/2005 15:57:42 | ASHLEY GAVENS-BARRERA - 266 | Investigation | REVIEWED PR | | 000 FILE LEVEL |
|---|---|---|---|---|---|

UPLOADED TO THE FILING CABINET.

SYNOPSIS: VEH1 REAR-ENDED VEH2 PUSHING VEH2 INTO VEH3. NO INJURIES REPORTED. NO CITATIONS.

| 04/07/2005 15:55:40 | ASHLEY GAVENS-BARRERA - 266 | Coverage | [redacted] | | 000 FILE LEVEL |
|---|---|---|---|---|---|

[redacted]

| 03/31/2005 13:22:59 | STEVEN HERRON - 266 | Medical | LETTER TO ATTORNEY | | 000 FILE LEVEL |
|---|---|---|---|---|---|

March 31, 2005

Law Office of Attorney Gary E. Atchison
P.O. Box 2002
492 South Court Street
Montgomery, Alabama 36102-2002

Attention: Mr. Gary E. Atchison

Your Client/Name Insured: Weelapan Kern
Claimant(s): Lisa Jackson and Annette Threatt
St. Paul Travelers Claim# L2Z5076
Date of Loss: February 05, 2005

Dear Mr. Atchison,

Please be advised that St. Paul Travelers is in receipt of your March 17, 2005 dated attorney representation (14) day time limit letter for your

SF 0085

above client Weelapan Kern which expires on March 31, 2005. Please be
advised that this claims office is located at 4400 Northpoint Pkwy,
Alpharetta, Ga 30022, not in Knoxville, Tennessee as you indicated in your
letter. This office was made aware of this letter until March 30, 2005 via
e-mail from Colonial Insurance, the agent of record for this policy. I
called your office today, March 31, 2005 and left you a voice message
stating that the claim has been referred to coverage council Marmur and
Associates for further coverage investigation. Your office will be
contacted in the near future after further coverage investigation has been
concluded.

Mailed overnight via DHL on 3/31/2005

Sincerely,



Steve Herron
Auto Damage Unit Manager

| 03/31/2005 12:42:08 | ASHLEY GAVENS-BARRERA - 266 | Investigation | ORDERED PR | | 000 FILE LEVEL |
|---|---|---|---|---|---|

SEE FILING CABINET.

| 03/31/2005 12:39:44 | ASHLEY GAVENS-BARRERA - 266 | Resolution Plan | SP W/ UNIT MGR HERRON | | 000 FILE LEVEL |
|---|---|---|---|---|---|

PLAN:
*UNIT MGR REQ THAT WE ORDER THE PR FOR RECORDS NOW.
*KEEP ON SHORT DIARY UNTIL RESOLUTION.

| 03/31/2005 12:06:26 | STEVEN HERRON - 266 | Management Review | REVIEW | | 001 INS - WEELAPAN KERN |
|---|---|---|---|---|---|

REVIEW
------
*RECIEVED ATTORNEY REP. LETTER THIS DATE FROM ATTORNEY GARY E. ATCHISON.
LETTER SENT VIA EMAIL FROM AGENT TO SERVICE CTR. MGR AND WAS PULLED BY
ASSOC. MGR JERRY KYLE.
*IT WAS GIVEN TO ME FOR FURTHER INVESTIGATION
*ATTORNEY LETTER STATES THAT ON OR ABOUT 1/27/2005 NI WROTE A PAYMENT FOR
$800.00 TO TRAVELERS WHICH WAS CASHED BY TRAVELERS ON 2/4/05. THE DATE OF
LOSS FOR THIS MVA WAS 2/5/2005.
*ATTORNEY CONTENTION IS THAT OUR COMPANY IS NOT PROVIDING COVERAGE DISPITE
THE FACT THAT OUR COMPANY HAS CASHED NI PREMIUM CHECK FOR $800 PRIOR TO THE
LOSS OCCURRING ATTORNEY IS CLAIMING THIS TO BE FALSE MISREPSENTATION AS WE
ACCEPTED THE $800 PAYMENT AND DEPOSITED SAME.
*SPH HAS CALLED THE AGENTS OFFICE AND SPOKE TO CHERYL AZAR (334)-270-6839
WHO HAS KNOWLEDGE OF THIS INCIDENT
*CHERYL EMAILED ME THE BILLING ACTIVITY FOR NI'D POLICY WHICH REVEALED THE
FOLLOWING:
-RENEWAL DATE 11/11/2004
-ACCT. BILLED 10/14/2004-MIN DUE $141.83 (NEVER PAID)
-ACCT. BILLED 11/22/2004 (ANOTHER BILL SENT) INC. LATE FEES MIN DUE-$293.66
 (NEVER RECIEVED)
-OFFER TO REINSTATE 12/22/2004 INCLUDING LATE FEES AND SCV CHARGES-MIN. DUE
 $445.49 (NEVER RECIEVED)
-POLICY LAPSED ON 1/21/2005
-POLICY CANCELLED ON 1/25/2005 BACK DATED EFFECTIVE 11/11/2004
-THEN AS ATTORNEY LETTER STATES ON OR ABOUT 1/27/05 NI DECIDES TO PAY AFTER
 POLICY HAS ALREADY LAPSED AND CANCELLED.
-PAYMENT OF $800.00 WAS RECIEVED ON 2/7/05 AND REFUNDED TO CUSTOMER ON

SF 0086

2/17/2005 AS MONEY WAS PAID AFTER THE POLICY HAD ALREADY CANCELLED, THAT IS WHY REFUND LIKELY GENERATED
*AGENT ALSO ADVISED THAT NI HAS A HOMEOWNERS POLICY WITH OUR COMPANY-POLICY # 9752027746331 RENEWAL DATE 6-10-05. NI IS POLICYHOLDER BUT LIVES WITH MOTHER WHO OWES THE RESIDENCE.
*SPH MADE CONTACT WITH ASHLEY CLAIM REP. AND SHE IS ORDERING POLICE REPORT VIA PCA TO INDEPENDENTLY VERIFY THE DATE OF LOSS. ASHLEY TO REVIEW ON 14 DAY DIARY
*SPH CALLED ATTORNEY'S OFFICE AND RECIEVED VOICE MAIL. LEFT MESSAGE THAT CLAIM IS BEING INVESTIGATED FURTHER WITH ST. PAUL TRAVELERS CVG COUNCIL MAMUR AND ASSOC. LEFT MY NAME AND # FOR CALL BACK IF NEEDED. ALSO THERE IS NO FAX # ON ATTORNEY LETTER..LEFT MESSAGE FOR ATTORNEY TO CALL ME BACK WITH HIS FAX # SO I CAN FAX CORRESPONDENCE TO HIM
*ALSO, SENT LETTER IN RESPONSE TO ATTORNEY'S 14 DAY TIME LIMIT DEMAND THAT EXPIRES TODAY OVERNIGHT MAIL.

| | | | | | |
|---|---|---|---|---|---|
| 02/14/2005 13:44:23 | ASHLEY GAVENS-BARRERA - 266 | Contact | CLMT CALLED | | 003 PD - ANNETTE THREATT |

UNK CLMT CALLED TO IDENTIFY HERSELF. EXPLAINED THAT THERE IS NO CVG FOR HER DMGS UNDER THIS POLICY. SUGGESTED SHE CONTACT HER INSURANCE COMPANY FOR UMPD CLM. ADVISED DENIAL EN ROUTE TO HER. SHE REQ IT BE FAXED. UPDATED HER CONTACT INFO.

| | | | | | |
|---|---|---|---|---|---|
| 02/14/2005 13:41:41 | ASHLEY GAVENS-BARRERA - 266 | Correspondence | NO CVG DENIAL | | 003 PD - ANNETTE THREATT |

SEE FILING CABINET

| | | | | | |
|---|---|---|---|---|---|
| 02/14/2005 13:00:52 | SYS - 266 | General | ISO NO MATCH REPORT | | 003 PD - ANNETTE THREATT |

NO ISO CLAIM SEARCH MATCHES WERE FOUND

| | | | | | |
|---|---|---|---|---|---|
| 02/14/2005 13:00:48 | SYS - 266 | General | ISO CLAIMSEARCH SUBMISSION | | 003 PD - ANNETTE THREATT |

CLAIM INFORMATION SENT TO ISO FOR: INITIAL CLAIMSEARCH REPORT

| | | | | | |
|---|---|---|---|---|---|
| 02/14/2005 13:00:37 | GENERATED NOTE - | General | | CLAIMANT DESCRIPTION | 003 PD - ANNETTE THREATT |

UNKNOWN

| | | | | | |
|---|---|---|---|---|---|
| 02/10/2005 17:41:06 | ASHLEY GAVENS-BARRERA - 266 | Contact | CALLED INSD | | 001 INS - WEELAPAN KERN |

WAS ADVISED BY UM, HERRON, THAT INSD CALLED L/M ON VMAIL. ADVISED I WILL CALL INSD AGAIN.

CALLED INSD L/M ON WK# WITH FEMALE FOR INSD TO C/B. HM# JUST RINGS. CELL# RINGS THEN GOES BUSY.

| | | | | | |
|---|---|---|---|---|---|
| 02/10/2005 11:39:51 | STEVEN HERRON - 266 | Management Review | COVERAGE REVIEW | | 000 FILE LEVEL |

COVERAGE REVIEW
---------------
*REVIEWED FILE AS WE ARE NOT EXTENDING COVERAGE AT THIS TIME ON THIS CLAIM
-REASON: POLICY WAS NOT IN FORCE AT TIME OF LOSS DUE TO NON-PAYMENT OF PREMIUM
-ASHLEY INVESTIGATED NON-PAYMENT OF PREMIUM WITH POLICY SERVICES AND NO PAYMENT WAS EVER RECIEVED. ALSO, ASHLEY CALLED AGENT AND CONFIRMED THAT THEY HAVE NO RECORD OF ANY EQUITY POSTING TO NI'D POLICY.

SF 0087

-COVERAGE DISPOSITION LETTER IS IN ORDER FOR THIS CLAIM AND HAS BEEN SENT OUT BY FILE OWNER
-GOOD INVESTIGATION ASHLEY

| | | | | | |
|---|---|---|---|---|---|
| 02/10/2005 11:14:46 | ASHLEY GAVENS-BARRERA - 266 | Claim Resolution | FILE CLOSING...PAPERLESS | | 000 FILE LEVEL |

DENIALS MAILED.

CLOSING FILE...PAPERLESS

| | | | | | |
|---|---|---|---|---|---|
| 02/10/2005 11:12:08 | ASHLEY GAVENS-BARRERA - 266 | Correspondence | NO VALID POLICY DENIAL | | 002 PD - LISA JACKSON |

SEE FILING CABINET

| | | | | | |
|---|---|---|---|---|---|
| 02/10/2005 11:03:59 | ASHLEY GAVENS-BARRERA - 266 | Correspondence | NO CVG DENIAL | | 001 INS - WEELAPAN KERN |

SEE FILING CABINET

| | | | | | |
|---|---|---|---|---|---|
| 02/10/2005 11:01:08 | ASHLEY GAVENS-BARRERA - 266 | Correspondence | LTTR FROM INSD'S AGT (EMAILED) | | 001 INS - WEELAPAN KERN |

SEE FILING CABINET

| | | | | | |
|---|---|---|---|---|---|
| 02/10/2005 10:56:09 | ASHLEY GAVENS-BARRERA - 266 | Investigation | CALLED INSD'S AGT | | 001 INS - WEELAPAN KERN |

SP W/ BECKY. I ASKED HER IF HER ASSOCIATE FOUND THAT PROOF OF PYMT. SHE ADVISES THAT THEY WERE NOT ABLE TO BUT THEY DID FIND THE NON PYMT DOCUMENTATION. ADVISED THAT THE INFO SHE EMAILED ME WAS THE RENEWAL PROPOSAL DATED 10/12/2004 THIS IS NOT PROOF OF PYMT. SHE UNDERSTANDS. ADVISED I WILL BE SENDING DENIALS OUT.

| | | | | | |
|---|---|---|---|---|---|
| 02/10/2005 09:54:04 | ASHLEY GAVENS-BARRERA - 266 | Contact | CLMT CALLED | | 002 PD - LISA JACKSON |

SP W/ DCV. ADVISED THAT SHE NEEDS TO REPORT THIS LOSS TO HER INSURANCE CARRIER ASAP B/C THERE IS A STRONG POSSIBILITY THAT WE MAY BE DENYING CVG. ADVISED THAT AT THIS TIME WE ARE STILL INVESTIGATING BUT SHE NEEDS TO BEGIN TO MITIGATE HER DMGS BY REPORTING THIS LOSS TO HER INSURANCE CARRIER.

| | | | | | |
|---|---|---|---|---|---|
| 02/10/2005 09:46:31 | ASHLEY GAVENS-BARRERA - 266 | Contact | INSD'S AGT CALLED | | 001 INS - WEELAPAN KERN |

STATES THAT SHE WILL EMAIL ME WHAT SHE HAS SHOWING CVG FROM 11/11/2004-11/11/2005. ADVISED POLICY SERVICES SHOWS NO PYMT REC'D AND POLICY CANCELLED. SHE ADVISES THAT SHE THOUGHT SHE SAW SOMETHING SHOWING INSD PROOF OF PYMT.

| | | | | | |
|---|---|---|---|---|---|
| 02/10/2005 09:44:54 | ASHLEY GAVENS-BARRERA - 266 | Contact | ATTEMPTED CONTACT | | 002 PD - LISA JACKSON |

L/M ON CELL# VMAIL

| | | | | | |
|---|---|---|---|---|---|
| | ASHLEY | | | | |

SF 0088

| | | | | | |
|---|---|---|---|---|---|
| 02/10/2005 09:32:34 | GAVENS-BARRERA - 266 | Contact | ATTEMPTED CONTACT | | WEELAPAN KERN |

L/M ON HM# ANS MACH
SECONDARY NUMBER JUST RINGS.
CELL# DOES NOT HAVE VMAIL ACTIVATED.

| | | | | | |
|---|---|---|---|---|---|
| 02/10/2005 09:26:23 | ASHLEY GAVENS-BARRERA - 266 | Contact | CALLED INSD AGT | | 001 INS - WEELAPAN KERN |

L/M ON VMAIL REQ C/B TO DISCUSS.

| | | | | | |
|---|---|---|---|---|---|
| 02/10/2005 09:23:49 | ASHLEY GAVENS-BARRERA - 266 | Coverage | INITIAL FILE REVIEW | | 000 FILE LEVEL |

DIV R/E DCV1 CAUSING DCV1 TO R/E DCV2

POLICY: NOT INFORCE
DOL: 2/5/2005 REPORTED BY: INSD AGT 2/10/2005
VEH: 2001 MITSUBISHI MONTERO
DRIVER: WEELAPAN KERN
LOCATION OF LOSS: MONTGOMERY, AL

CALLED POLICY SERVICES SP W/ JEFF. HE ADVISES THAT THIS POLICY CANCELLED 11/11/2004 DUE TO NON PYMT. I REQ HE LOOK FOR OTHER POSSIBLE OTHER POLICIES. HE CONFIRMS NO OTHER POLICY.

| | | | | | |
|---|---|---|---|---|---|
| 02/10/2005 09:10:21 | ASHLEY GAVENS-BARRERA - 266 | General | CONTACTED CLAIMANT | | 003 PD - ANNETTE THREATT |

CONTACT NOT APPLICABLE DUE TO MISSING CONTACT INFO FOR CLMT 003

| | | | | | |
|---|---|---|---|---|---|
| 02/10/2005 08:13:48 | E800 - 284 | Investigation | EARLY TOW NEEDS TO BE DONE FOR THIS CLAIMANT | | 001 INS - WEELAPAN KERN |

EARLY TOW QUESTIONS APPLY BUT WERE NOT DONE AT TRAVPRO NOL TIME!

| | | | | | |
|---|---|---|---|---|---|
| 02/10/2005 08:13:03 | SYS - 266 | General | ISO NO MATCH REPORT | | 001 INS - WEELAPAN KERN |

NO ISO CLAIM SEARCH MATCHES WERE FOUND

| | | | | | |
|---|---|---|---|---|---|
| 02/10/2005 08:13:03 | SYS - 266 | General | ISO NO MATCH REPORT | | 002 PD - LISA JACKSON |

NO ISO CLAIM SEARCH MATCHES WERE FOUND

| | | | | | |
|---|---|---|---|---|---|
| 02/10/2005 08:12:58 | SYS - 266 | General | ISO CLAIMSEARCH SUBMISSION | | 002 PD - LISA JACKSON |

CLAIM INFORMATION SENT TO ISO FOR: INITIAL CLAIMSEARCH REPORT

| | | | | | |
|---|---|---|---|---|---|
| 02/10/2005 08:12:58 | SYS - 266 | General | ISO CLAIMSEARCH SUBMISSION | | 001 INS - WEELAPAN KERN |

CLAIM INFORMATION SENT TO ISO FOR: INITIAL CLAIMSEARCH REPORT

| | | | | | |
|---|---|---|---|---|---|
| 02/10/2005 08:12:57 | C800 - 266 | General | REMARKS NOTE TAKEN BY 800 TELEPHONE REPORTING | | 000 FILE LEVEL |

//TRAVPRO REMARKS: ***** DRIVER INFORMATION **********
DRIVER NAME : WEELAPAN KERN
DRIVER ADDRESS IS :371 SPENSETH DRIVE MONTGOMERY AL 361090000

SF 0089

HOME PHONE: 334/356-3690
COLOR OF VEHICLE INVOLVED IN THE ACCIDENT: UNKNOWN

PLEASE CONTACT CLAIMANT ASAP. OV1 MAY NOT BE DRIVABLE.

| | | | | | |
|---|---|---|---|---|---|
| 02/10/2005 08:12:56 | D800 - 266 | General | DESCRIPTION OF LOSS TAKEN BY 800 TEL REPORTING | | 000 FILE LEVEL |
| IV REAR ENDED OV1 WHO REAR ENDED OV2 | | | | | |
| 02/10/2005 08:12:56 | NATALIE M DEXTER - 284 | General | CLAIMANT VEHICLE DAMAGE DESCRIPTION | | 001 INS - WEELAPAN KERN |
| UNKNOWN | | | | | |
| 02/10/2005 08:12:56 | NATALIE M DEXTER - 284 | General | CLAIMANT VEHICLE DAMAGE DESCRIPTION | | 002 PD - LISA JACKSON |
| REAR END DAMAGE | | | | | |
| 02/10/2005 08:12:56 | NATALIE M DEXTER - 284 | General | CLAIMANT VEHICLE DAMAGE DESCRIPTION | | 003 PD - ANNETTE THREATT |
| UNKNOWN | | | | | |
| 02/10/2005 08:12:36 | NMD - | General | NOTICE TAKER INFORMATION | | 000 FILE LEVEL |
| OFFICE : 284 - ORLANDO - CRC<br>NOTICE TAKER: NMD - NATALIE M DEXTER<br>TELEPHONE : (407) 649-2957 | | | | | |
| 02/10/2005 08:12:35 | GENERATED NOTE - 266 | Assignment | INITIAL ASSIGNMENT | | 000 FILE LEVEL |
| OFFICE: 266 ASSIGNED TO ANB - ASHLEY BARRERA<br>IN GROUP: AD ALL IN TERRITORY: 010<br>*OFFICE ASSIGNMENT DETERMINED USING IMPACT PROFILES* | | | | | |

SF 0090