# Exhibit 13



**Rick Finchum**
*Quality Audit Specialist*
*Knoxville Business Center*
*PO Box 57059*
*Knoxville, TN 37950-9059*
*(877)-878-2468*
*(865) 595-2115 (fax)*

March 28, 2005

Gary E Atchison
PO Box 2002
Montgomery, AL 36102-2002

RE: Weelapan Kern
    975499318 101 1
    The Standard Fire Insurance Company

Dear Mr. Atchison:

I am writing in response to your letter dated March 17, 2005 regarding the auto policy for Weelapan Kern.

The Standard Fire Insurance Company ("Standard Fire") was the company that underwrote Mr. Kern's auto policy referenced above. Mr. Kern's policy period was November 11, 2003 to November 11, 2004. Prior to the expiration of this policy period, Standard Fire sent a renewal offer to Mr. Kerns for the policy period November 11, 2004- November 11, 2005. In order for Mr. Kern's to accept the offer of renewal, he was to pay the renewal premium. Billing statements that contained a specific notice instructing the insured that payment was due by the due date in order to continue coverage were sent to the customer in October and November, but no payments were received to continue the coverage. As a result, the policy lapsed. An Offer to Re-instate dated December 22, 2004 was mailed to the insured. This Offer clearly informed the insured that his policy expired on November 11, 2004 because he did not pay his premium. Mr. Kerns was given an opportunity to have his policy reinstated by sending in the minimum amount due of $445.49 by January 11, 2005. Mr. Kerns did not accept the Offer to Reinstate. As a result, his policy expired November 11, 2004.

After the expiration of his policy, Mr. Kern mailed a payment in the amount of $800 (check dated January 27, 2005) using the payment stub from the Offer to Reinstate which clearly informed Mr. Kern that payment was due by January 11, 2005 in order to reinstate his policy. The check was electronically scanned and automatically deposited. Once the payment is deposited, the system checks for outstanding premium due. In this case, since the policy was no longer active, a refund check was mailed to Mr. Kern on February 17, 2004.



DEFENDANT'S EXHIBIT
7 Kern

KERN0010



Rick Finchum
Quality Audit Specialist
Knoxville Business Center
PO Box 57059
Knoxville, TN 37950-9059
(877)-878-2468
(865) 595-2115 (fax)

Since Mr. Kern's policy expired on November 11, 2004, there was no policy in force for the February 5, 2005 accident. The fact that his check was cashed after the expiration date of his policy does not bind Travelers to coverage after the expiration of his policy on November 11, 2004.

Sincerely,

Rick Finchum
Quality Audit Specialist

KERN0011