# Exhibit 14

**ST PAUL TRAVELERS**

4400 NORTH POINT PARKWAY
SUITE 160
ALPHARETTA, GA 30022-2429
TEL: (770) 521-3515
FAX: (770) 521-3078

CHARLENE E. BLANKE
COVERAGE COUNSEL –
SOUTH REGION
CLAIM LEGAL-COVERAGE AND
EXTRACONTRACTUAL GROUP
TEL: (770) 521-3515
FAX: (770)-521-3078


May 19, 2005

**By Certified Mail, RRR**

Law Office of Attorney Gary E. Atchison
P.O. Box 2002
492 South Court Street
Montgomery, AL 36102-2002

RE:   Insured:       Weelapin Kern
      Claimants:     Lisa Jackson and Annette Threatt
      Date of Loss:  February 5, 2005
      Policy No.:    OTR786-975499318-1
      Claim No.:     L2Z5076

Dear Mr. Atchison:

The undersigned is coverage counsel to the Standard Fire Insurance Company (herein "St. Paul Travelers") with respect to the captioned matter. In a letter dated March 28, 2005 St. Paul Travelers responded to your letter of March 17, 2005, advising you that Mr. Kern's policy was not renewed and had lapsed at the time of the accident. Therefore, there is no coverage for Mr. Kern for this loss.

I am attaching a copy of St. Paul Travelers' March 28, 2005 letter.

\*\*\*

Sincerely,

*Charlene E. Blanke*

Charlene E. Blanke

cc:   Colonial Insurance
      2000 Interstate Park Drive
      Suite 100
      Montgomery, AL 36123-1449



DEFENDANT'S EXHIBIT
8 Kern

KERN0017

Mr. Gary Atchison
May 19, 2005
Page 2

Enc.

KERN0018