IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WEELAPAN KERN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:05-CV-00698-DRB |
| | ) | |
| STANDARD FIRE INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon review of *Standard Fire's Motion for Summary Judgment* and supporting *Brief* and evidentiary submissions filed on April 19, 2006 (Docs. 31, 32, 33), it is

**ORDERED** as follows:

1. Plaintiffs shall file their response in opposition to the Defendant's Motion for Summary Judgment not later than May 17, 2006.

2. Defendant may file a reply to the Plaintiffs' submissions not later than May 30, 2006; thereafter, the Motion shall be submitted for determination without oral argument.

Done this 20th day of April, 2006.

　　　　　　　　　　　　　　　　　　**/s/ Delores R. Boyd**
　　　　　　　　　　　　　　　　　　DELORES R. BOYD
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE