**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **WEELAPAN KERN;** * | |
| * | |
| **Plaintiff,** * | |
| * | **Case No.** |
| **vs.** * | **2:05-cv-698-DRB** |
| * | |
| **STANDARD FIRE INSURANCE** * | |
| **COMPANY; ET AL.,** * | |
| * | |
| **Defendants.** * | |

### NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

COMES NOW the Plaintiff and, in accordance with this Court's scheduling order, hereby give notice unto the Court of the following:

1). That good faith settlement negotiations were conducted between the parties face to face on March 1, 2006, and again via telephone on April 24, 2006.

2). That a settlement has not been reached, but settlement negotiations continue amongst the parties.

3). Counsel for Plaintiff believes that mediation would be helpful to resolve this matter short of trial.

*/s/ Christopher E. Sanspree*
CHRISTOPHER E. SANSPREE (SAN048)
Attorney for Plaintiff

OF COUNSEL:

**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS, & MILES, P.C.**
272 Commerce Street
Post Office Box 4160
Montgomery, Alabama  36103-4160
(334) 269-2343
(334) 954-7555 (Fax)

Mr. Gary E. Atchison
Attorney at Law
Post Office Box 2002
Montgomery, Alabama 36102-2002

**CERTIFICATE OF SERVICE**

   I hereby certify that I have filed the original of the foregoing document in this Court with copies to be served upon all Defendants of record <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid on this the **26**<sup>th</sup> day of **April** 2005.

               */s/ Christopher E. Sanspree*
               OF COUNSEL

Brenen G. Ely
Joel Isenberg
**SMITH & ELY, LLP**
2000 A. Southbridge Parkway, Ste 405
Birmingham, Alabama 35209
205-802-2214
205-879-4445 fax