# ALABAMA PERSONAL AUTOMOBILE LIABILITY INSURANCE IDENTIFICATION CARD

The vehicle described below is covered by a personal automobile liability policy that meets Alabama's insurance requirements.

Company: THE STANDARD FIRE INSURANCE COMPANY
One Tower Square, Hartford, CT 06183

| Agent | Policy Number | Effective Date | Expiration Date |
|---|---|---|---|
| 0TR786 | 975499318 101 1 | 11/11/03 | 11/11/04 |

| Year | Make/Model | Vehicle Identification Number |
|---|---|---|
| 01 | MITSU/ MONTERO LI | JA4MW51R21J008388 |

Agent
COLONIAL INS AGENCY
PO BOX 231449
MONTGOMERY AL 36123

NAIC 19070

Insured
WEELAPAN KERN
371 SPENSETH DRIVE
MONTGOMERY AL 36109

Travelers

Rev. 8-01 See Important Notice On Reverse Side




SF 0035

## IN CASE OF AN ACCIDENT

* Call The Travelers immediately
  1-800-CLAIM33 toll free, 24 hours a day.
* Be sure to get name and address of each driver, passenger, and witness; and insurance company and policy number for each vehicle involved.
* Only discuss the accident with police officers or Travelers representatives.

**FRAUD HOTLINE: 800-6-FRAUD-0**

**FOR POLICY SERVICE CALL 334-270-6824**