## TRAVELERS

COLONIAL INS AGENCY INC
PO BOX 231449
MONTGOMERY AL 36123

### Offer to Reinstate

Account No.       975499318
Date of Notice    12/22/04

**TOTAL ACCOUNT BALANCE**
$1,650.00

**MINIMUM AMOUNT DUE**
$445.49

**DUE DATE**
JANUARY 11, 2005

For Automated Billing and Payment
Information call: 1-800-550-7716
Available 7 days a week
For policy changes or questions
call: (334) 270-6824
For claims call: 1-800-CLAIM-33

412

WEELAPAN KERN
371 SPENSETH DRIVE
MONTGOMERY AL 36109

00006

*[handwritten: Paid Jan 27, 2005 $800.00 CK# 2868]*

Insurer THE STANDARD FIRE INSURANCE COMPANY

### Billing Activity

| | Amount |
|---|---|
| Previous balance | $1,640.00 |
| Late charge | +10.00 |

### Policy Information

| | Policy Period | Minimum Payment | Unpaid Balance |
|---|---|---|---|
| Automobile 975499318 101 1 | LAPSED-11/11/04 to 11/11/05 | $445.49 | $1,650.00 |

### *IMPORTANT NOTICE - OFFER TO REINSTATE*

Your policy expired on 11/11/04 at the time stated in your policy because we did not receive the minimum payment required to continue your coverage. However, we will be happy to reinstate this policy without interruption.

To reinstate your policy, we must receive at least the "MINIMUM AMOUNT DUE" shown above by 01/11/05. If we receive your payment by that date, we will send a notice of reinstatement to you.

If you pay the "TOTAL ACCOUNT BALANCE" there will be no service charge.

Please contact your agent or insurance representative immediately if you have any questions.

Please detach and mail the lower portion of this bill with your payment in the enclosed envelope to TRAVELERS, ONE TOWER SQUARE, HARTFORD, CT 06183-1001. Thank You.



KERN0001