```
                                                                      2868
ALA THAI, INC.
1361 FEDERAL DR.  PH. 334-262-5830
      MONTGOMERY, AL 36107
                                                             61-411/651
                                              DATE Jan 27, 05

PAY
TO THE
ORDER OF  Travelers Indemnity and affiliates        $ 800.00

  Eight Hundred Dollars only                              DOLLARS

WHITNEY   Whitney National Bank          (080) --8272--
          Montgomery, Alabama 36108    7311095000204  P 975499318

FOR  Acct # 975499318    1 of 1
c/o WEELADAN T. KERN  371 SPENSETH DR
    Montgomery, AL 36109-4934
```

Fleet
020457735  02-07-05 6500 00
085069746  50340112  000000002160
LPSI LOU KY

975499318 TRAV PC-ABS/REC
240907, FL
PAYM BK Htfd CT



EXHIBIT E

KERN0002