AFFIDAVIT

STATE OF TENNESSEE    )

COUNTY OF KNOX    )

1. My name is Richard Finchum. I am a resident of the State of Tennessee. I am over the age of nineteen and am competent to testify about the matters contained in this affidavit. I am employed by The Travelers Indemnity Company ("Travelers") in Knoxville, Tennessee as a Quality Audit Specialist. In the course of employment I work on various affiliated insurers, one of which is The Standard Fire Insurance Company ("Standard Fire"). This affidavit is based on personal knowledge and/or business records maintained in the ordinary course of business.

2. Mr. Kern's check in the amount of $800 was received in the mail and was automatically deposited into a Travelers bank account on Friday, February 4, 2005 as is standard business practice for Standard Fire upon receipt of all premium checks. As is the usual business practice, it was not until Monday, February 7, 2005, the next business day after the deposit of the check, that the Standard Fire computer system was able to search the Standard Fire accounts to determine whether there was outstanding premium on the plaintiff's policy to which the check could be credited. It was determined, at that time, that the offer to reinstate the policy had expired and that it was no longer in effect. Therefore, since there was no policy to which the check could be applied, Standard Fire began the refund procedure at that time and issued a refund check to the plaintiff on February 17, 2005.

3. On or about March 28, 2005, I wrote a letter to Gary E. Atchison, counsel for Mr. Kern, setting forth these very facts to him. There was no active policy in place on February 4, 2005 or February 7, 2005 to which Mr. Kern's payment


EXHIBIT F

could be applied. The payment was never applied to any policy of insurance and was simply cashed and refunded to Mr. Kern.

STATE OF TENNESSEE
COUNTY OF KNOX

_____Rick Finchum_____
Rick Finchum

STATE OF TENNESSEE
COUNTY OF KNOX

I, __Brandi Doyle__, a Notary Public in and for said County and State, hereby certify that, whose name is signed to the foregoing and who is known to me, acknowledged before me this day, that being informed of the contents thereof, he voluntarily executed the same on the day of its date.

Given under my hand and seal this the 18th day of April, 2006.

_____Brandi Doyle_____
Notary Public:
My commission expires: 6-9-09