2000 Interstate Park Drive, Suite 100, 36109
Post Office Box 231449
Montgomery, Alabama 36123-1449
(334) 270-6824
(334) 270-6797 (fax)
www.colonial-insurance.com



**COLONIAL INSURANCE**
A COLONIAL COMPANY

February 10, 2005


Weelapan Kern
371 Spenseth Drive
Montgomery, AL  36109


RE:  Private Passenger Auto Policy # 9754993181011


Dear Weelapan:

We have been notified by Travelers Insurance Company that your auto policy was cancelled on 1-25-05 back to the effective date of your renewal on 11-11-04 for nonpayment. Travelers did receive your check for $800.00 on 2-7-05, however they are returning your premium payment since it was posted on 2-7-05, well after the cancellation date.

I have enclosed a quote for replacement coverage with another company. Travelers will not reinstate your policy. This quote is for the same coverage amounts you had with Travelers, including the same deductibles, and it is for 6 months.

Please let me know what you wish to do as soon as possible. Please understand you are without any automobile coverage at this time.

Sincerely,

Chris Setzer
Personal Accounts Manager



EXHIBIT H

KERN0005