0442

 **TRAVELERS**
P.O. BOX 59059
KNOXVILLE, TN 37950-9059

0442

WEELAPAN KERN
371 SPENSETH DRIVE
MONTGOMERY AL 36109

```
DATE:            02/17/05
CHECK NUMBER:    883A  44642061
AMOUNT:                $800.00***
OFFICE: 412   AGENT: OTR786
ACCOUNT:         975499318
```

REFUND DUE TO CANCELLATION                975499318

NAMED INSURED   WEELAPAN KERN
AND ADDRESS    371 SPENSETH DRIVE
               MONTGOMERY AL 36109

** IF YOU HAVE ANY QUESTIONS, PLEASE CALL (334) 270-6824 **
                              COLONIAL INS AGENCY INC

---

—Detach Check                                                                   Detach Check—

P.O. BOX 59059                   **TRAVELERS**                    02-20
KNOXVILLE, TN 37950-9059                                                         311
                                CITIBANK DELAWARE
                                NEW CASTLE DELAWARE 19720              883A  44642061

| DATE:    | OFFICE: | AGENT: | ACCOUNT: 975499318 | PAY | $800.00*** |
|----------|---------|--------|---------------------|-----|------------|
| 02/17/05 | 412     | OTR786 |                     |     |            |

EIGHT HUNDRED & 00/100 DOLLARS ****************************************************

PAY
TO THE    WEELAPAN KERN
ORDER OF  371 SPENSETH DRIVE                    Douglas K. Russell
          MONTGOMERY AL 36109                   AUTHORIZED SIGNATURE
                                                PLEASE CASH WITHIN 60 DAYS

EXHIBIT I

KERN0007