AST-27 REV. 1/91

# ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

DATA PROCESSED

Shaded Areas To Be Used By Data Processing Only

\# 23831 Sheet 1 of 2 Sheet(s) Microfilm No. J

DPS Accident No. — Local Case No. 00973

**LOCATION AND TIME**

Date: 2 05 2005 (Month Day Year) — Time: 1250 AM PM — Day of Week: S M T W TH F S (S circled) — County: 03 — City: MONTGOMERY — Rural

Highway Classification: I—Interstate; S—State (circled); F—Federal; C—County; M—Municipal; P—Private Prop.; O—Other — Local Zone: 05

On Street, Road or Highway: N.E. BLVD — At Intersection of or Between (Node 1): TODD RD — And (Node 2): PLANTATION WAY

Street or Road Code: 5152 — Node Code: 2454 / 0550 — 250.00 Feet / Miles From Node 1 or 2 (Circle One)

Intersection Related: 1 - Node 1; 2 - Node 2; N - Not Int. Related (circled) — Mile Post: NA — Control Access Hwy Loc: 1 - Main Rd; 2 - Frontage Rd; 3 - Interchange; 4 - Entrance Ramp; 5 - Exit Ramp; 0 - N/A (circled) — Prime Contr Circms: 04 — Prime Contr Unit No: 1

First Harmful Event: 20 — Event Location: 1 — Distance to Fixed Object: NA FT.

01 - Overturned; 02 - Fire/Explosion; 03 - Immersion; 04 - Gas Inhalation

NONCOLLISION EVENT: 05 - Spill; 06 - Road/Bridge Collapsed; 07 - Jackknifed; 08 - Person/Cargo Fell From Moving Vehicle; 09 - Trailer Hitch Came Loose; 12 - Other

COLLISION EVENT: 15 - Pedestrian(s); 20 - Non-parked Vehicle; 30 - Parked Vehicle; 35 - Train; 40 - Pedal Cyclist; 45 - Animal; 51 - Guardrail; 52 - Crash Cushion; 53 - Utility Pole; 54 - Non-breakaway Light; 55 - Tree; 56 - Fire Hydrant; 57 - Pier or Column; 59 - Non-breakaway Sign; 61 - Mailbox(es); 62 - Gas Line; 63 - Barricade; 64 - Bridge Rail; 65 - Culvert Headwall; 66 - Curbing; 67 - Retaining Wall; 68 - Median Barrier; 69 - Sideslope; 71 - Building; 72 - Fence; 73 - Boulder; 74 - Ditch; 75 - Overpass/Underpass; 76 - Other Fixed Object; 77 - Breakaway Sign; 78 - Manhole; 79 - Telephone Booth; 80 - Guy Wire; 81 - Breakaway Light; 82 - Overhead Object; 84 - Bridge Abutment; 87 - Animal with Rider; 90 - Foreign Material in Road; 92 - Pothole; 97 - None; 98 - Other

**UNIT NO 1 — DRIVER** (Left Scene ☐; Com Veh ☐)

Driver Full Name: [illegible] — Street Address: 1262 FEDERAL DR — City and State: MONTG AL — ZIP: 36107 — Telephone No.: 334 467-1741

DOB: 07 25 1965 — Race: O — Sex: M — DL State: AL — Driver License No.: 1355158 — DL Class: D — DL Status: C — Lic Restrictions Not Complied With — CDL Status: N — Lic Endorsements Not Complied With — Residence Less Than 25 Miles: Yes (circled) No

Place of Employment: ALA-THAI — Liability Insurance Co.: TRAVELERS — Social Security No.: NA

Driver Condition: 1 - No Defect (circled); 2 - Apparently Asleep; 3 - Fatigued; 4 - Ill; 8 - Other; 9 - Unknown — Sobriety — Officer's Opinion: Alcohol Yes No (circled) Unk; Drugs Yes No Unk — Type Test Given: 1 - Blood Test; 2 - Breath Test; 3 - Urine Test; 4 - Unable to Administer; 5 - Refused Test; 9 - No Test (circled) — Test Results: NA

Maneuver: 01 — Travel Road Name: N.E. BLVD — Road Code: 5152 — Travel Direction: N S (circled) E W A-Not on Rd U-Unk — Other Contr Circumstance: 97 — Prime Haz Event: 20 — Event Loc: 1

**UNIT 1 — VEHICLE**

Veh Year: 2001 — Make: MITS — Model: MON — Body: WA — VIN: JA4MW51R21J008388 — License Tag Number: 3A9522Y — State: AL — Year: 2005

Owner's Name: SAME — Street or R.F.D. — City — State — ZIP

Type: 1 - Auto; 2 - StaWagon; 3 - Pick Up (circled); 4 - Van; 5 - Truck Tractor; 6 - Other Truck; 7 - Comm Bus; 8 - School Bus; 9 - Other Bus; 10 - Motorcycle; 11 - Moped; 12 - M. Scooter; 13 - Pedal Cycle; 14 - Farm Mach.; 15 - Train; 16 - Road Equip; 17 - Ridden Animal; 18 - M. Home (RV); 19 - ATV; 98 - Other

Usage: 1 - Personal (circled); 2 - Driver Trng.; 3 - Construction; 4 - Ambulance/Paramedical; 5 - Military; 6 - Taxi; 7 - Transport Prop; 8 - Agriculture; 9 - Wrecker/Tow; 10 - Police; 11 - Other Business; 12 - Bus/Pass Transport; 13 - Fire Fighting; 98 - Other — Placard: Yes No NA (circled)

Hazardous Cargo: 1 - None (circled); 2 - Explosive; 3 - Gas; 4 - Flam/Combust Liq.; 5 - Flammable Solids; 6 - Oxidizer/Peroxide; 7 - Poison; 8 - Radioactive Matl.; 9 - Corrosive Material; 98 - Other

Attachment: 1 - None (circled); 2 - Mobile Home; 3 - Semi Trailer; 4 - Utility Trailer; 5 - 4-Wheel Trailer; 6 - Boat Trailer; 7 - Camper Trailer; 8 - Towed Vehicle; 9 - Tanker; 10 - Pole Trailer; 11 - Double Trailer; 98 - Other — Oversized Load (Req Permit): Yes No NA (circled) — If Yes, Did Owner Have Permit?: Yes No NA (circled)

Contributing Defect: 97 - None (circled); 1 - Brakes; 2 - Steering; 3 - Power Plant; 4 - Suspension; 5 - Tires; 6 - Exhaust; 7 - Lights; 8 - Turn Signal; 9 - Windows/W Shield; 10 - Restraint Sys.; 11 - Wheels; 12 - Truck Coupling; 13 - Cargo; 14 - Fuel System; 98 - Other; 99 - Unknown

Circle areas Damaged On Diagram: 10 Under Carriage; 11 Attachment; 12 N/A — Damaged area circled: 1

Speed Limit: 55 MPH — Est. Speed: ?? MPH — Citation Offense Charged: NA — Damage Severity: 1 - None Visible; 2 - Not Disabled (circled); 3 - Disabled — Vehicle Towed Away?: Yes No (circled) — Occupants in Unit: 1 — Enter Point of Initial Impact: 1

Vehicle Towed By Whom: NA — To Where: NA

**UNIT NO 2 — DRIVER** (Left Scene ☐; Com Veh ☐; Vehicle ☒ or Pedestrian ☐)

Driver/Pedestrian Full Name: LISA ANN B. JACKSON — Street Address: 501 WOODS DE CIR — City and State: MONTG AL — ZIP: 36109 — Telephone No.: 334 409-0947

DOB: 11 27 1959 — Race: B — Sex: F — DL State: AL — Driver License No.: 4460269 — DL Class: DM — DL Status: C — CDL Status: N — Residence Less Than 25 Miles: Yes (circled) No

Place of Employment: SOUTHEASTERN CARGO — Liability Insurance Co.: SAFEWAY — Social Security No.: NA

Driver/Ped Condition: 1 - No Defect (circled) — Officer's Opinion: Alcohol No (circled); Drugs No (circled) — Type Test Given: 9 - No Test (circled) — Test Results: NA

Maneuver/Action: 18 — Travel Road Name: N.E. BLVD — Road Code: 5152 — Travel Direction: N E (circled) S W — Other Contr Circumstance: 97 — Prime Haz Event: 20 — Event Loc: 1

**VEHICLE**

Veh Year: 2000 — Make: CHEV — Model: IMP — Body: 4D — VIN: 2G1WF55K5Y9124565 — License Tag Number: 3A3022D — State: AL — Year: 2005

Owner's Name: SAME

Type: 1 - Auto (circled) — Usage: 1 - Personal (circled) — Hazardous Cargo: 1 - None (circled) — Attachment: 1 - None (circled) — Contributing Defect: 97 - None (circled) — Placard: NA — Oversized Load: NA — If Yes, Did Owner Have Permit?: NA — Damaged areas circled: 11, 5

Speed Limit: 55 MPH — Est. Speed: 44 MPH — Citation Offense Charged: NA — Damage Severity: 2 - Not Disabled (circled) — Vehicle Towed Away?: Yes No (circled) — Occupants in Unit: 1 — Enter Point of Initial Impact: 5

Vehicle Towed By Whom: NA — To Where: NA

**CODES**

Contributing Circumstances: 01 - Improper Passing; 02 - Improper Lane Change/Usage; 03 - Improper Turn/U-Turn; 04 - Following Too Close; 05 - Misjudge Stopping Dist; 06 - Over Speed Limit; 07 - Avoid Object/Person/Veh; 08 - Unseen Object/Person/Veh; 09 - Improper Backing; 10 - Imp Traffic Control; 11 - Improper/No Signal; 13 - Improper Driving-Environ; 14 - Road Defect; 15 - Vision Obstruction; 16 - Defective Equipment; 17 - DUI; 18 - Under Min Speed; 19 - Improper Load/Size; 20 - Improper Attachment; 21 - Fail to Yield Right-of-Way; 22 - Driver Condition; 23 - Wrong Side of Road; 25 - Veh Pushed by Person; 26 - Veh Left Road; 27 - Driver Not in Control; 28 - Load Shift; 29 - Parts/Cargo from Veh; 30 - Ped Violation; 31 - Veh Wgt/Hgt/Length; 32 - Ped Under Influence; 33 - Illegal/Improper Parking; 97 - None; 98 - Other

Driver Maneuver: 01 - Go Straight Ahead; 02 - Pass on Left; 03 - Pass on 1-Way Street; 04 - Pass on Right; 05 - Go Straight—Left Turn Lane; 06 - Go Straight—Right Turn Lane; 07 - Change Lanes—Left; 08 - Change Lanes—Right; 09 - Merge—Left; 10 - Merge—Right; 11 - Wrong Side of Road; 13 - Right Turn; 14 - Left Turn; 15 - U-Turn; 16 - Start from Park; 17 - Start in Traffic; 18 - Slowing/Stopping; 19 - Stopped in Traffic; 20 - Avoid Object in Road; 21 - Entering Private Road/Property; 60 - Ped/Cyc Ride with Traffic in Road; 61 - Ped/Cyc Ride [illegible]; 63 - Ped/Cyc Ride Against Traffic off Rd; 64 - Ped/Cyc Ride Across Road; 65 - Ped/Cyc Ride in Bike Path; 70 - Enter Parked Position; 71 - Parked—Legally; 72 - Parked—Illegally; 85 - Backing; 86 - Pushed By Vehicle; 87 - Pushed By Pedestrian; 98 - Other

Pedestrian Action: 01 - Cross/Enter—Intersection; 02 - Cross/Enter—Other; 03 - Walk in Road—With Traffic; 04 - Walk in Road—Against Traffic; 05 - Stand in Roadway; 06 - Get on/off Vehicle; 07 - Push/Work on Vehicle; 08 - In Road—Other Work; 09 - In Road—Playing; 10 - In Road—Other; 13 - Not in Road; 98 - Other

Event Loc: 1 - On Roadway; 2 - Off Roadway; 3 - Median; 4 - Driveway; 5 - Private Road/Property; 6 - In Intersection

EXHIBIT J

tabbies

KERN0027

SEATING

Unit 1: 1 — 42

Other Involved Unit (Circle One)
12 - Pedestrian
13 - Rider of Domestic Animal
14 - Occ. of Non-Motorized Vehicle
15 - Victim of Other Circumstance/Codes Not Applicable

Other Involved Safety Equipment

Unit 2: 2 — 42

Other Involved Unit (Circle One)
12 - Pedestrian
13 - Rider of Domestic Animal
14 - Occ. of Non-Motorized Vehicle
15 - Victim of Other Circumstance/Codes Not Applicable

Other Involved Safety Equipment

SAFETY EQU.
01 - None Installed
55 - Not Applicable
99 - Unknown (Any Type)
Lap Belt Only
11 - Fastened
12 - Not Fastened
Lap/Shoulder Harness
21 - Lap Only Used
22 - Neither Used
23 - Shoulder Only Used
24 - Both Used
Motorcycle Helmet
31 - None Used
32 - Used
Air Bags
41 - Deployed, Belts Used
42 - Not Deployed, Belts Used
43 - Deployed, Belts Not Used
44 - Not Deployed, Belts Not Used
Child Restraints
51 - Child Restraint Used
52 - Other Restraint Used
53 - None Used
Pedal Cycle/Pedestrian
91 - Contrasting Clothing
92 - Non-contrasting Clothing

VICTIMS N/A

| Name | Address | Unit No | Seat Pos | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|---|
| Taken To | | Taken By | | | | | | |
| Name | Address | | | | | | | |
| Taken To | | Taken By | | | | | | |

CODES
Injury Type: K - Killed; B - Bruise/Abrasion/Swelling; A - Visible or Carried from Scene; C - Not Visible—Has Pain/Faint
Ejected: N - Not; F - Fully; P - Partially; T - Trapped; U - Unknown; A - Not Applicable
First Aid By: A - Ambulance Attendant; D - Doctor; M - Paramedic; O - Other; P - Police; U - Unknown; N - None

NARRATIVE AND DIAGRAM

See Sheet 2 of 2

Officer's Opinion of What Happened: See Sheet 2 of 2

ROADWAY ENVIRONMENT

For Each Roadway Environment Field, Circle One Entry for Each Involved Unit:

Unit 1: 1 (N/A)
Unit 2: 2 (N/A)

Contributing Road Defects: 1 - None; 2 - Shoulders Low; 3 - Shoulders High; 4 - Holes, Bumps, Etc.; 8 - Other
Surface Construction: 1 - Asphalt; 2 - Concrete; 3 - Brick; 4 - Unpaved; 8 - Other
Condition: 1 - Dry; 2 - Wet; 3 - Icy; 4 - Snowy/Slushy; 5 - Muddy; 8 - Other
Accident In Or Related To Road Construction Zone? Yes / No
Material In Roadway (Contributing): 1 - None; 2 - Rocks; 3 - Trees/Limbs; 4 - Dirt; 5 - Gravel; 6 - Oil/Petrol; 8 - Other
Material Source: 1 - Not Applicable; 2 - Natural Environment; 3 - Dropped From Vehicle; 4 - Already in Road, But Fell From Vehicle; 8 - Other; 9 - Unknown
Character: 1 - Straight—Level; 2 - Straight—Down Grade; 3 - Straight—Up Grade; 4 - Straight—Hillcrest; 5 - Curve—Level; 6 - Curve—Down Grade; 7 - Curve—Up Grade; 8 - Curve—Hillcrest

Vision Obscured By: 97 - Not Obscured; 1 - Buildings; 2 - Signboard; 3 - Trees, Crops, Bushes; 4 - Blowing Snow/Sand; 5 - Hillcrest; 6 - Curve in Road; 7 - Fog; 8 - Parked Vehicle; 9 - Moving Vehicle(s); 10 - Blinded by Sunlight; 11 - Fire/Smoke; 12 - Dust; 13 - Blinded by Headlights; 14 - Embankment; 15 - Rain on Windshield; 16 - Snow on Windshield; 98 - Other; 99 - Unknown

Traffic Control: 1 - Police Officer; 2 - RR Crossing Gates; 3 - RR Flashing Lights; 4 - RR Cross Bucks/Pave. Mark; 5 - Pedestrian Control; 6 - Traffic Signal; 7 - Flashing Beacon; 8 - Stop Sign; 9 - Yield Sign; 10 - Lane Control Device; 11 - Flagger; 12 - No Passing Zone; 97 - None; 98 - Other
Traffic Control Functioning: Yes / No / N/A
DOT Railroad Crossing No: N/A

Opposing Lanes Separated By: 97 - None; 1 - Paved Surface; 2 - Unpaved Surface; 3 - Broken Painted Line; 4 - Solid Painted Line; 5 - Concrete Barrier; 6 - Metal Guard Rail; 7 - Fence; 98 - Other Barrier
Trafficway Lanes: 1 - One Lane; 2 - Two Lanes; 3 - Three Lanes; 4 - Four Lanes; 5 - Five Lanes; 6 - Six Lanes or More
One-Way Street: Yes / No

INVESTIGATION

Light: 1 - Daylight; 2 - Dawn; 3 - Dusk; 4 - Darkness—Road Not Lit; 5 - Darkness—Road Lit
Weather: 1 - Clear; 2 - Cloudy; 3 - Rain; 4 - Snow; 5 - Sleet/Hail; 6 - Crosswind; 7 - Fog; 8 - Other
Locale: 1 - Open Country; 2 - Residential; 3 - Shop'g or Business; 4 - Mfg. or Industrial; 5 - School; 6 - Playground; 8 - Other
Non-Vehicular Property Damage: 1 - None Visible; 2 - Light; 3 - Moderate; 4 - Severe
Property Damage Description: Description: / Owner: N/A / Address:

| Time Police Notified | Time Police Arrived | Time EMS Arrived | Name of Photographer |
|---|---|---|---|
| 1251 MT | 1310 MT | N/A | N/A |

Witness Full Name: N/A — Address: — Telephone:
Witness Full Name: N/A — Address: — Telephone:

Name of Investigating Officer: Q1 SM Johnson — Officer ID: 011 — Agency ORI: 0080000 — Supervisor Reviewed
Name of Other Investigating Officer(s) at Scene: N/A — Officer ID: — Agency ORI:

KERN0028

# ALABAMA UNIFORM TRAFFIC ACCIDENT REPORT

DATA PROCESSED

For Use By Data Processing Only — #23831 Sheet 2 of 2 Sheets

DPS Accident No.

Local Case No 973

**LOCATION AND TIME**

Date: 02 05 2005 (Month / Day / Year) | Time: 1250 AM PM | Day of Week: M T W TH F S S | County: 03 | City: Montgomery

Highway Classification: I—Interstate, F—Federal, S—State, C—County, M—Municipal, P—Private Prop., O—Other

Local Zone: 05

On Street, Road or Highway: N. E. Blvd | At Intersection of or Between (Node 1): Todd Rd | And (Node 2): Parkview Way

Street or Road Code: S152 | Node Code: 0454 | 0550 | 250.00 Feet / Miles From Node 1 or 2 (Circle One)

Intersection Related: 1 - Node 1, 2 - Node 2, Not Int. Related | Mile Post: N/A | Control Access Hwy Loc: 1 - Main Rd, 2 - Frontage Rd, 3 - Interchange, 4 - Entrance Ramp, 5 - Exit Ramp, N/A | Prime Contr Circums: 04 | Prime Contr Unit No: 1

First Harmful Event: 20 | Event Location: 1 | Distance to Fixed Object: N/A FT.

NONCOLLISION EVENT: 01 - Overturned, 02 - Fire/Explosion, 03 - Immersion, 04 - Gas Inhalation, 05 - Spill, 06 - Road/Bridge Collapsed, 07 - Jackknifed, 08 - Parts/Cargo Fell From Moving Vehicle, 09 - Trailer Hitch Came Loose, 12 - Other

COLLISION EVENT: 15 - Pedestrian(s), 20 - Non-parked Vehicle, 30 - Parked Vehicle, 35 - Train, 40 - Pedal Cyclist, 45 - Animal, 51 - Guardrail, 52 - Crash Cushion, 53 - Utility Pole, 54 - Non-breakaway Light, 55 - Tree, 56 - Fire Hydrant, 57 - Pier or Column, 59 - Non-breakaway Sign, 61 - Mailbox(es), 62 - Gas Line, 63 - Barricade, 64 - Bridge Rail, 65 - Culvert Headwall, 66 - Curbing, 67 - Retaining Wall, 68 - Median Barrier, 69 - Sideslope, 71 - Building, 72 - Fence, 73 - Boulder, 74 - Ditch, 75 - Overpass/Underpass, 76 - Other Fixed Object, 77 - Breakaway Sign, 78 - Manhole, 79 - Telephone Booth, 80 - Guy Wire, 81 - Breakaway Light, 82 - Overhead Object, 84 - Bridge Abutment, 87 - Animal with Rider, 90 - Foreign Material in Road, 93 - Pothole, 97 - None, 98 - Other

**UNIT NO 1 — DRIVER** (Left Scene / Com Veh)

Driver Full Name: Annette S. Threatt | Street Address: P.O. Bx 412 | City and State: Lincoln AL | ZIP: 35096 | Telephone No: 334 270 1222

DOB: 05 14 1947 (Month / Day / Year) | Race: B | Sex: F | DL State: AL | Driver License No: 3444688 | DL Class: DM | DL Status: C | Lic Restrictions Not Complied With | CDL Status: N/A | Lic Endorsements Not Complied With | Residence Less Than 25 Miles: Yes No (No circled)

Place of Employment: Retired | Liability Insurance Co: Alfa | Social Security No: N/A

Driver Condition: 1 - No Defect, 2 - Apparently Asleep, 3 - Fatigued, 4 - Ill, 8 - Other, 9 - Unknown (1 circled) | Sobriety | Officer's Opinion: Alcohol Yes No Unk (No), Drugs Yes No Unk (No) | Type Test: 9 - No Test; 1 - Blood Test, 2 - Breath Test, 3 - Urine Test, 4 - Unable to Administer, 5 - Refused Test | Test Results: N/A

Maneuver: 19 | Travel Road Name: N.E. Blvd | Road Code: S152 | Travel Direction: N E S W A-Not on Rd U-Unk (S circled) | Other Contr Circumstance: 97 | Prime Harm Event: 20 | Event Loc: 1

**UNIT 1 — VEHICLE**

Veh Year: 1996 | Make: Isuzu | Model: Rod | Body: N/A | VIN: 4S2CK58W0W4323807 | License Tag Number: CK2687 | State: AL | Year: 2005

Owner: Carla Threatt | Street or RFD: 1357 Darlington Rd | City: Montg | State: AL | ZIP: 36117

Type: 1 - Auto, 2 - StaWagon, 3 - Pick Up (circled), 4 - Van, 5 - Truck Tractor, 6 - Other Truck, 7 - Comm. Bus, 8 - School Bus, 9 - Other Bus, 10 - Motorcycle, 11 - Moped, 12 - M Scooter, 13 - Pedal Cycle, 14 - Farm Mach., 15 - Train, 16 - Road Equip, 17 - Ridden Animal, 18 - M. Home (RV), 19 - ATV, 98 - Other

Usage: 1 - Personal (circled), 2 - Driver Trng., 3 - Construction, 4 - Ambulance/Paramedical, 5 - Military, 6 - Taxi, 7 - Transport Prop., 8 - Agriculture, 9 - Wrecker/Tow, 10 - Police, 11 - Other Business, 12 - Bus/Pass Transport, 13 - Fire Fighting, 98 - Other | Placard: Yes No NA (NA)

Hazardous Cargo: 1 - None (circled), 2 - Explosive, 3 - Gas, 4 - Flam/Combust Liq., 5 - Flammable Solids, 6 - Oxidizer/Peroxide, 7 - Poison, 8 - Radioactive Matl, 9 - Corrosive Material, 98 - Other

Attachment: 1 - None (circled), 2 - Mobile Home, 3 - Semi Trailer, 4 - Utility Trailer, 5 - 4-Wheel Trailer, 6 - Boat Trailer, 7 - Camper Trailer, 8 - Towed Vehicle, 9 - Tanker, 10 - Pole Trailer, 11 - Double Trailer, 98 - Other | Oversized Load (Req. Permit): NA | If Yes, Did Owner Have Permit: NA

Contributing Defect: 97 - None (circled), 1 - Brakes, 2 - Steering, 3 - Power Plant, 4 - Suspension, 5 - Tires, 6 - Exhaust, 7 - Lights, 8 - Turn Signal, 9 - Windows/W Shield, 10 - Restraint Sys., 11 - Wheels, 12 - Truck Coupling, 13 - Cargo, 14 - Fuel System, 98 - Other, 99 - Unknown

Circle areas Damaged On Diagram; 10 Under Carriage; 95 N/A; 11 Attachment

Speed Limit: 55 MPH | Est. Speed: 20 MPH | Citation Offense Charged: N/A

Damage Severity: 1 - None Visible, 2 - Not Disabled (circled), 3 - Disabled | Vehicle Towed Away: Yes No (No) | Occupants in Unit: 1

Vehicle Towed By Whom: N/A | To Where: N/A

Enter Point of Initial Impact: 15

**UNIT NO 2 — DRIVER** (Left Scene / Com Veh / Vehicle or Pedestrian) — blank

Driver/Pedestrian Full Name | Street Address | City and State | ZIP | Telephone No.

DOB (Month / Day / Year) | Race | Sex | DL State | Driver License No. | DL Class | DL Status | Lic Restrictions Not Complied With | CDL Status | Lic Endorsements Not Complied With | Residence Less Than 25 Miles Yes No

Place of Employment | Liability Insurance Co. | Social Security No.

Driver/Ped Condition: 1 - No Defect, 2 - Apparently Asleep, 3 - Fatigued, 4 - Ill, 8 - Other, 9 - Unknown | Sobriety | Officer's Opinion: Alcohol Yes No Unk, Drugs Yes No Unk | Type Test Given: 9 - No Test; 1 - Blood Test, 2 - Breath Test, 3 - Urine Test, 4 - Unable to Administer, 5 - Refused Test | Test Results

Maneuver/Action | Travel Road Name | Road Code | Travel Direction: N E S W A-Not on Rd U-Unk | Other Contr Circumstance | Prime Harm Event | Event Loc

**VEHICLE**

Veh Year | Make | Model | Body | VIN | License Tag Number | State | Year

Owner's Name | Street or RFD | City | State | ZIP

Type: 1 - Auto, 2 - StaWagon, 3 - Pick Up, 4 - Van, 5 - Truck Tractor, 6 - Other Truck, 7 - Comm. Bus, 8 - School Bus, 9 - Other Bus, 10 - Motorcycle, 11 - Moped, 12 - M Scooter, 13 - Pedal Cycle, 14 - Farm Mach., 15 - Train, 16 - Road Equip., 17 - Ridden Animal, 18 - M. Home (RV), 19 - ATV, 98 - Other

Usage: 1 - Personal, 2 - Driver Trng., 3 - Construction, 4 - Ambulance/Paramedical, 5 - Military, 6 - Taxi, 7 - Transport Prop., 8 - Agriculture, 9 - Wrecker/Tow, 10 - Police, 11 - Other Business, 12 - Bus/Pass Transport, 13 - Fire Fighting, 98 - Other | Placard: Yes No NA

Hazardous Cargo: 1 - None, 2 - Explosive, 3 - Gas, 4 - Flam/Combust Liq., 5 - Flammable Solids, 6 - Oxidizer/Peroxide, 7 - Poison, 8 - Radioactive Matl., 9 - Corrosive Material, 98 - Other

Attachment: 1 - None, 2 - Mobile Home, 3 - Semi Trailer, 4 - Utility Trailer, 5 - 4-Wheel Trailer, 6 - Boat Trailer, 7 - Camper Trailer, 8 - Towed Vehicle, 9 - Tanker, 10 - Pole Trailer, 11 - Double Trailer, 98 - Other | Oversized Load (Req. Permit): Yes No NA | If Yes, Did Owner Have Permit?: Yes No NA

Contributing Defect: 97 - None, 1 - Brakes, 2 - Steering, 3 - Power Plant, 4 - Suspension, 5 - Tires, 6 - Exhaust, 7 - Lights, 8 - Turn Signal, 9 - Windows/W Shield, 10 - Restraint Sys., 11 - Wheels, 12 - Truck Coupling, 13 - Cargo, 14 - Fuel System, 98 - Other, 99 - Unknown

Circle areas Damaged On Diagram; 10 Under Carriage; 95 N/A; 11 Attachment

Speed Limit MPH | Est. Speed MPH | Citation Offense Charged | Damage Severity: 1 - None Visible, 2 - Not Disabled, 3 - Disabled | Vehicle Towed Away? Yes No | Occupants in Unit

Vehicle Towed By Whom | To Where | Enter Point of Initial Impact

**CODES**

Contributing Circumstances: 01 Improper Passing, 02 Improper Lane Change/Usage, 03 Improper Turn/U-Turn, 04 Following Too Close, 05 Misjudge Stopping Dist, 06 Over Speed Limit, 07 Avoid Object/Person/Veh, 08 Unseen Object/Person/Veh, 09 Improper Backing, 10 Imp Traffic Control, 11 Improper/No Signal, 12 Improper Driving Environ, 14 Road Defect, 15 Vision Obstruction, 16 Defective Equipment, 17 DUI, 18 Under Min Speed, 19 Improper Load/Size, 20 Improper Attachment, 21 Fail to Yield Right-of-Way, 22 Driver Condition, 23 Wrong Side of Road, 25 Veh Pushed by Person, 26 Veh Left Road, 27 Driver Not in Control, 28 Load Shift, 29 Parts/Cargo from Veh, 30 Ped Violation, 31 Veh Wgt/Hgt/Length, 32 Ped Under Influence, 33 Illegal/Improper Parking, 97 None, 98 Other

Driver Maneuvers: 01 Go Straight Ahead, 02 Pass on Left, 03 Pass on 1-Way Street, 04 Pass on Right, 05 Go Straight—Left Turn Lane, 06 Go Straight—Right Turn Lane, 07 Change Lanes—Left, 08 Change Lanes—Right, 09 Merge—Left, 10 Merge—Right, 11 Wrong Side of Road, 13 Right Turn, 14 Left Turn, 15 U-Turn, 16 Start from Park, 17 Start in Traffic, 18 Slowing/Stopping, 19 Stopped in Traffic, 20 Avoid Object in Road, 21 Leaving Private Road/Property, 60 Ped/Cyc Ride with Traffic in Road, 61 Ped/Cyc Ride with Traffic off Road, 63 Ped/Cyc Ride Against Traffic off Rd, 64 Ped/Cyc Ride Across Road, 65 Ped/Cyc Ride in Bike Path, 70 Enter Parked Position, 71 Parked—Legally, 72 Parked—Illegally, 81 Backing, 86 Pushed By Vehicle, 87 Pushed By Pedestrian, 98 Other

Pedestrian Action: 01 Cross/Enter—Intersection, 02 Cross/Enter—Other, 03 Walk in Road—With Traffic, 04 Walk in Road—Against Traffic, 05 Stand in Roadway, 06 Get on/off Vehicle, 07 Push/Work on Vehicle, 08 In Road—Other Work, 09 In Road—Playing, 10 In Road—Other, 11 Not In Road, 98 Other

Event Loc: 1 - On Roadway, 2 - Off Roadway, 3 - Median, 4 - Driveway, 5 - Private Road/Property, 6 - In Intersection

**SEATING**

Unit 1: 1 | Seat position: 42

Other Involved Unit (Circle One): 12 - Pedestrian; 13 - Rider of Domestic Animal; 14 - Occ. of Non-Motorized Vehicle; 15 - Victim of Other Circumstance/Codes Not Applicable. Other Involved Safety Equipment

Unit 2: [marked through]

Other Involved Unit (Circle One): 12 - Pedestrian; 13 - Rider of Domestic Animal; 14 - Occ. of Non-Motorized Vehicle; 15 - Victim of Other Circumstance/Codes Not Applicable. Other Involved Safety Equipment

**CODES** — SAFETY EQUIPMENT: 01 - None Installed; 95 - Not Applicable; 03 - Unknown (Any Type); Lap Belt Only: 11 - Fastened, 12 - Not Fastened; Lap/Shoulder Harness: 21 - Lap Only Used, 22 - Harness Used, 23 - Shoulder Only Used, 24 - Both Used; Motorcycle Helmet: 31 - None Used, 32 - Used; Air Bags: 41 - Deployed, Belts Used; 42 - Not Deployed, Belts Used; 43 - Deployed, Belts Not Used; 44 - Not Deployed, Belts Not Used; Child Restraints: 81 - Child Restraint Used; 82 - Other Restraint Used; 83 - None Used; Pedal Cycle/Pedestrian: 91 - Contrasting Clothing; 92 - Non-contrasting Clothing

**VICTIMS** — N/A ☒

| Name | Address | Unit No | Seat Pos | Injury Type | Age | Sex | Ejection | First Aid By |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| Taken To | | Taken By | | | | | | |
| | | | | | | | | |
| Taken To | | Taken By | | | | | | |

**CODES** — Injury Type: K - Killed; A - Visible or Carried from Scene; B - Bruise/Abrasion/Swelling; C - Not Visible—Has Pain/Faint. Ejected: N - Not; E - Fully; P - Partially; T - Trapped; U - Unknown; A - Not Applicable. First Aid By: A - Ambulance Attended; D - Doctor; M - Paramedic; O - Other; P - Police; U - Unknown; N - None

**NARRATIVE AND DIAGRAM**

Diagram: N (north arrow); MEDIAN; PLANTATION WAY; N.E. BLVD (S. BOUND CARS ONLY); TODD RD; vehicles 1, 2, 3; NOT TO SCALE

Officer's Opinion of What Happened: VEH #3 FAILED TO SEE THAT VEH #2 WAS SLOWING W/ TRAFFIC CAUSING VEH #1 TO COLLIDE WITH VEH #2 THEN COLLIDED WITH VEH #3.

**ROADWAY ENVIRONMENT**

1 N/A ☐ — 2 N/A ☒

For Each Roadway Environment Field, Circle One Entry for Each Involved Unit:

Unit 1: 3 — Unit 2: [marked through]

Contributing Road Defects: (4) - None; 1 - Shoulders Low; 2 - Shoulders High; 3 - Holes, Bumps, Etc; 8 - Other

Surface Construction: (1) - Asphalt; 2 - Concrete; 3 - Brick; 4 - Unpaved; 8 - Other

Condition: (1) - Dry; 2 - Wet; 3 - Icy; 4 - Snowy/Slushy; 5 - Muddy; 8 - Other

Accident In Or Related To Road Construction Zone? Yes / (No)

Material in Roadway (Contributing): (1) - None; 2 - Rocks; 3 - Trees/Limbs; 4 - Dirt; 5 - Gravel; 6 - Oil/Petrol; 8 - Other

Material Source: (1) - Not Applicable; 2 - Natural Environment; 3 - Dropped From Vehicle; 4 - Already In Road, But Fell From Vehicle; 8 - Other; 9 - Unknown

Character: (1) - Straight—Level; 2 - Straight—Down Grade; 3 - Straight—Up Grade; 4 - Straight—Hillcrest; 5 - Curve—Level; 6 - Curve—Down Grade; 7 - Curve—Up Grade; 8 - Curve—Hillcrest

Vision Obscured By: (97) - Not Obscured; 1 - Buildings; 2 - Signboard; 3 - Trees, Crops, Bushes; 4 - Blowing Snow/Sand; 5 - Hillcrest; 6 - Curve in Road; 7 - Fog; 8 - Parked Vehicle; 9 - Moving Vehicle(s); 10 - Blinded by Sunlight; 11 - Fire/Smoke; 12 - Dust; 13 - Blinded by Headlights; 14 - Embankment; 15 - Rain on Windshield; 16 - Snow on Windshield; 98 - Other; 99 - Unknown

Traffic Control: 1 - Police Officer; 2 - R.R. Crossing Gates; 3 - R.R. Flashing Lights; 4 - R.R. Cross Bucks/Pave Mark; 5 - Pedestrian Control; (6) - Traffic Signal; 7 - Flashing Beacon; 8 - Stop Sign; 9 - Yield Sign; 10 - Lane Control Device; 11 - Flagger; 12 - No Passing Zone; 97 - None; 98 - Other

Traffic Control Functioning: (Yes) / No / N/A

DOT Railroad Crossing No: N/A

Opposing Lanes Separated By: 97 - None; 1 - Paved Surface; (2) - Unpaved Surface; 3 - Broken Painted Line; 4 - Solid Painted Line; 5 - Concrete Barrier; 6 - Metal Guard Rail; 7 - Fence; 98 - Other Barrier

Trafficway Lanes: 1 - One Lane; 2 - Two Lanes; 3 - Three Lanes; (4) - Four Lanes; 5 - Five Lanes; 6 - Six Lanes or More

One-Way Street: Yes / (No)

**INVESTIGATION**

Light: (1) - Daylight; 2 - Dawn; 3 - Dusk; 4 - Darkness—Road Not Lit; 5 - Darkness—Road Lit

Weather: 1 - Clear; (2) - Cloudy; 3 - Rain; 4 - Snow; 5 - Sleet/Hail; 6 - Crosswind; 7 - Fog; 8 - Other

Locale: 1 - Open Country; 2 - Residential; (3) - Shop'g or Business; 4 - Mfg. or Industrial; 5 - School; 6 - Playground; 8 - Other

Non-Vehicular Property Damage: 1 - None Visible; 2 - Light; 3 - Moderate; 4 - Severe

Property Damage Description — Description: — Owner: N/A — Address:

Time Police Notified: 1251 AM/PM/(MT) — Time Police Arrived: 1310 AM/PM/(MT) — Time EMS Arrived: N/A — Name of Photographer: N/A

Witness Full Name: N/A — Address: — Telephone:

Witness Full Name: N/A — Address: — Telephone:

Name of Investigating Officer: Cpl SM Johnson — Officer ID: 611 — Agency ORI: 0030100 — Supervisor Reviewed:

Name of Other Investigating Officer(s) at Scene: N/A — Officer ID: — Agency ORI: