# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WEELAPAN KERN; | * |
| Plaintiff, | * |
| vs. | * Case No. 2:05-cv-698-B |
| STANDARD FIRE INSURANCE COMPANY; ET AL., | * |
| Defendants. | * |

### PRE-DISCOVERY DISCLOSURE OF CORE INFORMATION BY PLAINTIFFS

In accordance with the Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs make the following pre-discovery disclosures:

1.  The following individuals are likely to have discoverable information relevant to the Plaintiffs claims and Standard Fire's Insurance Company's defenses:

   a). Weelapan Kern: At this time, Plaintiff's knowledge of the facts of this case are stated in his Complaint. Plaintiff can be reached through counsel at the offices of Beasley, Allen, et al., P.O. Box 4160, 272 Commerce Street, Montgomery, Alabama 36103-4160.

   All below listed individuals may be reached through Standard Fire Insurance Company/Travelers Insurance Company.

   b). Luke J. O'Brien
   c). Rick Fichum
   d). Chris Setzer
   e). Ashley Barrera
   f). Any and all individuals present during the purchase of the subject insurance policies.

The following individuals are likely to have discoverable information relevant to the Plaintiffs claims and Standard Fire's defenses and may be reached through counsel at the offices of Beasley, Allen, et al., P.O. Box 4160, 272 Commerce Street, Montgomery, Alabama 36103-4160:

1. Mr. Beau Benton
2. John Allen

Plaintiff reserves the right to supplement this disclosure and will supplement any of the above-referenced categories with fourteen (14) days of when the Plaintiff learned that these disclosures are incomplete or incorrect and that additional or corrected information is warranted.

2. The following is a description of all documents, data, compilations, and tangible things in the possession, custody or control of Plaintiff, which may be relevant to Plaintiff's allegations or Standard Fire's, et al., defenses:

a). The pleadings of record in this case.

b). Any depositions taken in this case.

c). Plaintiff reserves the right to supplement this disclosure and will supplement any of the above-referenced categories with fourteen (14) days of when the Plaintiffs learned that these disclosures are incomplete or incorrect and that additional or corrected information is warranted.

3. At this time, Plaintiff, due to Defendants lack of good faith and denial of Plaintiff's benefits according to his policy of Insurance seeks damages from Defendant totaling whatever amount a jury deems just and reasonable. Plaintiff seeks damages for bad faith, refusal of Defendant to make payment to Plaintiff, breach of duty of loyalty by

Defendant, outright breach of contract, violation of duty of good faith and fair dealing, breach of fiduciary duty, and tortious breach of contract. Plaintiff reserves the right to supplement this disclosure and will supplement any of the above-referenced categories with fourteen (14) days of when the Plaintiffs learned that these disclosures are incomplete or incorrect and that additional or corrected information is warranted.

_____
CHRISTOPHER E. SANSPREE (SAN048)
Attorney for Plaintiff

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS, & MILES, P.C.
272 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 (Fax)

Mr. Gary E. Atchison
Attorney at Law
Post Office Box 2002
Montgomery, Alabama 36102-2002

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the original of the foregoing document in this Court with copies to be served upon all Defendants of record as listed below by placing a copy of same in the United States Mail, first class, postage prepaid on this the 6th day of February 2006.

_____
OF COUNSEL

Brenen G. Ely
Joel Isenberg
SMITH & ELY, LLP
2000 A. Southbridge Parkway, Ste 405
Birmingham, Alabama 35209
205-802-2214
205-879-4445 fax