# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WEELAPAN KERN;          *
                        *
    Plaintiff,          *
                        *       Case No.
vs.                     *       2:05-cv-698-B
                        *
STANDARD FIRE INSURANCE *
COMPANY; ET AL.,        *
                        *
    Defendants.         *

## PLAINTIFFS RESPONSE TO DEFENDANTS INTERROGATORIES

Plaintiff responds to Defendant Standard Fire Insurance Company's First Interrogatories to Plaintiffs as follows:

1. Please state you full name, address, date of birth, and social security number.

**RESPONSE:**

    1. Weelapan Kern
    2. 371 Spenseth Drive, Montgomery, Alabama 36109
    3. 07-05-1965
    4. 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

2. Please identify and describe in detail each and every communication you have had with Standard Fire or any of Standard Fire's agents or representatives that relates to the incidents made the basis of this lawsuit.

**RESPONSE: Plaintiff cannot recall each and every communication that he has had with the insurance company. He is only sure that he has spoken to them several times regarding the accident and policy.**

3. Please identify and describe in detail each and every conversation or communication that you have had with Colonial Insurance or any other insurance agency

regarding automobile coverage for you from 2002 to the present, or any conversation or communication regarding the incidents made the basis of this lawsuit.

**RESPONSE: Plaintiff cannot recall each and every communication that he has had with the insurance company. He is only sure that he has spoken to them several times regarding the accident and policy.**

4.   In paragraph 4 of your complaint, you allege that you maintained your automobile insurance policy with Standard Fire "by paying the necessary premiums to keep said policy in force." Please identify each and every fact that supports this contention, specifically noting the date and time of each premium payment and how these payments kept the policy in force.

**RESPONSE: Plaintiff's checks reflect the requested information. These checks have been produced.**

5.   In paragraph 7 of your compliant, you allege that "Defendant Standard Fire has failed and/or refused to pay for" covered damages and losses. Please identify the damages and losses that you claim were covered and the reason(s) that the damages and losses should be covered by a Standard Fire policy.

**RESPONSE: Plaintiff claims the damage to his vehicle was approximately $2,100.00 and the damage to the other vehicle was approximately $5,500.00. These losses should have been covered because Plaintiff paid his premiums and Defendant accepted the premium.**

6.   Please identify the policy that you claim was in force at the time of the accident made basis of this lawsuit, including, but not limited to, the policy number and the policy period.

**RESPONSE: Travelers Insurance, Policy Number 0TR786-975499318-101-1**

7.   If you allege that a policy was in force at the time of the accident made the basis of this lawsuit, please explain the basis for this allegation, including but not limited to,

the facts that you claim give rise to a binding contract of insurance between you and Standard Fire.

**RESPONSE: Plaintiff paid premiums for coverage that the Defendant accepted. Plaintiff suffered a loss, made a claim for coverage, and said claim was denied and Plaintiffs premiums returned.**

8. Please identify the specific policy provisions which you base your claim that the damages and losses you allegedly sustained were "covered damages and losses" and the specific policy provisions that provide the Standard Fire should have paid for said damages and losses.

**RESPONSE: Plaintiff does not have nor did he ever receive a copy of his policy. As a result, Plaintiff is unable to answer this interrogatory.**

9. In paragraph 9 of your complaint, you allege that "Defendant Standard Fire was under a contractual obligation to pay benefits owed to Plaintiff under the aforementioned automobile policy of insurance." Please identify each and every fact that supports you contention that Standard Fire had a contractual obligation to you, including but not limited to, identifying the contract under which such alleged obligation was owed.

**RESPONSE: Plaintiff paid premiums towards policy number 0TR786-975499318-101-1 for coverage that the Defendant accepted. Plaintiff suffered a loss, made a claim for coverage, and said claim was denied and Plaintiffs premiums returned.**

10. In paragraph 10 of your complaint, you allege that "Defendant Standard Fire breached its contractual obligation by failing to and refusing to properly pay the benefits due" under a policy of insurance. Please identify each and every fact that supports your contention that the benefits were "due" under any policy of insurance, including, but not limited to, identifying the contract under which such alleged obligation was owed and the specific contractual provisions that you allege that Standard Fire breached.

**RESPONSE:** Plaintiff paid premiums towards policy number 0TR786-975499318-101-1 for coverage that the Defendant accepted. Plaintiff suffered a loss, made a claim for coverage, and said claim was denied and Plaintiffs premiums returned.

11. In paragraph 11 of your complaint, you allege that "[a]s a proximate consequence of Defendant Standard's breach, Plaintiffs was injured and damaged...," and you then list general items of damage. Please identify with specificity the damages you claims were caused by Standard Fire and how these damages were caused by Standard Fire's alleged breach.

**RESPONSE:** Plaintiff claims the damage to his vehicle was approximately $2,100.00 and the damage to the other vehicle was approximately $5,500.00. These losses should have been covered because Plaintiff paid his premiums and Defendant accepted the premium. Emotional and Mental distress damages are properly left for the jury to decide.

12. Please explain why your driver's license was revoked.

**RESPONSE:** Plaintiffs license was revoked because the Travelers Insurance reported him not covered by automobile at the time of the accident.

13. Please identify the date you first notified Standard Fire of the accident made the basis of this lawsuit.

**RESPONSE:** Plaintiff states he notified the insurance company via telephone the day of the accident.

14. In paragraph 14 of your complaint, you allege that "Defendant Standard Fire has intentionally, and in bad-faith, failed and/or refused to fully investigate and/or pay the benefits due under the aforesaid policy of insurance as set forth above." Please identify each and every fact that supports this contention, including, but not limited to, identifying with specificity how and what Standard Fire failed to investigate and the basis for you contention that Standard Fire should have paid benefits to you.

**RESPONSE:** Defendant Returned premiums after the accident, even though they had been previously accepted and deposited, and denied Plaintiffs claim.

15. Please identify and describe in detail each and every communication that you, or your attorney or other representative, have had with any person regarding the incidents made the basis of your lawsuit, including but not limited to, the alleged payment of premiums to Standard Fire.

**RESPONSE: None**

16. Please identify and describe in detail each and every communication that you, or your attorney or other representative, have had with any person regarding the alleged failure of Standard Fire to pay amounts you allege are owed to you.

**RESPONSE: None**

17. Please identify the insurance companies with whom you have had automobile insurance from 2000 to the present.

**RESPONSE: Geico Insurance**

18. Please identify any and all efforts you made to obtain automobile insurance from any entity other than Standard Fire from 2002 to the present.

**RESPONSE: Plaintiff has not had any other insurance besides Geico. This insurance was for his spouse's vehicle.**

19. Please identify the name, address, and qualification of each person whom you expect to call, or may call, as an expert witness at the trial of this matter, and state the subject matter on which each such expert is expected to testify. As to each expert identified by you, please identify: (a) the substance of the facts and opinions to which each expert may testify and give a summary of the grounds for each opinion; and (b) the factual information that has been furnished to the expert for his or her study, examination and review, and when such information was furnished, and by whom.

**RESPONSE: Plaintiff expects to call John H Allen as an expert witness in this case. a) Insurance claims expert; b) John Allen has been provided with all documents produced to defendant.**

20.  Please state the names and address of all insurance companies with whom you have filed any kind of insurance claim within the last five years. For each such claim, please state the date, nature, and the amount of the claim as well as the policy number and the company name that issued the policy upon which said claim was made.

**RESPONSE: None other than the claim at issue.**

21.  Please state the name and addresses of all companies, businesses, entities, or individuals against whom you have sought compensation for damages as a result of the incidents made the basis of this lawsuit, stating in said response any amount you received by way of payment or settlement for any and all claims.

**RESPONSE: None**

22.  Please identify any and all damages that you claim were proximately caused by the actions or inactions of Standard Fire. Please include in your response any and all economic damages, specifying the nature of the damages as well as the amount of the damages, and any and all mental and/or physical damage, specifying the nature of said damage and the amount of compensation sought for said damage. Please state for each said item or damage, any and all compensation that you have received from any source for that damage, specifying for each item of compensation the source of said compensation.

**RESPONSE: Please see attached documents for detailed listing of damage to Plaintiffs vehicle. Plaintiff is also responsible for the damage caused to the other vehicle involved in the accident. Plaintiff has also lost his drivers license as a result of the Defendants actions. Mental and emotional distress damages, along with any punitive damages are properly left to jury.**

23. Please identify and describe in detail each and every way in which you have attempted to mitigate damages arising from the incidents made the basis of this lawsuit, including, but not limited to, procuring other automobile insurance.

**RESPONSE: Plaintiff hired an attorney and has made attempts to hold off attempts of collection by the other party involved in the accident.**

24. Please identify any and all mental anguish and emotional distress injuries allegedly incurred by you and for which you seek compensation through this lawsuit. Please identify in your response the date of each visit to any and all health-care provider or facility, the name or names of the heath care provider or providers, the diagnosis or multiple diagnoses, the cost of each visit, the ultimate outcome for each diagnosis, and the cost of treatment for each physical injury, illness or medical reaction sustained.

**RESPONSE: Plaintiff has not seen a physician regarding his mental anguish and emotional distress damages.**

25. Please identify any and all persons who have knowledge, claim to have knowledge or are reported to have any knowledge of any of the incidents or damages made the basis of this lawsuit.

**RESPONSE: Plaintiffs attorneys, Montgomery Policy Department, Ms. Lisa Ann Jackson and the Defendant.**

26. Please identify any and all other lawsuits in which you have been involved as a party, including the nature of the case, the names of all the parties, the attorneys for each party, the court in which the case was filed, the status of the case, and, if the case has been resolved or settled, state how the case was resolved or settled and for what amount.

**RESPONSE: Divorce proceedings only.**

27. If you have ever been charged or convicted of a crime, please state separately for each such charge or conviction, the title and location of the court, the date of the charge

or the conviction, the crime for which you were charged or convicted, and the sentence imposed, if any.

**RESPONSE: None**

_____
CHRISTOPHER E. SANSPREE (SAN048)
Attorney for Plaintiff

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS, & MILES, P.C.
272 Commerce Street
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343
(334) 954-7555 (Fax)

Mr. Gary E. Atchison
Attorney at Law
Post Office Box 2002
Montgomery, Alabama 36102-2002

_____
WEELAPAN KERN

STATE OF ALABAMA        )
COUNTY OF Montgomery    )

   I, the undersigned Notary Public in and for the State of Alabama at Large, hereby certify that Weelapan Kern, whose name is signed to the foregoing, and who is known to me and who being by me first duly sworn, acknowledged before me on this day that being informed of the contents of the said document, she executed the same voluntarily on the day the same bears date.

   SWORN to and SUBSCRIBED before me this the 17th day of Feb, 2006.

_____
NOTARY PUBLIC
My Commission Expires: 9/17/07

_____
Witness to Notary

## CERTIFICATE OF SERVICE

I hereby certify that I have filed the original of the foregoing document in this Court with copies to be served upon all Defendants of record <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid on this the ___27___ day of _____ 2006.

_____
OF COUNSEL

Brenen G. Ely
Joel Isenberg
**SMITH & ELY, LLP**
2000 A. Southbridge Parkway, Ste 405
Birmingham, Alabama 35209
205-802-2214
205-879-4445 fax