IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WEELAPAN KERN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. |
| ) | |
| STANDARD FIRE INSURANCE ) | 2:05-CV-00698-DRB |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

### STANDARD FIRE'S NOTICE OF SUBSTITUTION OF PAGE 4 OF STANDARD FIRE'S REPLY BRIEF (DOC. 37)

COMES NOW the defendant, The Standard Fire Insurance Company (hereinafter referred to as "Standard Fire"), and gives notice of substitution of page 4 of its Reply Brief (Doc. 37) in order to correct a typographical error contained in a quotation.

1. Standard Fire filed its "Reply to Plaintiff's Statement and Brief in Opposition to Defendant's Motion for Summary Judgment" (Doc. 37) yesterday, May 30, 2006.

2. On page 4 of its Reply Brief, Standard Fire included the following quotation from Plaintiff's Statement and Brief:

> "The [December 22, 2004] Offer to Reinstate offered to reinstate his policy as if there had been no interruption in coverage if Mr. Kern paid a minimum premium payment of $445.39 by January 11, 2005."

3. However, the correct quote from Plaintiff's Statement and Brief is as follows:

> "The [December 22, 2004] Offer to Reinstate offered to reinstate his policy as if there had been no interruption in coverage if Mr. Kern paid a minimum premium payment of $445.**59** by January 11, 2005." (emphasis added to indicate substituted language).

4. While the typographical error regarding the exact amount of the minimum premium payment due by January 11, 2005 does not affect in any way the substantive arguments of either party, Standard Fire submits the attached page 4 in substitution of the original page 4 in order to ensure that the quotation from Plaintiff's Statement and Brief is accurate for the record.

Respectfully submitted,

s/Joel S. Isenberg
Brenen G. Ely (0366-E54B)
Joel S. Isenberg (8855-N76J)
Attorneys for Defendant The Standard Fire Insurance Company

OF COUNSEL:
SMITH & ELY, LLP
2000A SouthBridge Parkway
Suite 405
Birmingham, Alabama 35209
Phone: (205) 802-2214
Fax: (205) 879-4445

## CERTIFICATE OF SERVICE

I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record by:

|       |                   |
|-------|-------------------|
| _____ | Hand Delivery     |
| _____ | U. S. Mail        |
| _____ | Overnight Delivery|
| _____ | Facsimile         |
|   x   | E-File            |

on this the 31st day of May, 2006.

s/Joel S. Isenberg
OF COUNSEL

2

cc:

Jere L. Beasley
W. Daniel Miles
Christopher E. Sanspree
Beasley, Allen, Crown, Methvin
 Portis & Miles, P.C.
P. O. Box 4160
Montgomery, AL 36103

Gary E. Atchison
429 South Court Street
Montgomery, AL 36102