IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WEELAPAN KERN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    2:05-CV-00698-DRB |
| | ) |
| STANDARD FIRE INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Defendant Standard Fire Insurance Company filed two motions on May 30, 2006:

(1) *Standard Fire's Motion to Strike Portions of Plaintiff Weelapan Kern's Affidavit and those Portions of Plaintiff's Brief in Opposition to Defendant's Motion for Summary Judgment that Rely on said Affidavit*; and

(2) *Standard Fire's Motion to Strike the Expert Report of John Allen and any Portions of Plaintiff's Brief in Opposition to Motion for Summary Judgment that Rely on said Report* and *Exhibits*

(Docs. 38 and 39).  Upon consideration of each motion,  it is hereby
**ORDERED** that the Plaintiff may file a response,  not later than June 9, 2006, to show any cause why each  motion should not be granted.

Done this 1st day of June, 2006.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE