**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **WEELAPAN KERN;** | * |
| | * |
| **Plaintiff,** | * |
| | *   Case No. |
| **vs.** | *   **2:05-cv-698-DRB** |
| | * |
| **STANDARD FIRE INSURANCE** | * |
| **COMPANY; ET AL.,** | * |
| | * |
| **Defendants.** | * |

## PLAINTIFF'S NOTICE OF WITHDRAWAL

COMES NOW the Plaintiff and hereby gives notice of his withdrawal of the affidavit of claims expert John H. Allen on the grounds that it is unnecessary at this point in that it contains obvious legal conclusions that any potential lay person on the jury would also potentially reach when presented with the same undisputed facts and governing law.

WHEREFORE, PREMISES CONSIDERED, Plaintiff hereby withdraws the affidavit of John H. Allen and Defendant's Motion to Strike the same is due to be denied as moot.

> */s/ Christopher E. Sanspree*
> CHRISTOPHER E. SANSPREE (SAN048)
> Attorney for Plaintiff

OF COUNSEL:

**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS, & MILES, P.C.**
272 Commerce Street
Post Office Box 4160
Montgomery, Alabama  36103-4160
(334) 269-2343
(334) 954-7555 (Fax)

Mr. Gary E. Atchison
Attorney at Law
Post Office Box 2002
Montgomery, Alabama 36102-2002

## CERTIFICATE OF SERVICE

      I hereby certify that I have filed the original of the foregoing document in this Court with copies to be served upon all Defendants of record <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid on this the **2nd** day of **June** 2006.

                                                           */s/ Christopher E. Sanspree*
                                                           OF COUNSEL

Brenen G. Ely
Joel Isenberg
**SMITH & ELY, LLP**
2000 A. Southbridge Parkway, Ste 405
Birmingham, Alabama 35209
205-802-2214
205-879-4445 fax