*file in P1.*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WEELAPAN KERN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:05 CV698-B |
| ) | |
| THE STANDARD FIRE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

### REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on September 29, 2005 and was attended by:

Christopher E. Sanspree for Plaintiff Weelapan Kern.

Joel S. Isenberg for Defendant Standard Fire Insurance Company.

2. Pre-Discovery Disclosures. The parties will exchange by October 19, 2005 information required by Federal Rule of Civil Procedure 26(a)(1).

3. Discovery Plan.

The parties jointly propose to the Court the following discovery plan:

Discovery will be needed on the following subjects: Plaintiff's claims and Defendant's defenses.

All discovery commenced in time to be completed by May 5, 2006.

Maximum of 40 interrogatories by each party to any other party. [Responses due 30 days after service.]

Maximum of 40 requests for admission by each party to any other party. [Responses due 30 days after service].

Maximum of 7 depositions by Plaintiff and 7 depositions by Defendant.

Each deposition limited to maximum of 7 hours unless extended by agreement of parties.

EXHIBIT C

Reports from retained experts under Rule 26(a)(2) due:

from Plaintiff by February 6, 2006
from Defendant by March 6, 2006

Supplementations under Rule 26(e) due March 21, 2006, or within 20 days of knowledge.

4. Other Items.

The parties do not request a conference with the Court before entry of the Scheduling Order.

The parties request a pretrial conference in July 2006.

Plaintiff should be allowed until December 6, 2005 to join additional parties and until December 6, 2005 to amend the pleadings.

Defendant should be allowed until January 6, 2006 to join additional parties and until January 6, 2006 to amend the pleadings.

All potentially dispositive motions should be filed by April 5, 2006.

Settlement cannot be evaluated prior to the parties conducting some discovery and may, at a later date, be enhanced by use of mediation.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

   from Plaintiff: 30 days before trial.
   from Defendant: 30 days before trial.

Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

The case should be ready for trial by August 2006 and at this time is expected to take approximately 3 days.

Submitted this  30th  day of September, 2005.

| ATTORNEY FOR PLAINTIFFS: | ATTORNEY FOR DEFENDANT: |
|---|---|
| *[signature]* | *[signature]* |
| Christopher E. Sanspree | Joel S. Isenberg |
| Beasley, Allen, Crow, Methvin | Smith & Ely, LLP |
| Portis & Miles, P.C. | 2000A SouthBridge Parkway |
| P. O. Box 4160 | Suite 405 |
| Montgomery, AL 36103 | Birmingham, AL 35209 |
| Telephone: (334) 269-2343 | Telephone: (205) 802-2214 |
| Facsimile: (334) 954-7555 | Facsimile: (205) 879-4445 |