IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WEELAPAN KERN; | * | |
| | * | |
| Plaintiff, | * | |
| | * | Case No. |
| vs. | * | 2:05-cv-698-DRB |
| | * | |
| STANDARD FIRE INSURANCE | * | |
| COMPANY; ET AL., | * | |
| | * | |
| Defendants. | * | |

### AFFIDAVIT OF BILINDA HINES

"My name is Bilinda Hines and I am over the age of nineteen (19), and have personal knowledge of the following:

I do not remember ever receiving initial disclosures from Defendant Standard Fire as required by Rule 26(a) of the Federal Rules of Civil Procedure. In addition, I have reviewed the file and our computer system and there is no evidence indicating that Defendant Standard Fire ever provided its initial disclosures as required by Rule 26(a) of the Federal Rules of Civil Procedure

The foregoing is true and accurate to the best of my knowledge."

_____
BILINDA HINES

STATE OF: ALABAMA )
COUNTY OF: _Montgomery_ )

I, the undersigned Notary Public in and for the State of Alabama at Large, hereby certify that the person that signed the foregoing, and who is known to me and who being by me first duly sworn, acknowledged before me on this day that being informed of the contents of the said document, they executed the same voluntarily on the day the same bears date.

SWORN to and SUBSCRIBED before me this the _6th_ day of _June_, 2006.

_____
NOTARY PUBLIC
My Commission Expires: _11-18-08_



EXHIBIT
E