IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WEELAPAN KERN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 2:05 CV698-B ) |
| THE STANDARD FIRE INSURANCE COMPANY, | ) ) ) |
| Defendant. | ) ) |

### DEFENDANT THE STANDARD FIRE INSURANCE COMPANY'S SUPPLEMENTAL RULE 26(a) INITIAL DISCLOSURES

**COMES NOW** the defendant, The Standard Fire Insurance Company and, pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure supplements the required Rule 26 disclosures in the above-styled case as follows:

    A.    *State the name, and if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:*

    6.    Becky Bryant
              Colonial Insurance Agency
              P. O. Box 231449
              Montgomery, AL 36123

Ms. Bryant is an employee of Colonial Insurance Agency and has information regarding the plaintiff's claims regarding involvement of Colonial Insurance Agency.



EXHIBIT H

Respectfully submitted,

_____
Brenen G. Ely (0366-E54B)
Joel S. Isenberg (8855-N76J)
Attorneys for Defendant The Standard Fire Insurance Company

OF COUNSEL:
SMITH & ELY, LLP
2000A SouthBridge Parkway
Suite 405
Birmingham, Alabama 35209
Phone: (205) 802-2214
Fax: (205) 879-4445

## CERTIFICATE OF SERVICE

I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record by:

|         |                        |
|---------|------------------------|
| _____   | Hand-delivery to office |
| _____   | Personally             |
| __X__   | U. S. Mail             |
| _____   | Federal Express        |
| _____   | Facsimile              |
| _____   | E-file                 |

on this the 23rd day of March, 2006.

_____
OF COUNSEL

2

cc:
Christopher E. Sanspree
Beasley, Allen, Crown, Methvin
 Portis & Miles, P.C.
P. O. Box 4160
Montgomery, AL 36103

Gary E. Atchison
429 South Court Street
Montgomery, AL 36102