IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WEELAPAN KERN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:05 CV698-DRB |
| ) | |
| THE STANDARD FIRE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT THE STANDARD FIRE INSURANCE
COMPANY'S UNOPPOSED MOTION FOR A TWO-WEEK
EXTENSION OF THE DISPOSITIVE MOTION DEADLINE**

**COMES NOW** the Defendant, The Standard Fire Insurance Company and respectfully moves this Honorable Court for a two-week extension of time of the dispositive motion deadline, from April 5, 2006, to April 19, 2006. In support of this motion, Standard Fire states as follows:

1. The Plaintiff, Weelapan Kern, does not oppose this motion, and the requested extension of time will not affect any other deadlines in the case.

2. Pursuant to this Court's Scheduling Order, the deadline for filing dispositive motions is April 5, 2006. Along with other case-specific deadlines, counsel for Standard Fire has a multi-party mediation in a complex estate matter scheduled for April 3, 2006, with a pre-mediation meeting scheduled for March 31, 2006. Because of the number of people expected to attend the mediation (including a widow and more than fifteen children and grandchildren), the mediation cannot be rescheduled. Counsel for Standard Fire also has a brief due in federal court in the Northern District of Alabama on April 3, 2006.



3. The present case is an insurance contract dispute in which this Court can decide questions of law. Accordingly, this case is one in which dispositive motions are appropriate, and the filing of dispositive motions would serve the interest of judicial economy.

4. In order to permit Standard Fire to adequately brief the issues for summary judgment before this Court, Standard Fire respectfully requests that this Court grant a two-week extension of the dispositive motion deadline from April 5, 2006 to April 19, 2006.

5. The requested extension of time will not affect any other deadline in this case, including the May 5, 2006 discovery deadline; the July 13, 2006 pretrial conference; or the August 21, 2006 trial date.

6. Because the Plaintiff does not oppose this motion, no party will be unduly prejudiced by the requested two-week extension of time.

    s/Joel S. Isenberg
Brenen G. Ely, 0366-E54B
Joel S. Isenberg, 8855-B76J
Attorneys for Defendant The Standard Fire
Insurance Company

OF COUNSEL:
SMITH & ELY, LLP
2000A SouthBridge Parkway
Suite 405
Birmingham, Alabama 35209
Phone: (205) 802-2214
Fax: (205) 879-4445
bely@smith-ely.com
jisenberg@smith-ely.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record by:

|      |                    |
|------|--------------------|
| ____ | Hand Delivery      |
| ____ | U. S. Mail         |
| ____ | Overnight Delivery |
| ____ | Facsimile          |
| _x_  | E-File             |

on this the 31st day of March, 2006.

                                                   s/Joel S. Isenberg
                                                  OF COUNSEL

cc:

Jere L. Beasley
W. Daniel Miles
Christopher E. Sanspree
Beasley, Allen, Crown, Methvin
 Portis & Miles, P.C.
P. O. Box 4160
Montgomery, AL 36103

Gary E. Atchison
429 South Court Street
Montgomery, AL 36102