**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **WEELAPAN KERN;** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | Case No. |
| vs. | * | 2:05-cv-698-DRB |
| | * | |
| **STANDARD FIRE INSURANCE** | * | |
| **COMPANY; ET AL.,** | * | |
| | * | |
| **Defendants.** | * | |

**PLAINTIFF'S NOTICE OF SUBSTITUTION OF EXHIBIT "J" OF PLAINTIFFS RESPONSE TO THIS COURT'S ORDER TO SHOW CAUSE AS TO WHY THE AFFIDAVIT AND REPORT OF EXPERT JOHN H. ALLEN SHOULD NOT BE STRICKEN FROM THE RECORD (DOC. 44)**

COMES NOW the Plaintiff, and gives notice of substitution of Exhibit "J" of it's Response to this Court's Order to Show Cause in order to correct an error contained within the attachment.

1. Plaintiff filed its "Response to this Court's Order to Show Cause as to why the Affidavit and expert report of John H. Allen should not be stricken from the record" yesterday, June 6, 2006.

2. Attached as Exhibit "J" to Plaintiffs Response, Plaintiff's Counsel inadvertently attached the wrong exhibit.

3. The correct Exhibit "J" is attached hereto and Plaintiffs counsel submits the attached in substitution to ensure that the record is correct and accurate.

*/s/ Christopher E. Sanspree*
CHRISTOPHER E. SANSPREE (SAN048)
Attorney for Plaintiff

OF COUNSEL:

**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS, & MILES, P.C.**
272 Commerce Street
Post Office Box 4160
Montgomery, Alabama  36103-4160
(334) 269-2343
(334) 954-7555 (Fax)

Mr. Gary E. Atchison
Attorney at Law
Post Office Box 2002
Montgomery, Alabama 36102-2002

## CERTIFICATE OF SERVICE

  I hereby certify that I have filed the original of the foregoing document in this Court with copies to be served upon all Defendants of record <u>as listed below</u> by placing a copy of same in the United States Mail, first class, postage prepaid on this the **7**[th] day of **June 2006**.

                 */s/ Christopher E. Sanspree*
                 OF COUNSEL

Brenen G. Ely
Joel Isenberg
**SMITH & ELY, LLP**
2000 A. Southbridge Parkway, Ste 405
Birmingham, Alabama 35209
205-802-2214
205-879-4445 fax