# AFFIDAVIT OF STEVE HERRON

**STATE OF GEORGIA** )

**COUNTY OF HALL** )

1. My name is Steve Herron. I am a resident and citizen of the State of Georgia. I am over the age of nineteen and am competent to testify about the matters contained in this affidavit.

2. I am presently employed by The Travelers Indemnity Company in Alpharetta, Georgia as a Field Commercial Claims Representative. In 2005, I was employed by Travelers in Alpharetta, Georgia as an Auto Damage Unit Manager. In the course of my employment with Travelers, I work with various affiliated insurers, one of which is The Standard Fire Insurance Company. This affidavit is based on personal knowledge and/or business records maintained in the ordinary course of business.

3. As the Auto Damage Unit Manager, I conducted a management review of Weelapan Kern's claim for the loss, bearing claim number L2Z5076. Attached hereto is a true and correct copy of Standard Fire's claims notes regarding Mr. Kern's claim, bearing bates numbers SF_0082 through SF_0090. These claims notes are maintained in the course of Standard Fire's regularly conducted business, and it is Standard Fire's regular practice to compile and maintain the information contained therein.

4. Further affiant sayeth not.

_____
Steve Herron

STATE OF GEORGIA ) 
COUNTY OF HALL )

I, Ola Rich, a Notary Public in and for said County and State, hereby certify that Steve Herron, whose name is signed to the foregoing and who is known to me, acknowledged before me this day, that being informed of the contents thereof, he voluntarily executed the same on the day of its date.

Given under my hand and seal this the 18th day of April, 2006.

Notary Public: Ola Rich
My commission expires: August 5, 2008

OLA RICH
NOTARY PUBLIC
COMMISSION EXPIRES AUG. 5 2008



EXHIBIT J