IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **WEELAPAN KERN;** | * |
| **Plaintiff,** | * |
| vs. | * Case No. |
| | * 2:05-cv-698-DRB |
| **STANDARD FIRE INSURANCE** | * |
| **COMPANY; ET AL.,** | * |
| **Defendants.** | * |

### AFFIDAVIT OF WEELAPAN KERN

"My name is Weelapan Kern and I am over the age of nineteen (19), and have personal knowledge of the following:

In 2003, I purchased a Mitsubishi Montero and purchased automobile insurance from Defendant Standard Fire/Travelers to cover the Montero. The coverage period was from November 11, 2003 through November 11, 2004. When time for renewing the insurance coverage approached, I did not pay an additional premium to renew my insurance coverage at that time. On or about December 22, 2004, I received an Offer to Reinstate my insurance. The Offer to Reinstate offered to reinstate my policy as if there had been no interruption in coverage if I paid a minimum premium payment of $445.59 by January 11, 2005. I did not pay the minimum premium payment of $445.59 by January 11, 2005. However, a couple of weeks after the January 11, 2005, I called Standard Fire/Travelers and asked how much it would cost at that time to have my policy and coverage reinstated. Standard Fire/Travelers represented to me that if I made an $800.00 premium payment, my policy would be reinstated as if there had been no interruption in my coverage. In reliance upon the foregoing representation, I tendered the



$800.00 premium payment to Standard Fire/Travelers on or about January 27, 2005, and did not seek out any additional insurance coverage. Standard Fire/Travelers accepted my $800.00 premium payment and deposited the same into its checking account on February 4, 2005. The very next day, February 5, 2005, which was a Saturday, I was involved in an automobile accident and immediately filed a claim with Standard Fire/Travelers the following Monday, February 7, 2005. However, on or about February 10, 2005, Standard Fire/Travelers denied my claim for benefits and informed me that I did not have the insurance coverage that was promised me and that I had paid for. A week later, Standard Fire/Travelers returned my $800.00 premium payment via refund check, which, as stated above, it had already accepted and deposited.

As a result of Standard Fire/Travelers' aforementioned conduct, I no longer have a driver's license and cannot obtain a drivers license until I pay approximately ten thousand ($10,000.00) dollars to repair the automobiles damaged in the automobile accident referenced above. In addition, I cannot obtain automobile insurance until the foregoing debt is repaid.

The foregoing is true and accurate to the best of my knowledge."

_____
WEELAPAN KERN

**STATE OF: ALABAMA )**

COUNTY OF: _____ )

I, the undersigned Notary Public in and for the State of Alabama at Large, hereby certify that the person that signed the foregoing, and who is known to me and who being by me first duly sworn, acknowledged before me on this day that being informed of the contents of the said document, they executed the same voluntarily on the day the same bears date.

SWORN to and SUBSCRIBED before me this the _17th_ day of _May_, 2006.

_____
NOTARY PUBLIC

My Commission Expires: 11/18/08