**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 7, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Kern vs. Standard Fire Insurance Company**
**Case Number:   2:05-cv-00698-DRB**

**This Notice of Correction was filed in the referenced case this date to correctly notice the parties of previously filed docket entries. Due to a system error a noticing malfunction occurred which has now been corrected.**

**Attached you will find PDF documents for Docket Entries 48, 49, 50 & 51.**