IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WEELAPAN KERN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:05-CV-00698-DRB |
| | ) |
| STANDARD FIRE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

FOR GOOD CAUSE in order to facilitate a deliberative ruling on a pending motion for summary judgment, it is

**ORDERED** that the **final pretrial conference** is *continued* from 10:30 a.m. on July 13 *to 10:30 a.m. on July 20, 2006,* and the filing deadline for the parties' proposed pretrial order is continued from July 6 to July 13, 2006.

Done this 5th day of July, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE