IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WEELAPAN KERN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:05-CV-00698-DRB |
| ) | [wo] |
| STANDARD FIRE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## FINAL JUDGMENT

In accordance with the *Memorandum Opinion and Order* entered on this day granting the Defendant's *Motion for Summary Judgment*, it is the ORDER, JUDGMENT, and DECREE of this Court that:

1. **JUDGMENT**, pursuant to Rule 58 of the Federal Rules of Civil Procedure, is hereby entered in favor of the Defendant, The Standard Fire Insurance Company and against the Plaintiff, Weelapan Kern.

2. Costs are hereby taxed against the Plaintiff, Weelapan Kern.

3. This action is dismissed with prejudice.

Done this 13th day of July, 2006.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE